**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,     )<br>                                                            )<br>              Plaintiff,             )      Civil Action No. 04-4 Erie<br>     v.                                              )<br>                                                            )<br>CITY OF ERIE, PENNSYLVANIA,     )<br>                                                            )<br>              Defendant.          ) | |

## ORDER OF JUDGMENT

AND NOW, this 13th day of December, 2005, for the reasons set forth more fully in the Court's findings of fact and conclusions of law being filed simultaneously herewith,

IT IS ORDERED that JUDGMENT be and hereby is entered in favor of the Plaintiff in this case, the United States of America, and against the Defendant, the City of Erie, with respect to the issue of liability.


                                                              s/    Sean J. McLaughlin                        
                                                                     SEAN J. McLAUGHLIN
                                                                     UNITED STATES DISTRICT JUDGE

cm:    All counsel of record.