IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES<br>    Plaintiff,<br><br>Vs.<br><br>CITY OF ERIE, PENNSYLVANIA,<br>    Defendant. | )<br>)<br>)<br>) Civil Action No. 04-4 Erie<br>)<br>) |

## NOTICE

TAKE NOTICE that the above-captioned case is scheduled for a **Status Conference** on **Friday, January 6, 2006** at **1:30 p.m.** before the Honorable Sean J. McLaughlin, in Courtroom C, U.S. Courthouse and Postoffice in Erie, PA. All counsel are to present.

    S/Nicole M. Kierzek
Courtroom Deputy Clerk to
Sean J. McLaughlin
United States District Judge

cc: all parties of record