# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

U.S.A.  )
_____ )
Plaintiff )
 )
vs.  ) No. Civil Action 04-4 Erie
 )
City of Erie )
_____ )
Defendant )

HEARING ON __Settlement on Damages__

Held on __1-27-06__

Before Judge __McLaughlin__

Sharon Seeley, Esq. | Greg Karle, Esq.
| Gerald V. Ilella, Esq.
| Ken Zak, Esq.

Appear for Plaintiff | Appear for Defendant

Hearing begun __9:01 am__   Hearing adjourned to _____

Hearing concluded C.A.V. __12:05 PM__   Stenographer __Janice Ferguson__

Clerk __Kathy Scibetta__

### WITNESSES:

For Plaintiff | For Defendant

Follow-up settlement conference set for Friday, Feb. 10, 2006 at 9:00 AM. Counsel shall advise the Court by letter, no later than Feb. 9, 2006, as to their progress and their respective settlement positions.