IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,

    Plaintiff

v.　　　　　　　　　　　　　　　　　　　　Civil Action No. 04-04E

CITY OF ERIE, PENNSYLVANIA,

    Defendant

FILED
'06 FEB 27 A9:58
CLERK
U.S. DISTRICT COURT

### PRAECIPE FOR WITHDRAWAL OF APPEARANCE

TO:   Clerk of Court
       U. S. District Court for the Western District of Pennsylvania

Please withdraw my appearance for the Pennsylvania Human Relations Commission, amicus curie, in the above-captioned matter.

Signed: _____
Katherine H. Fein
Assistant Chief Counsel
PA Human Relations Commission
300 Liberty Avenue, Suite 1100
Pittsburgh, PA 15222
(412) 565-5698

Date: February 22, 2006

**Chairperson**
STEPHEN A. GLASSMAN
    **Vice-Chairperson**
RAQUEL OTERO de YIENGST
    **Asst. Secretary**
DANIEL D. YUN
    **Executive Director**
HOMER C. FLOYD



COMMONWEALTH OF PENNSYLVANIA
**HUMAN RELATIONS COMMISSION**
Pittsburgh Regional Office
State Office Bldg,
300 Liberty Avenue
Pittsburgh, PA 15222-1210
(412) 565-5395 (Voice)
(412) 565-5711 (TT)

**COMMISSIONERS**
DAVID A. ALEXANDER
M. JOEL BOLSTEIN
THEOTIS W. BRADDY
TIMOTHY CUEVAS
REV DR JAMES EARL GARMON
TONI M. GILHOOLEY
J. WHTATT MONDESIRE

www.phrc.state.pa.us

Direct Dial: (412) 565-5698

February 22, 2006

Clerk of Court
U.S. District Court for the Western District of Pennsylvania
Erie Office
P.O. Box 1820
Erie, PA  16507

    Re:    *United States of America v. City of Erie, Pennsylvania*,
            C.A. No. 04-04E

Dear Sir or Madam:

I am enclosing for filing the Praecipe for Withdrawal of Appearance on behalf of the Pennsylvania Human Relations Commission as *amicus curie*, in the above-referenced case now pending before Judge McLaughlin. I am also enclosing the document on diskette in PDF format.

Thank you.

                              Very truly yours,

                              Katherine H. Fein
                              Assistant Chief Counsel

KHF:amc
enclosures