IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF,<br><br>v.<br><br>CITY OF ERIE, PENNSYLVANIA,<br><br>DEFENDANT. | Civil Action No. 04-4   Erie<br><br>JUDGE MCLAUGHLIN |

## ORDER

IT IS HEREBY ORDERED this 10th day of March, 2006 that,

The Consent Decree agreed to and executed by plaintiff United States and defendant City of Erie, Pennsylvania is provisionally approved and entered by this Court. Pursuant to the Consent Decree, a Fairness Hearing will be held on June 15, 2006 at 9:30 am in Courtroom C, ~~A250~~, 2nd Floor, 17 South Park Row, Erie, Pennsylvania.

_____
SEAN J. MCLAUGHLIN
UNITED STATES DISTRICT JUDGE