IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| PLAINTIFF, | CIVIL ACTION NO. 04-4 |
| V. | JUDGE MCLAUGHLIN |
| THE CITY OF ERIE, PENNSYLVANIA, | |
| DEFENDANT. | |

## OBJECTION TO THE ENTRY OF THE CONSENT DECREE

I am objecting to the terms of settlement of this case included in the Consent Decree agreed to by the United States and the City of Erie.

Name: _Labrina Thompson_     Social Security Number: _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_

Other name(s) used: _____

Address: _439 West 22nd_     Telephone: _(814) 456-9511_
_Erie, PA. 16502_

Basis of my objection: _The Agility test Request was for the women to do the same Amount of push ups as the men #17, and they wanted them military style. I did over #17 they told me my chest didn't hit there fist. While waiting to take the test I saw other officers out of shape, and I know they couldn't get half way the Agility test_

Are you requesting the opportunity to state your objection in person at the Fairness Hearing?

[✓] Yes     [ ] No

YOU MAY USE ADDITIONAL PAGES TO EXPLAIN THE BASIS OF YOUR OBJECTION IF NECESSARY. YOU MUST SEND ONE COPY OF YOUR OBJECTION TO THE CLERK OF THE COURT, ONE COPY TO THE DEPARTMENT OF JUSTICE AND ONE COPY TO THE CITY AT THE ADDRESSES PROVIDED IN THE INSTRUCTIONS.

FILED '06 MAY -2 A10:09 CLERK U.S. DISTRICT COURT