IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| PLAINTIFF | : | CIVIL ACTION NO.  04-4 |
| | : | |
| V. | : | JUDGE MCLAUGHLIN |
| | : | |
| THE CITY OF ERIE, PENNSYLVANIA, | : | |
| | : | |
| DEFENDANT | : | |
| | : | |

**OBJECTION TO THE ENTRY OF THE CONSENT DECREE**

I am objecting to the terms of settlement of this case included in the Consent Decree agreed to by the United States and the City of Erie.

Name: <u>Police Relief and Pension Association of Erie, Pennsylvania \*\*</u>   Social Security Number: <u>Pension EIN: 25-6054517</u>

Other name(s) used:  <u>Erie Police Relief and Pension Association</u>

Address:  <u>626 State Street</u>   Telephone:  <u>(814) 825-1738 - Dennis Stazer, President</u>
<u>Room 111</u>
<u>Erie, Pennsylvania 16501</u>   \*\* Attorney:  Joseph B. Spero, Esquire
Marsh Spaeder Baur Spaeder & Schaaf
300 State Street, Suite 300
Erie, Pennsylvania 16507
(814) 456-5301

Basis of my objection:   <u>Although "retroactive seniority" is defined in the Consent Decree as "seniority for all purposes, except for purposes of pension benefits", the Police Relief and Pension Association of Erie, Pennsylvania (hereinafter, "Pension Association") would like to confirm and verify issues as they may relate to the Pension Association as well as receive information as to how the Consent Decree and the seniority issue will be rectified with the pension for purposes of years of service and how the retroactive seniority will relate to and be by handled by the pension.</u>

Are you requesting the opportunity to state your objection in person at the Fairness Hearing?

[ X ] Yes              [ ] No

YOU MAY USE ADDITIONAL PAGES TO EXPLAIN THE BASIS OF YOUR OBJECTION IF NECESSARY.  **YOU MUST SEND ONE COPY OF YOUR OBJECTION TO THE CLERK OF THE COURT, ONE COPY TO THE DEPARTMENT OF JUSTICE AND ONE COPY TO THE CITY AT THE ADDRESSES PROVIDED IN THE INSTRUCTIONS.**