IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| PLAINTIFF, | CIVIL ACTION NO. 04-4 |
| V. | JUDGE MCLAUGHLIN |
| THE CITY OF ERIE, PENNSYLVANIA, | |
| DEFENDANT. | |

FILED
'06 MAY -4 A10:33
CLERK
U.S. DISTRICT COURT

### OBJECTION TO THE ENTRY OF THE CONSENT DECREE

I am objecting to the terms of settlement of this case included in the Consent Decree agreed to by the United States and the City of Erie.

Name: LINDA A. (PETERS) WOLCOTT           Social Security Number: 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

Other name(s) used: Linda A. Peters
Linda A. Hoobler
Linda A. Wolcott

Address: 1264 Maple Ave           Telephone: (814) 774-9373
Lake City, PA
16423

Basis of my objection: SEE ATTACHED LETTER.

Are you requesting the opportunity to state your objection in person at the Fairness Hearing?

[ ] Yes    [✓] No

YOU MAY USE ADDITIONAL PAGES TO EXPLAIN THE BASIS OF YOUR OBJECTION IF NECESSARY. **YOU MUST SEND ONE COPY OF YOUR OBJECTION TO THE CLERK OF THE COURT, ONE COPY TO THE DEPARTMENT OF JUSTICE AND ONE COPY TO THE CITY AT THE ADDRESSES PROVIDED IN THE INSTRUCTIONS.**

May 2, 2006

I am writing this letter to communicate my disappointment and disagreement regarding the settlement for the United States Vs. The City of Erie, PA.

I am one of the women that took the Physical Agility Test (PAT) for the hiring of new police officers. At the time that I took this test I was on Active Duty as a member of the PA. Army National Guards' Counter Drug Program, and was assigned to duties with the City of Erie Police Deparment's Intelligence unit – as well as the Attorney Generals' Office. I had a strong working relationship with law enforcement and had a strong desire to continue my career in law enforcement. During this time 1997-2003 I was required by the Army National Guard to take a physical fitness test twice a year, as well as qualify with my weapon. Not only did I accomplish these tasks to military standard, I often exceeded. According to the Army's fitness standards I often came very close to achieving perfect scores on my fitness tests (300 points).

I find it difficult to believe that military fitness tests could find that I had nearly obtained a "maximum" fitness level – yet I had failed the PAT given by the City of Erie, to become a police officer. I took the PAT and was able to complete this test with relative ease. However I had exceeded the allotted time period given by 3 seconds. – I repeat the military deemed that I was in great shape – however I had failed the City of Erie PAT by 3 seconds.

I find it insulting to be offered a settlement nearly a decade later - $170,000 to be divided between all the effected women. SO we are now being awarded a slap in the face on top of being discriminated against?? I am certain that had I passed the agility test I would have passed the written test with relative ease. Add to that the Veteran's preference points I would have received and I'm sure I would have been hired on to the police force within that same year (1997 – 1998). I would have been earning AT LEAST $30,000 per year from that time to the present.... SO according to my calculations I have lost out on more then **$320,000** of pay over the years due to the unfair hiring practices of the City of Erie.

In 2003 I was fortunate enough to have the opportunity to begin a new career in the insurance industry. At this point in my life I am not willing to give up my career to accept a position as a police officer, that door was closed for me nearly a decade ago. To offer me such a position with seniority dating back to 1997-1998 serves me no purpose, no satisfaction and does not in any way compensate me for the career and opportunities that were taken from me. This ridiculous "settlement" that has been awarded just seems to solidify that fact that the issues of female discrimination are not being taken seriously.

The City of Erie discriminated against the hiring of female police officers in its' hiring practices and they continue to insult us with this settlement.

Linda A (Peters) Wolcott

*Linda A. Wolcott*