IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| PLAINTIFF, | CIVIL ACTION NO. 04-4 |
| V. | JUDGE MCLAUGHLIN |
| THE CITY OF ERIE, PENNSYLVANIA, | |
| DEFENDANT. | |

**OBJECTION TO THE ENTRY OF THE CONSENT DECREE**

I am objecting to the terms of settlement of this case included in the Consent Decree agreed to by the United States and the City of Erie.

Name: Melanie Szoszorek   Social Security Number: 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

Other name(s) used: _____

Address: 732 E 34th St   Telephone: 459-7068
ERIE PA 16504

Basis of my objection: See attached.

Are you requesting the opportunity to state your objection in person at the Fairness Hearing?

[ ] Yes   [X] No

YOU MAY USE ADDITIONAL PAGES TO EXPLAIN THE BASIS OF YOUR OBJECTION IF NECESSARY. **YOU MUST SEND ONE COPY OF YOUR OBJECTION TO THE CLERK OF THE COURT, ONE COPY TO THE DEPARTMENT OF JUSTICE AND ONE COPY TO THE CITY AT THE ADDRESSES PROVIDED IN THE INSTRUCTIONS.**

FILED '06 MAY -8 AI1:08 CLERK U.S. DISTRICT COURT

I am female and passed the test. While on the job I have had to chase suspects and jump fences with at least 20 lbs of gear on. Even if these women had passed the PAT does not mean they would have been hired. They would have had to score an 88% or above on the written to be in the top 30 on the civil service list due to the majority of the males have military points. I scored a 90% I was still 21 on the list whereas most of the guys that got hired off of that list scored lower then me.

I don't believe its fair that these females could have seniority over officers that have years of experience. These women could have years of seniority (not experience) and when the city is in financial trouble again the officers with the experience will be the ones getting laid off.

If a female took the test in 1996 and passed & got near the top of the list to even be considered for hiring doesn't necessarily mean they would have been hired that year if at all. I took the test in 2002 and got hired in 2004 (I am now laid off).

I feel if a woman wanted this job bad enough she would have worked harder to get it like I did.

Melanie A. Szozorek