IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,

    PLAINTIFF,

    V.

THE CITY OF ERIE, PENNSYLVANIA,

    DEFENDANT.

CIVIL ACTION NO. 04-4

JUDGE MCLAUGHLIN

### OBJECTION TO THE ENTRY OF THE CONSENT DECREE

I am objecting to the terms of settlement of this case included in the Consent Decree agreed to by the United States and the City of Erie.

Name: ETHEL L. EASTER
*(signature: Ethel East)*

Social Security Number: 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

Other name(s) used: _____

Address: 611 N. Dairy Ashford #77
HOUSTON, TX 77079

Telephone: 281-920-9750

Basis of my objection: BETWEEN YEAR 1996-2002, I ETHEL EASTER, TOOK THE CITY OF ERIE PENNSYLVANIA POLICE TEST/ PHYSICAL AGILITY TEST. I WAS NOT ABLE TO GET OVER THE WALL

Are you requesting the opportunity to state your objection in person at the Fairness Hearing? ATTORNEY CALEB NICHOLS, P.O. BOX 1585, ERIE PA 16507 814-838-1877  [✓] Yes   [ ] No

YOU MAY USE ADDITIONAL PAGES TO EXPLAIN THE BASIS OF YOUR OBJECTION IF NECESSARY. **YOU MUST SEND ONE COPY OF YOUR OBJECTION TO THE CLERK OF THE COURT, ONE COPY TO THE DEPARTMENT OF JUSTICE AND ONE COPY TO THE CITY AT THE ADDRESSES PROVIDED IN THE INSTRUCTIONS.**

*[Filed stamp: U.S. DISTRICT COURT CLERK, MAY -8 AM 1:10 '06]*



# The City of Erie, Pennsylvania
## Joseph E. Sinnott, Mayor

Letter to Applicants

Re: <u>United States v. City of Erie, Pennsylvania</u>, Civ. Action No. 04-4 (W.D. Pa.)

Dear Applicant:

Our records indicate that you took the physical agility test for the entry-level police officer position with the City of Erie Bureau of Police between 1996 and 2002. This letter is to notify you of a settlement of a civil lawsuit between the United States and the City of Erie which may affect you.

Enclosed please find a document entitled "**NOTICE OF SETTLEMENT AND FAIRNESS HEARING**". This document describes the lawsuit and the terms of the settlement. In addition, the document provides the time and place of a Fairness Hearing regarding the settlement and tells you how to make an objection to the terms of the settlement if you choose to do so. Additional instructions and an objection form also are enclosed. **Please read the documents carefully as your rights may be affected.**

If you are a woman who took the physical agility test administered by the City of Erie between 1996 and 2002 as part of its police officer application and selection process, you may be eligible for monetary relief and possible priority consideration for hire as an Erie police officer. If the Court approves the settlement of this case after the Fairness Hearing, you will be contacted about how you may submit a claim for such relief. You do not need to do anything at this time to establish eligibility for relief.

Sincerely,

*[signature]*

Gerald J. Villella, Esquire
Assistant Solicitor
City of Erie, Pennsylvania

Enclosures

**Office of the City Solicitor**
Gregory A. Karle, Esquire, City Solicitor
626 State Street, Room 505, Erie, PA 16501-1128
Ph: (814) 870-1230 • Fax: (814) 455-9438 • Email: gkarle@ci.erie.pa.us

TO: Clerk of the United States District Court for the Western District of PA
City of Erie Police Settlement Team Employment Litigation Section
City of Erie, Pennsylvania

FROM: Ms. Ethel L. Easter

DATE: May 3, 2006

SUBJECT: United States v. City of Erie Pennsylvania Civ. Action No. 04-04

I, Ethel Easter, took the City of Erie PA physical agility test for the entry-level police officer position with the City of Erie Bureau of Police between 1996 and 2002.

My objection is based on the fact that my name is not listed as a candid taking the test.

I have a witness that I took the test and the agility test site was at Tech Memorial High School (which is now named Central High School) on the track. I have also retained an Attorney, Caleb Nichols, P.O. Box 1585, Erie PA 16507.

My address is 611 N Dairy Ashford, Apt. #77, Houston TX 77079. Feel free to call me at 281-920-9750. Thanks for your consideration.

Sincerely,

Ms. Ethel L. Easter