IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,

        PLAINTIFF,

    V.

THE CITY OF ERIE, PENNSYLVANIA,

        DEFENDANT.

CIVIL ACTION NO. 04-4

JUDGE MCLAUGHLIN

## OBJECTION TO THE ENTRY OF THE CONSENT DECREE

    I am objecting to the terms of settlement of this case included in the Consent Decree agreed to by the United States and the City of Erie.

Name: _Judith Garcia_    Social Security Number: _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_

Other name(s) used: _____

Address: _1231 East 21st St_    Telephone: _(814) 459-3580_
_Erie PA 16503_

Basis of my objection: _I had a dream, To be the 1st Latina_
_Woman In the city // due to be a Police Officer_
_I thought I could if make a difference in →_

Are you requesting the opportunity to state your objection in person at the Fairness Hearing?

      [X] Yes    [ ] No

YOU MAY USE ADDITIONAL PAGES TO EXPLAIN THE BASIS OF YOUR OBJECTION IF NECESSARY.  YOU MUST SEND ONE COPY OF YOUR OBJECTION TO THE CLERK OF THE COURT, ONE COPY TO THE DEPARTMENT OF JUSTICE AND ONE COPY TO THE CITY AT THE ADDRESSES PROVIDED IN THE INSTRUCTIONS.

'06 MAY -8 AM 10
CLERK U.S. DISTRICT COURT

continue...                                    5-1-06

the community able to speak two
languages also know sign language
I know the city, the people. and
able to relate and understand and
still enforce the law. Believe
Strongly on people's right and
fairless. I trained very hard.
to pass the physical agility test.
I had three tries. Had three feet
to run to push up a six foot wall
w/o assistance. and test was over...
Since then I had three more
Children and I'm 42 yrs old. I'm
not in the shape I use to be. that
was long ago. My dream was taken
without a second Chance not even
to pass the written test... I Only
have what I could of been right
now...

                              Sincerely,

                              Judith

Judith Garcia
1231 E. 21st ST. Erie. PA 16503