IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA, :
:
    Plaintiff :
:
v. : CIVIL ACTION NO. 04-4 ERIE
:
CITY OF ERIE, PENNSYLVANIA, : JUDGE McLAUGHLIN
:
    Defendant :

## CITY OF ERIE, PENNSYLVANIA'S RESPONSE TO OBJECTIONS TO THE CONSENT DECREE AS FILED WITH THE COURT

AND NOW, this 1st day of June, 2006, comes the Office of the City Solicitor on behalf of Defendant, City of Erie, Pennsylvania, and files this response to Objections to the Consent Decree as filed with the Court and timely served on the United States and the City of Erie, as follows:

List of Applicants who timely filed Objections

Judith Garcia
Linda A. (Peters) Wolcott
Zabrina Thompson
Ethel L. Easter

List of Officers/Incumbents who timely filed Objections

Police Relief and Pension Association of Erie, Pennsylvania
Robert E. Williams
Pamela A. Barber
Jay E. White
John M. Barber
Erie Fraternal Order of Police, Lodge # 7
Kenneth Kensill
Ryan Onderko
Damyan Graves
Gregory L. Baney, Jr.

Robert Wierbinski
Mark J. Sennett
Patrick Durkin
Robert K. Borland
William Marucci, II
Robert E. Hill
Les Fetterman
Kevin C. Fries
Steve Deluca
Salvador Velez
David F. Hudson
J. Triana
Chris Lawrence
Julie Kemling
Earl Matson
Michael A. Wolf
Michael R. Mancuso
John B. Holmes, Jr.
Scott A. Kornetz
David P. Walker
James Pietras
Glenn Rogers
Michael F. Brady
Charles R. Fuhrman
Anthony J. Debacco
Daniel Spizarny
Nick Stadler
Dennis F. Oborski
James D. McLellan
Jeff Dahlstrand
Adam DiGilarmo
Bryan C. Lechner
James Pietras
James C. Hunter
Donald J. Fuhrmann, Jr.
Michael Borrows
Matthew Gustafson
Luke J. Yates
Bruce E. Kosko
Jamie Russo
Jacob Letkiewicz
Theodore F. Wisniewski
Robert H. McDonald Jr.
Dominic DiLullo
Melanie Szoszorek

The Objections of the above-named Applicants and City of Erie Police Officers/Incumbents have been received by the City of Erie, Pennsylvania, and are duly noted.

                                  Respectfully submitted,

By:   _/s/ Gerald J. Villella_
Gerald J. Villella, Esquire
Assistant Solicitor
626 State Street, Room 505
Erie, PA 16501
(814) 870-1230
I.D. # 32814

Date:   June 1, 2006