IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Civil Action No. 04-4 Erie |
| v. | JUDGE MCLAUGHLIN |
| CITY OF ERIE, PENNSYLVANIA, | |
| Defendant. | |

# APPENDIX TO
## PLAINTIFF UNITED STATES' MEMORANDUM IN RESPONSE TO
## OBJECTIONS AND IN SUPPORT OF FINAL ENTRY OF CONSENT DECREE

## TABLE OF CONTENTS

| Exhibit | Page Nos.[1] | Document |
|---|---|---|
| 1. | 00001-28 | Letter from G. Karle, City Solicitor to S. Seeley, United States Dept. of Justice, dated May 10, 2006 (attaching lists of individuals to whom notice was given) |
| 2. | 00029-34 | Letter to Applicants (attaching Notice of Settlement and Fairness Hearing, Instructions for Filing an Objection and Objection form) |
| 3. | 00035 | Newspaper notice |
| 4. | 00036 | Letter to Applicants from Employment Litigation Section (providing correct toll-free telephone number) |
| 5. | 00037 | Newspaper notice (providing correct toll-free telephone number) |
| 6. | 00038-39 | List of Objectors by Category of Objection |
| 7. | 00040-41 | Objectors and Others Requesting an Opportunity to Be Heard at the June 15, 2006 Fairness Hearing |
| 8a. | 00042-44 | Hire Dates of Incumbent Objectors (Alphabetical) |
| 8b. | 00045-46 | Hire Dates of Incumbent Objectors (By seniority on Master Police Roster) |
| 9. | 00047-49 | List of Hires and Hire Dates from 1996 to April, 2004 (Pl. Dep. Ex. 15) |
| 10. | 00050 | Master Police Roster (Revised 08/30/05) |
| 11. | 00051-64 | Collective Bargaining Agreement (selected pages) |
| 12. | 00065-87 | Master Lists of Applicants 1996-2002 |
| 13. | 00088-97 | Police Applications 1996 (handwritten applicant tracking list) |

---

[1] Pages in this Appendix are labeled sequentially from 00001 to 00097, with the prefix "ERIE-2."

# The City of Erie, Pennsylvania

## Joseph E. Sinnott, Mayor

May 10, 2006

Sharon Seeley, Esquire
Employment Litigation Section
Patrick Henry Building
Civil Rights Division
US Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC, 20035-5968

**In Re:** United States v. City of Erie, CA No. 04-4 (W.D. Pa)

Dear Attorney Seeley:

Pursuant to paragraph 44 of the Consent Decree in the above-captioned action, enclosed please find the list of applicants to whom notice was given pursuant to subpart (a), a copy of each certified mail receipt, and a list of the incumbent police officers to whom notice was provided pursuant to subpart (b).

Sincerely,

Julie Wasielewski, Paralegal for:
Gregory A. Karle, Esquire
City Solicitor

Enclosures as stated.

---

**Office of the City Solicitor**
Gregory A. Karle, Esquire, City Solicitor
626 State Street, Room 505, Erie, PA 16501-1128
Ph: (814) 870-1230 • Fax: (814) 455-9438 • Email: gkarle@ci.erie.pa.us

Exhibit 1



ERIE-2 00001

U.S. v. CITY OF ERIE, PENNSYLVANIA, C.A. No. 04-4 (W.D. Pa.)
UPDATED ADDRESSES FOR POTENTIAL CLASS MEMBERS
May 9, 2006

| 2002 | | |
|---|---|---|
| TRELANE SHERROD (BATTLES) 411 WEST 17TH STREET ERIE PA 16502 | Trelane | Served Certified Mail 4-7-2006 |
| SHANNON BROPHY 1237 PRIESTLEY AVENUE ERIE PA 16511 | Shannon | Served Certified Mail 4-10-2006 |
| DAWN CHASE 200 W 20TH STREET ERIE PA 16502 | Dawn | Mail Returned No Such Number |
| CHERYL FREY 4806 PERKINS STREET ERIE PA 16509 | Cheryl | Served Certified Mail 4-10-2006 |
| JOANNE HARRIS 1653 TREETOP DRIVE APT 8A ERIE PA 16509  JOANNE HARRIS 13820 RIDGE ROAD WEST SPRINGFIED PA 16443 | Joanne | Served Certified Mail 4-8-2006  OR  13820 Ridge Road West Springfied, PA 16443 |
| SHANNON HEATHERDALE 310 CHARLES STREET RIDGEWAY PA 15853 | Shannon | Served Certified Mail 4-14-2006 |
| MARSHA HERNANDEZ 34 CENTER STREET UNION CITY PA 16438  MARSHA HERNANDEZ 216 EAST ST. WATERFORD PA 16441 | Marsha | Served Certified Mail 4-12-2006  OR  Mail Returned Unable to Forward |

| | | |
|---|---|---|
| AMBER HEDLUND-JACKULA<br>849 RUMSEY AVENUE<br>ERIE PA 16511 | Amber | Served Certified Mail<br>4-7-2006 |
| JEANNINE KNEPPER<br>411 CRANCH AVENUE<br>ERIE PA 16511 | Jeannine | Served Certified Mail<br>4-10-2006 |
| JAMIE LYNNE LEWIS<br>2411 PENNSYLVANIA AVENUE<br>ERIE PA 16503 | Jamie Lynne | Mail Returned<br>Address Not Known |
| MARCIE LUKE<br>1856 FAIRMONT PARKWAY<br>ERIE PA 16510 | Marcie | Served Certified Mail<br>4-7-2006 |
| DORCAS ANN MORRIS<br>2550 EAST 43RD STREET<br>ERIE PA 16510 | Dorcas Ann | Served Certified Mail<br>4-7-2006 |
| SUE YONG RODGERS<br>2734 WEST 35TH STREET<br>ERIE PA 16506 | Sue Yong | Served Certified Mail<br>4-7-2006 |
| MARY SCHMEISSER<br>2614 VAN BUREN AVENUE<br>ERIE, PA 16504 | Mary | Served Certified Mail<br>4-10-2006 |
| CHERYL SIDUN-LEGO<br>2828 FLORENCE AVENUE<br>ERIE PA 16504 | Cheryl | Served Certified Mail<br>4-11-2006 |
| HEATHER WIDOMSKI<br>1437 E. 7TH STREET<br>ERIE PA 16503 | Heather | Mail Returned<br>Unclaimed<br><br>OR |
| HEATHER WIDOMSKI<br>613 E 4TH STREET<br>ERIE PA 16507 | | Served Certified Mail<br>4-11-2006 |

| | | |
|---|---|---|
| CORRINA LOLLEY<br>4009 WILLIAM CLARK TRAIL<br>MONROE NC 28110 | Corrina | Served Certified Mail<br>4-13-2006 |
| KATHY MARSHALL<br>922 WESCHLER AVENUE<br>ERIE PA 16502 | Kathy | Served Certified Mail<br>4-7-2006 |
| CARRIE NICHOLSON-<br>LANAGER<br>927 WEST 36TH STREET<br>ERIE PA 16508 | Carrie | Served Certified Mail<br>4-7-2006 |
| TRICIA PETRICK (DEHAAS)<br>6039 MERIDIA DRIVE<br>ERIE PA 16509 | Tricia | Returned<br>Unclaimed |
| STACY POLLOCK<br>1960 WEST 27TH STREET<br>ERIE PA 16508 | Stacy | Served Certified Mail<br>4-7-2006 |
| AMANDA PONTING<br>5101 ZESSINGER ROAD<br>MCKEAN PA 16426 | Amanda | Served Certified Mail<br>4-7-2006 |
| LUZ QUINONES<br>415 PLOVER STREET<br>DUNKIRK NY 14048<br><br>LUZ QUINONES<br>1433 BUFFALO ROAD<br>ERIE PA 16503 | Luz | Served Certified Mail<br>4-8-2006 ]<br><br>OR<br><br>Mail Returned<br>Unable to Forward |
| TABITHA ROBERTS<br>2312 CAMERON RD.<br>ERIE PA 16510 | Tabitha | Served Certified Mail<br>4-7-2006 |
| SUE YONG RODGERS<br>2734 WEST 35TH STREET<br>ERIE PA 16506 | Sue Yong | Served Certified Mail<br>4-7-2006 |
| TAMMY SANTEY GEETING<br>27 FRANKLIN DRIVE<br>EDINBORO PA 16412 | Tammy | Served Certified Mail<br>4-7-2006 |

| | | |
|---|---|---|
| MARY SCHMEISSER<br>2614 VAN BUREN AVENUE<br>ERIE PA 16504 | Mary | Served Certified Mail<br>4-10-2006 |
| TAMILYN STILL<br>22951 FREYERMUTH ROAD<br>MEADVILLE PA 16335 | Tamilyn | Served Certified Mail<br>4-18-2006 |
| ELIZABETH SUL<br>3018 OAKWOOD STREET<br>ERIE PA 16508 | Elizabeth | Served Certified Mail<br>4-7-2006 |
| MAE THOMPSON<br>3106 BELMONT DRIVE<br>KILLEEN TX 76549<br><br>MAE THOMPSON<br>4041 STANTON STREET<br>ERIE PA 16510 | Mae | Mail Returned<br>Unclaimed<br><br>OR<br><br>Mail Returned<br>No Such Number |
| ZABRINA THOMPSON<br>639 W 22ND STREET<br>ERIE PA 16502 | Zabrina | Served Certified Mail<br>4-7-2006 |
| NATALIE VESHECCO MEYER<br>2426 BIRD DRIVE<br>ERIE PA 16510 | Natalie | Served Certified Mail<br>4-7-2006 |
| **1998** | | |
| NICOLE BRADLEY<br>521 RONDEAU DRIVE<br>ERIE PA 16505 | Nicole | Served Certified Mail<br>4-14-2006 |
| HEATHER DUNKLE<br>5048 IROQUOIS AVENUE<br>ERIE PA 16511 | Heather | Served Certified Mail<br>4-7-2006 |
| SUSAN EDELMANN<br>1022 LONG POINT DRIVE<br>ERIE PA 16505 | Susan | Served Certified Mail<br>4-11-2006 |

| | | |
|---|---|---|
| JOANNE HARRIS<br>13820 RIDGE RD.<br>WEST SPRINGFIELD PA 16443 | Joanne | Served Certified Mail<br>4-11-2006 |
| KIMBERLY HOPKINS<br>413 34TH STREET<br>ERIE PA 16504 | Kimberly | Served Certified Mail<br>4-7-2006 |
| STEPHANIE LINDNER<br>2716 PENNSYLVANIA AVENUE<br>ERIE PA 16504 | Stephanie | Served Certified Mail<br>4-8-2006 |
| Kristin Lorie | Kristin | |
| CAREY MCCONAHY<br>NICHOLSON<br>3328 SALTSMAN RD.<br>ERIE PA 16510 | Carey | Served Certified Mail<br>4-10-2006 |
| Kimberly Nicholas | Kimberly | |
| DENISE OSTERBERG<br>614 WAYNE STREET<br>ERIE PA 16503 | Denise | Served Certified Mail<br>4-8-2006 |
| LINDA PETERS (WOLCOTT)<br>1264 MAPLE AVENUE<br>LAKE CITY PA 16423 | Linda | Served Certified Mail<br>4-7-2006 |
| MEGAN ROMIGH<br>1123 CHESTNUT STREET<br>MONACA PA 15061 | Megan | Mail Returned<br>Unable to Forward |
| MARY SCHMEISSER<br>2614 VAN BUREN AVENUE<br>ERIE PA 16504 | Mary | Served Certified Mail<br>4-10-2006 |

ERIE-2 00006

| | | |
|---|---|---|
| CHERYL SIDUN-LEGO<br>2828 FLORENCE AVENUE<br>ERIE PA 16504 | Cheryl | Served Certified Mail<br>4-11-2006 |
| KIMBERLY STOOPS<br>1403 JUNIPER DRIVE<br>APT 2<br>LOUISVILLE KY 40222 | Kimberly | 1403 Juniper Drive<br>Apt. 2<br>Louisville, KY 40222 |
| Waite | Emily | |
| DARLENE WEISLOGEL<br>(DOWNING)<br>107 ANDREWS PARK BLVD<br>ERIE PA 16511 | Darlene | Served Certified Mail<br>4-8-2006 |
| **1996** | | |
| MICHELE AGNELLO<br>PETERSON<br>4921 AMY AVENUE<br>ERIE PA 16504 | Michele | Served Certified Mail<br>4-13-2006 |
| NATALIE CHAPMAN<br>COLEMAN<br>3023 SPRUCE DRIVE<br>ERIE PA 16506 | Natalie | Served Certified Mail<br>4-7-2006 |
| MARYANN CURTIS<br>2709 PEARL AVENUE<br>ERIE PA 16510<br><br>MARYANN CURTIS<br>1318 EAST 9TH STREET<br>SECOND FLOOR<br>ERIE PA 16503 | Maryann | Mail Returned<br>Address not Known<br><br>OR<br><br>Mail Returned<br>Forwarding Address Expired |
| AMY LYNNE FELTYN<br>3005 BRANDES STREET<br>ERIE PA 16504 | Amy Lynne | Served Certified Mail<br>4-7-2006 |
| DEBORAH LEE FULLER<br>(JARAMILLO)<br>4015 MELROSE AVENUE<br>ERIE PA 16509 | Deborah Lee | Served Certified Mail<br>4-7-2006 |

| | | |
|---|---|---|
| LUVENNISE GAMBLE<br>1720 HOLLAND STREET<br>ERIE PA 16503 | Luvennise | Served Certified Mail<br>4-7-2006 |
| JUDITH GARCIA<br>1231 EAST 21ST STREET<br>ERIE PA 16503 | Judith | Served Certified Mail<br>4-7-2006 |
| HEIDI A.HANSEN SMITH<br>1175 FIREHOUSE ROAD<br>LOUISA VA 23093 | Heidi A. | Served Certified Mail<br>4-10-2006 |
| NINA HARRIS<br>552 E COLLEGE STREET<br>MEADVILLE PA 16335 | Nina | Served Certified Mail<br>4-8-2006 |
| JOYCE HETRICK<br>1011 WEST 26TH STREET<br>ERIE PA 16508 | Joyce | Served Certified Mail<br>4-17-2006 |
| MICHELLE HOOVER<br>5325 LOOMIS STREET<br>NORTH EAST PA 16428 | Michelle | Served Certified Mail<br>4-7-2006 |
| Barbara Jones | Barbara | |
| VENUS KOENIG<br>1419 COLD SPRING DRIVE<br>ERIE PA 16508 | Venus | Served Certified Mail<br>4-7-2006 |
| JENNIFER LAGAN MAZUR<br>1527 WEST 32ND STREET<br>ERIE PA 16508 | Jennifer | Served Certified Mail<br>4-10-2006 |
| MARLO MARIE MACHALINSKI<br>4508 MILLER AVENUE<br>ERIE PA 16509 | Marlo Marie | Served Certified Mail<br>4-7-2006 |
| LINDA MILLS<br>143 E. 21ST STREET<br>ERIE PA 16503<br><br>LINDA MILLS<br>444 EAST 21ST STREET<br>ERIE PA 16503 | Linda | Mail Returned<br>No Such Number<br><br><br>Mail Returned<br>Attempted not known |

ERIE-2 00008

| | | |
|---|---|---|
| JESSICA DAWN MARIE MORGAN<br><br>3808 W ZELMA STREET, APT. 3<br>EDINBURG TX 78541 | Jessica Dawn Marie | **Use through June 2006**:<br>3808 W Zelma Street, Apt. 3<br>Edinburg, TX 78541<br><br>**After June 2006, use:**<br>Jessica Morgan<br>c/o April Chase<br>1433 East 33rd Street<br>Erie, PA 16504 |

| | | |
|---|---|---|
| STACY POLLOCK<br>1960 WEST 27TH STREET<br>ERIE PA 16508 | Stacy | Served Certified Mail<br>4-7-2006 |
| YOLANDA ROSAS<br>1840 E 7TH STREET<br>ERIE PA 16511 | Yolanda | Served Certified Mail<br>4-7-2006 |
| JENNIFER RUNSTEDLER<br>2676 HAZEL STREET<br>ERIE PA 16508 | Jennifer | Served Certified Mail<br>4-7-2006 |
| MARY ANN SANTIAGO<br>634 WEST 9TH STREET<br>ERIE PA 16502 | Mary Ann | Mail returned<br>Unable to Forward |
| CHRISTINE SAURO<br>22 ASPEN DRIVE<br>GREENSBORO NC 27409 | Christine | Served Certified Mail<br>4-11-2006 |
| CRYSTAL SESSAMAN<br>11 VALLEY STREET<br>LEWISTOWN PA 17044 | Crystal | Mail Returned<br>Unclaimed |
| JENNIFER T STASZEWSKI MOUBARAK<br>803 HARMONY DRIVE<br>ERIE PA 16505 | Jennifer T. | 803 Harmony Drive<br>Erie, PA 16505 |
| JENNIFER T STASZEWSKI MOUBARAK<br>803 HARMONY DRIVE<br>ERIE PA 16505 | Carla | Served Certified Mail<br>4-7-2006 |

| EBONY TATE 1859 WOODLAWN AVENUE ERIE PA 16510 | Ebony | Served Certified Mail 4-7-2006 |
|---|---|---|
| TERESA WINGERTER O'LAUGHLIN 2521 BIRD DRIVE ERIE PA 16510 | Teresa | 2521 Bird Drive Erie, PA 16510 |
| | | |

ERIE-2 00010

AVRIL 2006

POLICE NAME AND ADDRESS LIST

| | Badge | Last Name | First Name | Address | City | Zip | Phone | Cell/Pager | Date Of Hire |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 226 | ANGELOTTI | DENNIS | 3727 Harvard Road | Erie | 16508 | 868-0094 | | 9/2/86 |
| 2 | 218 | ANNUNZIATA | JEFFREY | 2646 East 32 Street | Erie | 16510 | 899-6893 | P871-0845 | 12/31/1985 |
| 3 | 273 | AYERS | JOHN | 5469 Westgate Drive | Girard | 16417 | 774-9714 | P879-5721 | 12/29/1993 |
| 4 | 356 | BANEY | GREGORY | 4255 Alison Avenue | Erie | 16506 | 824-4833 | | 3/2/2001 |
| 5 | 204 | BARBER | PAMELA | 8746 Station Road | Harborcreek | 16510 | 898-3685 | | 8/29/1983 |
| 6 | 211 | BARBER | GEORGE | 261 East 33rd Street | Erie | 16504 | | C-3920344 | 3/12/1984 |
| 7 | 259 | BARBER | JOHN | 8746 Station Road | Harborcreek | 16510 | 898-3685 | | 3/15/1991 |
| 8 | 337 | BELLOTTI | MARC | 806 Rankin Avenue | Erie | 16511 | 864-2358 | | 6/4/1999 |
| 9 | 351 | BIELAK, JR | JAMES | 1742 High Street | Erie | 16509 | 864-0955 | | 9/3/1999 |
| 10 | 352 | BIZZARRO | PAUL | 1442 Nicholson Street | Erie | 16509 | 864-6684 | P572-1744 | 9/3/1999 |
| 11 | 265 | BORLAND | ROBERT | 8840 Peach Street | Erie | 16509 | 868-2709 | | 7/6/1992 |
| 12 | 363 | BORRELI | THOMAS | 627 Rondeau Drive | Erie | 16509 | 833-2359 | | 8/3/2001 |
| 13 | 92 | BOWERS | CHARLES | 201 Meade Avenue | Erie | 16509 | 866-0323 | C434-2440 | 9/23/1969 |
| 14 | 173 | BOWERS | RANDY | 123 East 33 Street | Erie | 16504 | 459-7815 | | 3/30/1978 |
| 15 | 279 | BRADY | MICHAEL | 1327 West 10 Street | Erie | 16502 | 455-0326 | | 5/20/1994 |
| 16 | 370 | BROWN | MICHAEL | 12159 Arbuckle Road | Union City | 16538 | 739-2358 | C 440-1770 | 12/30/2002 |
| 17 | 149 | BUGAJ | FRANK | 4093 Mountain Laurel Drive | Erie | 16510 | 899-1256 | | 5/6/1974 |
| 18 | 349 | BURROWS | MICHAEL | 5736 Daggett Road | Girard | 16417 | 774-9540 | C873-6694 | 9/3/1999 |
| 19 | 194 | BYRNE | DOUGLAS | 11257 Firethorn Road | Wattsburg | 16442 | 739-9517 | 434-2088 | 1/4/1982 |
| 20 | 327 | CARMAN | MICHAEL | 2620 Crescent Drive | Erie | 16508 | 833-2050 | | 3/3/1999 |
| 21 | 267 | CHANDLEY | PATRICK | 149 Sanford Place | Erie | 16511 | 459-0836 | | 12/4/1992 |
| 22 | 299 | CHODUBSKI | MICHAEL | 8684 Mayfair Drive | Erie | 16426 | 476-1796 | | 9/3/1996 |
| 23 | 334 | CONWAY | MICHAEL | 2334 Pepper Tree Drive | Erie | 16510 | 824-6050 | | 5/6/1999 |
| 24 | 330 | COVATTO | THOMAS | 1505 West 22 Street | Erie | 16502 | 459-5632 | | 3/3/1999 |
| 25 | 174 | CRAWFORD | RICHARD | 1277 East 35 Street | Erie | 16504 | 453-6410 | | 8/21/1978 |

ERIE-2 00011

POLICE NAME AND ADDRESS LIST

| | Badge | Last Name | First Name | Address | City | Zip | Phone | Cell/Pager | Date Of Hire |
|---|---|---|---|---|---|---|---|---|---|
| 26 | 280 | CRAWFORD | CHRISTOPHER | 1548 Link Hull Road | Waterford | 16441 | 796-6489 | | 5/20/1994 |
| 27 | 294 | DACUS | DONALD | 4040 Stanton Street | Erie | 16510 | 459-5576 | C434-2462 | 5/17/1996 |
| 28 | 277 | DAHLSTRAND | JEFFREY | 1115 Chestnut Hill Dr | Erie | 16509 | 397-7371 | | 5/20/1994 |
| 29 | 254 | DANIEL | JAMES | 4218 Amherst Road | Erie | 16506 | 838-1794 | C434-8055 | 3/15/1991 |
| 30 | 234 | DEBACCO | ANTHONY | 472 Townline Road | North East | 16428 | 725-2388 | | 8/26/1988 |
| 31 | 231 | DEDIONISIO | JAMES | 2094 Timber Lane | Harborcreek | 16421 | 898-3969 | | 3/25/1988 |
| 32 | 354 | DELUCA | STEVEN | 3508 Melrose Avenue | Erie | 16508 | 868-7477 | | 9/3/1999 |
| 33 | 310 | DIBELLO | JON | 1906 East 42 Street | Erie | 16510 | 825-1151 | C882-7088 | 1/8/1998 |
| 34 | 282 | DICKENS | EDWARD | 5720 Washington Ave | Erie | 16509 | 864-2806 | C873-8067 | 9/6/1994 |
| 35 | 353 | DIGILARMO | ADAM | 5700 Daggett Road | Girard | 16417 | 774-7134 | | 9/3/1999 |
| 36 | 220 | DILULLO | DOMINIC | 2656 East 32 Street | Erie | 16510 | 898-4818 | | 1/6/1986 |
| 37 | 216 | DREGALLA | PETER | 11899 Half Moon Road | Wattsburg | 16442 | 739-2603 | 392-8875 | 12/30/1985 |
| 38 | 338 | DUNMIRE, JR | THOMAS | 3303 Priscilla Drive | Erie | 16506 | 836-8871 | | 7/23/1999 |
| 39 | 255 | DURKIN | PATRICK | 4929 Conrad Road | Erie | 16510 | 825-6782 | | 3/15/1991 |
| 40 | 262 | EBERLEIN | THOMAS | 2549 Pepper Tree Drive | Erie | 16510 | 825-1207 | P451-3196 | 10/18/1991 |
| 41 | 230 | EMERICK | JOSEPH | 5394 Wildwood Way | Erie | 16511 | 897-7961 | C434-2452 | 3/25/1988 |
| 42 | 263 | ERDELY | ERIC | 2050 West 32 Street | Erie | 16508 | 864-3923 | C434-2396 | 7/6/1992 |
| 43 | 238 | FALCONER | THOMAS | 2642 West 34 Street | Erie | 16506 | 833-7768 | C434-0980 | 8/26/1988 |
| 44 | 335 | FERRARO | JOSHUA | 9994 Peach Street | Waterford | 16441 | 796-9111 | | 5/6/1999 |
| 45 | 300 | FERRICK | TIMOTHY | 3030 Clark Road | Erie | 16510 | 835-2421 | | 9/3/1996 |
| 46 | 240 | FETTERMAN | LESTER | 5422 Sterrettania Road | Erie | 16506 | 838-1861 | C434-2459 | 2/1/1989 |
| 47 | 317 | FILUTZE | GEOFFERY | 721 Lincoln Avenue | Erie | 16505 | 455-1110 | | 9/4/1998 |
| 48 | 276 | FISCHER | MATTHEW | 8537 Shady Lane | Girard | 16417 | 774-7094 | C434-2434 | 5/20/1994 |
| 49 | 183 | FRANKLIN | STEPHEN | 3710 Elmwood Street | Erie | 16508 | 868-3848 | C881-9745 | 9/2/1980 |
| 50 | 344 | FRIES | KEVIN | 2860 Valley View Circle | Erie | 16509 | 868-4051 | 434-6591 | 9/3/1999 |

ERIE-2 00012

POLICE NAME AND ADDRESS LIST

| | Badge | Last Name | First Name | Address | City | Zip | Phone | Cell/Pager | Date Of Hire |
|---|---|---|---|---|---|---|---|---|---|
| 174 | 390 | CLEMENT | CHRISTOPHER | 3845 Rilling Avenue | Erie | 16509 | 866-5367 | | 2/27/2004 |
| 175 | 387 | COUSINS II | JAMES | 532 Olin Avenue | Girard | 16417 | 774-2099 | | 2/27/2004 |
| 176 | 399 | GOTHAM | CHRISTOPHER | 1115 Sara Court | Erie | 16504 | 824-4062 | | 1/13/2005 |
| 177 | 380 | GOULD | MICHAEL R | 4109 Emerick Court | Erie | 16506 | 836-1044 | C450-3745 | 2/27/2003 |
| 178 | 395 | HILL | AARON | 2434 Eastern Avenue | Erie | 16510 | 899-8102 | | 6/4/2004 |
| 179 | 400 | LEGOULLON | DUSTIN | 5295 Rome Court | Erie | 16509 | 824-4834 | | 1/13/2005 |
| 180 | 401 | LENOX | THOMAS | 3552 Breezeway Drive | Erie | 16506 | 838-6134 | | 1/13/2005 |
| 181 | 376 | MCGILL | SHAWN M. | 3929 David Road | Erie | 16510 | 898-3312 | C434-2210 | 2/27/2003 |
| 182 | 392 | ROBERTS | WARREN | 2405 Plum Street | Erie | 16502 | 454-3154 | C490-4051 | 6/4/2004 |
| 183 | 373 | ROOFNER | MICHAEL | 550 East 34th Street | Erie | 16504 | 825-2311 | | 12/30/2000 |
| 184 | 393 | SACK | JACOB | 3934 Wood Street | Erie | 16509 | 866-0682 | | 6/4/2004 |
| 185 | 397 | SLUPSKI | JOHN | 3222 Harvard Road | Erie | 16508 | 866-1199 | | 1/13/2005 |
| 186 | 374 | SMITH | DAVID | 920 East Grandview Blvd | Erie | 16504 | 825-0861 | | 2/27/2003 |
| 187 | 396 | STEVENS | JERRY | 1706 Granada Drive, Apt 17 | Erie | 16509 | 566-1463 | | 8/2/2004 |
| 188 | 371 | SUCHY | MICHAEL | 217 Taylor Avenue | Erie | 16511 | 899-1640 | | 12/30/2002 |
| 189 | 386 | SZOSZOREK | MELANIE | 732 East 34th Street | Erie | 16504 | 459-7068 | C490-3673 | 2/27/2004 |
| 190 | 375 | SZOSZOREK | CHRISTOPHER | 5543 East Lake Road | Harborcreek | 16511 | 897-1745 | | 2/27/2003 |

ERIE-2 00013







**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

DUNKIRK NY 14048

OFFICIAL USE

| | |
|---|---|
| Postage | $ $0.63 |
| Certified Fee | $2.40 |
| Return Receipt Fee (Endorsement Required) | $1.85 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $ $4.88 |

Sent To LUZ QUINONES

Street, Apt. No.; or PO Box No.

City, State, ZIP+4

Form 3800, June 2002 — See Reverse for Instructions

---

**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

ERIE PA 18510

OFFICIAL USE

| | |
|---|---|
| Postage | $ $0.63 |
| Certified Fee | $2.40 |
| Return Receipt Fee (Endorsement Required) | $1.85 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $ $4.88 |

04/06/2006

Sent To TABITHA ROBERTS

Street, Apt. No.; or PO Box No.

City, State, ZIP+4

PS Form 3800, June 2002 — See Reverse for Instructions

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

MEADVILLE PA 16335

OFFICIAL USE

| | |
|---|---|
| Postage | $ $0.63 |
| Certified Fee | $2.40 |
| Return Receipt Fee (Endorsement Required) | $1.85 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $ $4.88 |

Sent To TAMILYN STILL

Street, Apt. No.; or PO Box No.

City, State, ZIP+4

Form 3800, June 2002 — See Reverse for Instructions

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

ERIE PA 18504

OFFICIAL USE

| | |
|---|---|
| Postage | $ $0.63 |
| Certified Fee | $2.40 |
| Return Receipt Fee (Endorsement Required) | $1.85 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $ $4.88 |

USPS 04/06/2006

Sent To MARY SCHMEISSER

Street, Apt. No.; or PO Box No.

City, State, ZIP+4

PS Form 3800, June 2002 — See Reverse for Instructions

ERIE-2 00015



**Top left receipt:**

(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

ERIE PA 16505

| | |
|---|---|
| Postage | $ $0.63 |
| Certified Fee | $2.40 |
| Return Receipt Fee (Endorsement Required) | $1.85 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $ $4.88 |

PERRY SQUARE STA
Postmark Here
APR 6 2006
04/06/2006

Sent To: *Jennifer J. Staszewski Maubach*

Street, Apt. No.; or PO Box No.

City, State, ZIP+4

PS Form 3800, June 2002    See Reverse for Instructions

**Top right receipt:**

(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

GREENSBORO NC 27406

| | |
|---|---|
| Postage | $ $0.63 |
| Certified Fee | $2.40 |
| Return Receipt Fee (Endorsement Required) | $1.85 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $ $4.88 |

PERRY SQUARE STA
Postmark Here
APR 6 2006
04/06/2006

Sent To: *Christine D'auro*

Street, Apt. No.; or PO Box No.

City, State, ZIP+4

PS Form 3800, June 2002    See Reverse for Instructions

**Bottom left receipt:**

## U.S. Postal Service
## CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

ERIE PA 16510

| | |
|---|---|
| Postage | $ $0.63 |
| Certified Fee | $2.40 |
| Return Receipt Fee (Endorsement Required) | $1.85 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $ $4.88 |

PERRY SQUARE STA
Postmark Here
APR 6 2006
04/06/2006

Sent To: *Teresa Wingerter O'Laughlin*

Street, Apt. No.; or PO Box No.

City, State, ZIP+4

PS Form 3800, June 2002    See Reverse for Instructions

## U.S. Postal Service
## CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

LEWISTOWN PA 17044

| | |
|---|---|
| Postage | $ $0.63 |
| Certified Fee | $2.40 |
| Return Receipt Fee (Endorsement Required) | $1.85 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $ $4.88 |

PERRY SQUARE STA
Postmark Here
APR 6 2006
04/06/2006

Sent To: *Krystal Seasaman*

Street, Apt. No.; or PO Box No.

City, State, ZIP+4

PS Form 3800, June 2002    See Reverse for Instructions

ERIE-2 00016



**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

ERIE PA 16501

OFFICIAL USE

| | |
|---|---|
| Postage $ | $0.63 |
| Certified Fee | $2.40 |
| Return Receipt Fee (Endorsement Required) | $1.85 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees $ | $4.88 |

04/06/2006

Sent To *Stacy Pollock*
Street, Apt. No.; or PO Box No.
City, State, ZIP+4

PS Form 3800, June 2002 — See Reverse for Instructions

---

**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

EDINBURG TX 78541

OFFICIAL USE

| | |
|---|---|
| Postage $ | $0.39 |
| Certified Fee | $2.40 |
| Return Receipt Fee (Endorsement Required) | $1.85 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees $ | $4.64 |

04/06/2006

Sent To *Jessica Dawn Marie Morgan*
Street, Apt. No.; or PO Box No.
City, State, ZIP+4

PS Form 3800, June 2002 — See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

MONROE NC 28110

OFFICIAL USE

| | |
|---|---|
| Postage $ | $0.63 |
| Certified Fee | $2.40 |
| Return Receipt Fee (Endorsement Required) | $1.85 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees $ | $4.88 |

04/06/2006

Sent To *CORRINA LOLLEY*
Street, Apt. No.; or PO Box No.
City, State, ZIP+4

PS Form 3800, June 2002 — See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

ERIE PA 16510

OFFICIAL USE

| | |
|---|---|
| Postage $ | $0.63 |
| Certified Fee | $2.40 |
| Return Receipt Fee (Endorsement Required) | $1.85 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees $ | $4.88 |

04/06/2006

Sent To *NATALIE VESHECCO MEYER*
Street, Apt. No.; or PO Box No.
City, State, ZIP+4

PS Form 3800, June 2002 — See Reverse for Instructions

ERIE-2 00017

**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com

ERIE PA 16501

OFFICIAL USE

| Postage | $ | $0.63 |
| Certified Fee | | $2.40 |
| Return Receipt Fee (Endorsement Required) | | $1.85 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $4.88 |

Sent To  MAE THOMPSON
Street, Apt. No.; or PO Box No.
City, State, ZIP+4

PS Form 3800, June 2002        See Reverse for Instructions

---

**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com

ERIE PA 16501

OFFICIAL USE

| Postage | $ | $0.63 |
| Certified Fee | | $2.40 |
| Return Receipt Fee (Endorsement Required) | | $1.85 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $4.88 |

Sent To  MAE THOMPSON
Street, Apt. No.; or PO Box No.
City, State, ZIP+4

PS Form 3800, June 2002        See Reverse for Instructions

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com

ERIE PA 16502

OFFICIAL USE

| Postage | $ | $0.63 |
| Certified Fee | | $2.40 |
| Return Receipt Fee (Endorsement Required) | | $1.85 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $4.88 |

Sent To  ZABRINA THOMPSON
Street, Apt. No.; or PO Box No.
City, State, ZIP+4

PS Form 3800, June 2002        See Reverse for Instructions

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com

ERIE PA 16505

OFFICIAL USE

| Postage | $ | $0.63 |
| Certified Fee | | $2.40 |
| Return Receipt Fee (Endorsement Required) | | $1.85 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $4.88 |

Sent To  NICOLE BRADLEY
Street, Apt. No.; or PO Box No.
City, State, ZIP+4

PS Form 3800, June 2002        See Reverse for Instructions

ERIE-2 00018







**U.S. Postal Service**
**CERTIFIED MAIL... RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | |
|---|---|
| Postage | $0.63 |
| Certified Fee | $2.40 |
| Return Receipt Fee (Endorsement Required) | $1.85 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $ $4.88 |

04/06/2006

Sent To: _Cheryl Stain-Leso_
Street, Apt. No.; or PO Box No.
City, State, ZIP+4

PS Form 3800, June 2002          See Reverse for Instructions

**U.S. Postal Service**
**CERTIFIED MAIL... RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

OFFICIAL USE

LOUISVILLE KY 40222

| | |
|---|---|
| Postage | $0.63 |
| Certified Fee | $2.40 |
| Return Receipt Fee (Endorsement Required) | $1.85 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $ $4.88 |

Sent To: _Kimberly Stoops_
Street, Apt. No.; or PO Box No.
City, State, ZIP+4

PS Form 3800, June 2002          See Reverse for Instructions

**U.S. Postal Service**
**CERTIFIED MAIL... RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

OFFICIAL USE

ERIE PA 16504

| | |
|---|---|
| Postage | $0.63 |
| Certified Fee | $2.40 |
| Return Receipt Fee (Endorsement Required) | $1.85 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $ $4.88 |

04/06/2006

Sent To: _Michelle Angello Peterson_
Street, Apt. No.; or PO Box No.
City, State, ZIP+4

PS Form 3800, June 2002          See Reverse for Instructions

ERIE-2 00020

**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

ERIE PA 16504

| | | |
|---|---|---|
| Postage | $ | $0.63 |
| Certified Fee | | $2.40 |
| Return Receipt Fee (Endorsement Required) | | $1.85 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $4.88 |

Postmark Here — ERIE PA PERRY SQUARE STA — 01 APR 2006 — USPS — 04/06/2006

Sent To: *Mary Schneider*
Street, Apt. No.; or PO Box No.
City, State, ZIP+4

7003 1010 0004 2810 4078

PS Form 3800, June 2002                    See Reverse for Instructions

---

**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

MONACA PA 15061

| | | |
|---|---|---|
| Postage | $ | $0.63 |
| Certified Fee | | $2.40 |
| Return Receipt Fee (Endorsement Required) | | $1.85 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $4.88 |

Postmark Here — ERIE PA PERRY SQUARE STA — 01 APR 6 2006 — USPS — 04/06/2006

Sent To: *Megan Romish*
Street, Apt. No.; or PO Box No.
City, State, ZIP+4

7003 1010 0004 2810 4061

PS Form 3800, June 2002                    See Reverse for Instructions

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

LAKE CITY PA 16423

| | | |
|---|---|---|
| Postage | $ | $0.63 |
| Certified Fee | | $2.40 |
| Return Receipt Fee (Endorsement Required) | | $1.85 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $4.88 |

Postmark Here — ERIE PA PERRY SQUARE STA — APR 6 2006 — 04/06/2006

Sent To: *Linda Pitus (Wolcott)*
Street, Apt. No.; or PO Box No.
City, State, ZIP+4

7003 1010 0004 2810 4043

PS Form 3800, June 2002                    See Reverse for Instructions

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

ERIE PA 16503

| | | |
|---|---|---|
| Postage | $ | $0.63 |
| Certified Fee | | $2.40 |
| Return Receipt Fee (Endorsement Required) | | $1.85 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $4.88 |

Postmark Here — ERIE PA PERRY SQUARE STA — APR 6 2006 — 04/06/2006

Sent To: *Denise Wineberg*
Street, Apt. No.; or PO Box No.
City, State, ZIP+4

7003 1010 0004 2810 4043

PS Form 3800, June 2002                    See Reverse for Instructions

ERIE-2 00021

**U.S. Postal Service**
**CERTIFIED MAIL. RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

O F F I C I A L   U S E

ERIE PA 16503

| Postage | $ | $0.63 |
| Certified Fee | | $2.40 |
| Return Receipt Fee (Endorsement Required) | | $1.85 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $4.88 |

POODRY SQUARE STA
Postmark Here
APR 6 2006
ERIE PA PERRY
04/06/2006
USPS

Sent To
Linda Mills
Street, Apt. No.; or PO Box No.
City, State, ZIP+4

7003 2810 0004 1010 7893

PS Form 3800, June 2002    See Reverse for Instructions

---

**U.S. Postal Service**
**CERTIFIED MAIL. RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

O F F I C I A L   U S E

ERIE PA 16503

| Postage | $ | $0.63 |
| Certified Fee | | $2.40 |
| Return Receipt Fee (Endorsement Required) | | $1.85 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $4.88 |

POODRY SQUARE STA
Postmark Here
APR 6 2006
ERIE PA PERRY
04/06/2006
USPS

Sent To
and Marie Machalinski
Street, Apt. No.; or PO Box No.
City, State, ZIP+4

7003 2810 0004 1010 7893

PS Form 3800, June 2002    See Reverse for Instructions



**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

UNION CITY PA 16438

| Postage | $ | $0.63 |
| Certified Fee | | $2.40 |
| Return Receipt Fee (Endorsement Required) | | $1.85 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $4.88 |

Sent To *MARSHA HERNANDEZ*
Street, Apt. No.; or PO Box No.
City, State, ZIP+4

PS Form 3800, June 2002        See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

WATERFORD PA 16441

| Postage | $ | $0.63 |
| Certified Fee | | $2.40 |
| Return Receipt Fee (Endorsement Required) | | $1.85 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $4.88 |

Sent To *MARSHA HERNANDEZ*
Street, Apt. No.; or PO Box No.
City, State, ZIP+4

PS Form 3800, June 2002        See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

ERIE PA 16511

| Postage | $ | $0.63 |
| Certified Fee | | $2.40 |
| Return Receipt Fee (Endorsement Required) | | $1.85 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $4.88 |

Sent To *JEANNIE KNEPPER*
Street, Apt. No.; or PO Box No.
City, State, ZIP+4

PS Form 3800, June 2002        See Reverse for Instructions

ERIE-2 00023



**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

ERIE PA 16503

| | |
|---|---|
| Postage | $ $0.63 |
| Certified Fee | $2.40 |
| Return Receipt Fee (Endorsement Required) | $1.85 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $ $4.88 |

Sent To  HEATHER WIDOMSKI

Street, Apt. No.; or PO Box No.

City, State, ZIP+4

PS Form 3800, June 2002          See Reverse for Instructions

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

ERIE PA 16503

| | |
|---|---|
| Postage | $ $0.63 |
| Certified Fee | $2.40 |
| Return Receipt Fee (Endorsement Required) | $1.85 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $ $4.88 |

Sent To  BRENDA ABREU

Street, Apt. No.; or PO Box No.

City, State, ZIP+4

PS Form 3800, June 2002          See Reverse for Instructions

---

**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

ERIE PA 16503

| | |
|---|---|
| Postage | $ $0.63 |
| Certified Fee | $2.40 |
| Return Receipt Fee (Endorsement Required) | $1.85 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $ $4.88 |

Sent To  HEATHER WIDOMSKI

Street, Apt. No.; or PO Box No.

City, State, ZIP+4

PS Form 3800, June 2002          See Reverse for Instructions

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

ERIE PA 16503

| | |
|---|---|
| Postage | $ $0.63 |
| Certified Fee | $2.40 |
| Return Receipt Fee (Endorsement Required) | $1.85 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $ $4.88 |

Sent To  BRENDA ABREU

Street, Apt. No.; or PO Box No.

City, State, ZIP+4

PS Form 3800, June 2002          See Reverse for Instructions

ERIE-2 00024



**CERTIFIED MAIL  RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

ERIE PA 16501

| | |
|---|---|
| Postage | $ 0.39 |
| Certified Fee | $2.40 |
| Return Receipt Fee (Endorsement Required) | $1.85 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $ 4.64 |

Postmark Here
ERIE PA PERRY SQUARE STA
USPS
04/06/2006

Sent To  SHANNON BROPHY
Street, Apt. No.; or PO Box No.
City, State, ZIP+4

PS Form 3800, June 2002          See Reverse for Instructions

7005 3110 0003 1857 6259

---

**CERTIFIED MAIL  RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

ERIE PA 16502

| | |
|---|---|
| Postage | $ 0.63 |
| Certified Fee | $2.40 |
| Return Receipt Fee (Endorsement Required) | $1.85 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $ 4.88 |

Postmark Here
ERIE PA PERRY SQUARE STA
USPS
04/06/2006

Sent To  TRELANE SHERROD BATTLES
Street, Apt. No.; or PO Box No.
City, State, ZIP+4

PS Form 3800, June 2002          See Reverse for Instructions

7005 3110 0003 1857 6259

---

**U.S. Postal Service**
**CERTIFIED MAIL  RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

ERIE PA 16504

| | |
|---|---|
| Postage | $ 0.63 |
| Certified Fee | $2.40 |
| Return Receipt Fee (Endorsement Required) | $1.85 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $ 4.88 |

Postmark Here
ERIE PA PERRY SQUARE STA
APR 6 2006
04/06/2006

Sent To  KIMBERLY HOPKINS
Street, Apt. No.; or PO Box No.
City, State, ZIP+4

PS Form 3800, June 2002          See Reverse for Instructions

7005 3110 0003 1857 6259

---

**U.S. Postal Service**
**CERTIFIED MAIL  RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

ERIE PA 16510

| | |
|---|---|
| Postage | $ 0.63 |
| Certified Fee | $2.40 |
| Return Receipt Fee (Endorsement Required) | $1.85 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $ 4.88 |

Postmark Here
ERIE PA PERRY SQUARE STA
APR 6 2006
04/06/2006

Sent To  CAREY McCONAHY NICHOLSON
Street, Apt. No.; or PO Box No.
City, State, ZIP+4

PS Form 3800, June 2002          See Reverse for Instructions

7005 3110 0003 1857 6259

ERIE-2 00025

**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

ERIE PA 16504  OFFICIAL USE

| | |
|---|---|
| Postage | $ $0.63 |
| Certified Fee | $2.40 |
| Return Receipt Fee (Endorsement Required) | $1.85 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $ $4.88 |

Sent To: SUSAN EDELMANN
Street, Apt. No.; or PO Box No.
City, State, ZIP+4

PS Form 3800, June 2002        See Reverse for Instructions

7005 3110 0003 1857 6205

---

**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

WEST SPRINGFIELD 01089  OFFICIAL USE

| | |
|---|---|
| Postage | $ $0.63 |
| Certified Fee | $2.40 |
| Return Receipt Fee (Endorsement Required) | $1.85 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $ $4.88 |

Sent To: JOANNE HARRIS
Street, Apt. No.; or PO Box No.
City, State, ZIP+4

PS Form 3800, June 2002        See Reverse for Instructions

7005 3110 0003 1857 6526

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

ERIE PA 16504  OFFICIAL USE

| | |
|---|---|
| Postage | $ $0.63 |
| Certified Fee | $2.40 |
| Return Receipt Fee (Endorsement Required) | $1.85 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $ $4.88 |

Sent To: STEPHANIE LINDNER
Street, Apt. No.; or PO Box No.
City, State, ZIP+4

PS Form 3800, June 2002        See Reverse for Instructions

7005 3110 0003 1857 6526

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

VENICE FL 34285  OFFICIAL USE

| | |
|---|---|
| Postage | $ $0.63 |
| Certified Fee | $2.40 |
| Return Receipt Fee (Endorsement Required) | $1.85 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $ $4.88 |

Sent To: AUDREY KARUBA
Street, Apt. No.; or PO Box No.
City, State, ZIP+4

PS Form 3800, June 2002        See Reverse for Instructions

ERIE-2 00026

**CERTIFIED MAIL... RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

EDINBORO PA 16412

OFFICIAL USE

| | |
|---|---|
| Postage | $ $0.63 |
| Certified Fee | $2.40 |
| Return Receipt Fee (Endorsement Required) | $1.85 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $ $4.88 |

Postmark Here — ERIE PA PERRY SQUARE STA — 2004 APR 01 — 2006 — USPS — 04/06/2006

Sent To LISA MARIE HAYES
Street, Apt. No.; or PO Box No.
City, State, ZIP+4

7005 3110 0003 1857 6554

PS Form 3800, June 2002 — See Reverse for Instructions

---

**CERTIFIED MAIL - RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

ERIE PA 16503

OFFICIAL USE

| | |
|---|---|
| Postage | $ $0.63 |
| Certified Fee | $2.40 |
| Return Receipt Fee (Endorsement Required) | $1.85 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $ $4.88 |

Postmark Here — ERIE PA PERRY SQUARE STA — 2004 APR 01 — 2006 — USPS — 04/06/2006

Sent To AUDREY KARUBA
Street, Apt. No.; or PO Box No.
City, State, ZIP+4

7005 3110 0003 1857 6557

PS Form 3800, June 2002 — See Reverse for Instructions

---

**U.S. Postal Service...**
**CERTIFIED MAIL... RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

ERIE PA 16509

OFFICIAL USE

| | |
|---|---|
| Postage | $ $0.63 |
| Certified Fee | $2.40 |
| Return Receipt Fee (Endorsement Required) | $1.85 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $ $4.88 |

Postmark Here — ERIE PA PERRY SQUARE STA — 2004 APR 01 — 2006 — USPS — 04/06/2006

Sent To SAMANTHA KINDER
Street, Apt. No.; or PO Box No.
City, State, ZIP+4

7005 3110 0003 1857 6557

PS Form 3800, June 2002 — See Reverse for Instructions

---

**U.S. Postal Service...**
**CERTIFIED MAIL... RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

ERIE PA 16508

OFFICIAL USE

| | |
|---|---|
| Postage | $ $0.63 |
| Certified Fee | $2.40 |
| Return Receipt Fee (Endorsement Required) | $1.85 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $ $4.88 |

Postmark Here — ERIE PA PERRY SQUARE STA — APR 6 2006 — USPS — 04/06/2006

Sent To MARIA LOCOCO
Street, Apt. No.; or PO Box No.
City, State, ZIP+4

7005 3110 0003 1857 6557

PS Form 3800, June 2002 — See Reverse for Instructions

ERIE-2 00027

**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

ERIE PA 16504 OFFICIAL USE

| | |
|---|---|
| Postage | $ $0.63 |
| Certified Fee | $2.40 |
| Return Receipt Fee (Endorsement Required) | $1.85 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $ $4.88 |

Sent To AUBREA HAGERTY
Street, Apt. No.; or PO Box No.
City, State, ZIP+4

PS Form 3800, June 2002      See Reverse for Instructions

---

**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

CROYDON PA 19021 OFFICIAL USE

| | |
|---|---|
| Postage | $ $0.63 |
| Certified Fee | $2.40 |
| Return Receipt Fee (Endorsement Required) | $1.85 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $ $4.88 |

Sent To AUBREA HAGERTY
Street, Apt. No.; or PO Box No.
City, State, ZIP+4

PS Form 3800, June 2002      See Reverse for Instructions

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

ERIE PA 16508 OFFICIAL USE

| | |
|---|---|
| Postage | $ $0.63 |
| Certified Fee | $2.40 |
| Return Receipt Fee (Endorsement Required) | $1.85 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $ $4.88 |

Sent To MELISSA HALL
Street, Apt. No.; or PO Box No.
City, State, ZIP+4

PS Form 3800, June 2002      See Reverse for Instructions

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

ERIE PA 16503 OFFICIAL USE

| | |
|---|---|
| Postage | $ $0.63 |
| Certified Fee | $2.40 |
| Return Receipt Fee (Endorsement Required) | $1.85 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $ $4.88 |

Sent To STACEY ANGELO
Street, Apt. No.; or PO Box No.
City, State, ZIP+4

PS Form 3800, June 2002      See Reverse for Instructions

ERIE-2 00028

# The City of Erie, Pennsylvania

## Joseph E. Sinnott, Mayor

<u>Letter to Applicants</u>

Re: <u>United States v. City of Erie, Pennsylvania</u>, Civ. Action No. 04-4 (W.D. Pa.)

Dear Applicant:

Our records indicate that you took the physical agility test for the entry-level police officer position with the City of Erie Bureau of Police between 1996 and 2002. This letter is to notify you of a settlement of a civil lawsuit between the United States and the City of Erie which may affect you.

Enclosed please find a document entitled "**NOTICE OF SETTLEMENT AND FAIRNESS HEARING**". This document describes the lawsuit and the terms of the settlement. In addition, the document provides the time and place of a Fairness Hearing regarding the settlement and tells you how to make an objection to the terms of the settlement if you choose to do so. Additional instructions and an objection form also are enclosed. **Please read the documents carefully as your rights may be affected.**

If you are a woman who took the physical agility test administered by the City of Erie between 1996 and 2002 as part of its police officer application and selection process, you may be eligible for monetary relief and possible priority consideration for hire as an Erie police officer. If the Court approves the settlement of this case after the Fairness Hearing, you will be contacted about how you may submit a claim for such relief. You do not need to do anything at this time to establish eligibility for relief.

Sincerely,

Gerald J. Villella, Esquire
Assistant Solicitor
City of Erie, Pennsylvania

ERIE-2 00029

Enclosures

**Office of the City Solicitor**
Gregory A. Karle, Esquire, City Solicitor
626 State Street, Room 505, Erie, PA 16501-1128
Ph: (814) 870-1230 • Fax: (814) 455-9438 • Email: gkarle@ci.erie.pa.us

Exhibit 2

 ERIE

APPENDIX B

## NOTICE OF SETTLEMENT AND FAIRNESS HEARING

On March 6, 2006, the United States and the City of Erie, Pennsylvania executed a settlement of a lawsuit filed by the United States in 2004 in the federal District Court for the Western District of Pennsylvania. In the lawsuit, the United States alleged that Erie engaged in employment practices that violated Title VII of the Civil Rights Act of 1964, as amended ("Title VII") by excluding women from consideration for hire as police officers in the Erie Bureau of Police. Specifically, the United States alleged that the Erie's use of a particular physical agility test (the "PAT") from 1996 through 2002 disproportionately excluded female applicants from employment as police officers and was not job related and consistent with business necessity as required by federal law.

In December 2005, the federal court ruled that the Erie's use of the PAT between 1996 and 2002 violated the law as alleged by the United States. In that ruling, the court did not determine the nature and amount of relief that the City will be required to provide. In the interest of efficiently resolving this matter and to promote the purposes of Title VII, the United States and the City of Erie have reached an agreement regarding the relief the City will provide and voluntarily entered into a "Consent Decree" settling the lawsuit.

The terms of settlement include an agreement by the City that it will not use the unlawful PAT and will obtain approval from the United States or the Court before using other physical agility tests. In addition, the City has agreed to consider women who failed the unlawful PAT between 1996 and 2002 for possible employment as police officers if they meet current lawful requirements for the position. If hired, these individuals could be awarded a retroactive seniority date based on the date on which they took the PAT. The City also has agreed to provide a total of $170,000 in monetary relief to be distributed among women who were adversely affected by the City's unlawful use of the PAT between 1996 and 2002.

The court provisionally entered the Consent Decree on March 10, 2006. The parties have requested that the court hold a "Fairness Hearing" to determine whether the terms of the Consent Decree are fair, reasonable, equitable and otherwise consistent with federal law.

The Fairness Hearing will be held on June 15, 2006, beginning at 9:30 a.m. in Courtroom C at the federal district courthouse located at 17 South Park Row, Erie, Pennsylvania. **You have the right to attend this Fairness Hearing.**

In addition, **you have the right to file with the court a written objection** to any of the terms of the Consent Decree that you believe are unfair or unlawful. Copies of the Consent Decree are available from the City of Erie offices located at the Office of the City Clerk, 626 State Street, Room 104, Erie, PA 16501 between the hours of 8:30 a.m. to 4:30 p.m.

Instructions for filing an objection are enclosed with this notice. **Making an objection is voluntary, but if you do not object at this time, you may be prohibited from taking any action against this Consent Decree in the future.**

ERIE-2 00030

APPENDIX C

## WOMEN WHO APPLIED TO BE POLICE OFFICERS
## MAY BE ENTITLED TO MONETARY RELIEF AND JOB OFFERS

In December 2005, the federal District Court for the Western District of Pennsylvania ruled that the City of Erie, Pennsylvania's use of a particular physical agility test to screen applicants for police officer positions violated federal law. In a lawsuit filed by the United States in 2004, the court found that the test disproportionately excluded female applicants from employment as police officers between 1996 and 2002 and was not job related and consistent with business necessity as required by federal law.

On March 6, 2006, the United States and the City of Erie executed a "Consent Decree" settling the lawsuit. Under the terms of the settlement, women who applied for employment as police officers in the City of Erie and failed the physical agility test administered by the City between 1996 and 2002 may be entitled to relief. The relief may include a share of a Settlement Fund totaling $170,000. In addition, women who failed the test between 1996 and 2002 may be eligible for an offer of employment as a police officer if they meet current lawful requirements for the position. If hired, these individuals could be awarded a retroactive seniority date based on the date on which they originally applied and took the physical agility test.

The United States and the City have identified those women who failed the physical agility test between 1996 and 2002 from application materials maintained by the City. However, the parties have been unable to locate some of these women due to changes of address, telephone number or name.

If you are a woman or know a woman who applied to be a City of Erie police officer and failed the physical agility test between 1996 and 2002 and you have not been contacted by the United States regarding the settlement, please:

**Call the Employment Litigation Section of the Civil Rights Division of the Department of Justice at 1-800-556-1950 (Option 1) before May 22, 2006.**

**Leave your name, address and telephone number and a time when you can be reached.**

Your call will be returned as soon as possible. If you are a woman who may be eligible for relief under the settlement, you will receive information regarding the settlement and your right to object to the terms of the settlement and to attend a "Fairness Hearing" which will be held on June 15, 2006 beginning at 9:30 a.m. in Courtroom C at the federal district courthouse located at 17 South Park Row, Erie, Pennsylvania, to determine whether the terms of the Consent Decree are fair, reasonable, equitable and otherwise consistent with federal law.

ERIE-2 00031

## INSTRUCTIONS FOR FILING AN OBJECTION PRIOR TO THE FAIRNESS HEARING

1.  If you believe the terms of the Consent Decree are unfair, unreasonable or unlawful, you may object to its final entry by the Court. **Making an objection is voluntary, but if you do not object at this time, you may be prohibited from taking any action against the Consent Decree in the future.** If you decide to object, you must follow the instructions set out on this page. If you choose to object, the judge will consider your objection before deciding whether to give final approval to the terms of the Consent Decree.

2.  **All objections must be postmarked by May 5, 2006. If your objection is not postmarked by this date, your objection may not be considered and you may be prohibited from objecting at a later time.**

3.  **All objections must be made in writing.** Your objection should be made on the attached form, showing the caption of the case. You must fill out this page completely. You must include a description of the basis of your objection. You may attach additional pages to the caption page/form if necessary. If you have retained an attorney to assist you in this matter, indicate with your objection the name, address and phone number of your attorney.

4.  You must submit one copy of your objection to **each** of the following addresses:

    1)  Clerk of the United States District Court for
        the Western District of Pennsylvania
        Erie Division
        PO Box 1820
        Erie, PA  16501

    2)  City of Erie Police Settlement Team
        Employment Litigation Section
        U.S. Department of Justice
        Civil Rights Division
        PHB, Room 4024
        950 Pennsylvania Avenue, NW
        Washington, DC 20530

    3)  City of Erie, Pennsylvania
        626 State Street, Room 505
        Erie, PA  16501

5.  The court will hold the Fairness Hearing on June 15, 2006 beginning at 9:30 a.m. in Courtroom C at the federal district courthouse located at 17 South Park Row, Erie, Pennsylvania. You may attend this hearing if you wish, but need not attend in order to have the Court consider any written objections you submit.

6.  If you have any questions concerning the procedure to submit an objection, you may consult with an attorney of your own choosing and at your own expense, or you may call the

ERIE-2 00032

Employment Litigation Section of the Civil Rights Division of the U.S. Department of Justice at 1-800-556-1950 (Option 1).  If you do call this number, please leave your name, social security number, telephone number and a time when you can be reached.  Your call will be returned as soon as possible.

ERIE-2 00033

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,

     PLAINTIFF,               CIVIL ACTION NO. 04-4

     V.                  JUDGE MCLAUGHLIN

THE CITY OF ERIE, PENNSYLVANIA,

     DEFENDANT.

----

### OBJECTION TO THE ENTRY OF THE CONSENT DECREE

     I am objecting to the terms of settlement of this case included in the Consent Decree agreed to by the United States and the City of Erie.

Name: _____

              Social Security Number:

              _____

Other name(s) used: _____

                _____

Address: _____    Telephone:

_____

Basis of my objection:

Are you requesting the opportunity to state your objection in person at the Fairness Hearing?

        [ ] Yes     [ ] No

----

YOU MAY USE ADDITIONAL PAGES TO EXPLAIN THE BASIS OF YOUR OBJECTION IF NECESSARY. **YOU MUST SEND ONE COPY OF YOUR OBJECTION TO THE CLERK OF THE COURT, ONE COPY TO THE DEPARTMENT OF JUSTICE AND ONE COPY TO THE CITY AT THE ADDRESSES PROVIDED IN THE INSTRUCTIONS.**

ERIE-2 00034

Wednesday April 19, 2006 · Erie Times-News · www.GoErie.com

# WOMEN WHO APPLIED TO BE POLICE OFFICERS
## MAY BE ENTITLED TO MONETARY RELIEF AND JOB OFFERS

In December 2005, the federal District Court for the Western District of Pennsylvania ruled that the City of Erie, Pennsylvania's use of a particular physical agility test to screen applicants for police officer positions violated federal law. In a lawsuit filed by the United States in 2004, the court found that the test disproportionately excluded female applicants from employment as police officers. In 1996 and 2002 and was not job related and consistent with business necessity as required under federal law.

On March 6, 2006, the United States and the City of Erie entered a Consent Decree settling the lawsuit. Under the terms of the settlement, women who applied for employment as police officers in the City of Erie and failed the physical agility test administered by the City in 1996 and 2002 may be entitled to relief. These women may share in a share of a Settlement Fund totaling $1,700,000. In addition, women who failed the test between 1996 and 2002 may receive a job offer from the City as a police officer if they meet the current requirements for the position. If hired, these individuals could be awarded competitive seniority and retroactive benefits based on the date on which they originally failed the physical agility test.

The United States and the City have identified those women who failed the physical agility test between 1996 and 2002 from application materials maintained by the City. However, the parties have been unable to locate some of these women due to changes of address, telephone number or home.

If you are a woman or know a woman who applied to be a City of Erie police officer and failed the physical agility test between 1996 and 2002 and you have not been contacted by the United States regarding the settlement, please:

> Call the Employment Litigation Section of the Civil Rights Division of the Department of Justice at 1-800-556-1050 (Option 1) before May 22, 2006.
>
> Leave your name, address and telephone number and a time when you can be reached.

Your call will be returned as soon as possible. If you are a woman who may be eligible for relief under the settlement, you will receive information regarding the settlement and your right to object to the terms of the settlement and to attend a (Fairness Hearing) which will be held on June 15, 2006 beginning at 9:30 a.m. in Courtroom C at the federal district courthouse located at 17 South Park Row, Erie, Pennsylvania, to determine whether the terms of the Consent Decree are fair, reasonable, equitable and otherwise consistent with federal law.

ERIE-2 00035

Exhibit 3

JUN-01-2006   11:09                8148701632

**U.S. Department of Justice**

Civil Rights Division

DJP:JMG:SAS:CFG:
DJ 170-64-148

*Employment Litigation Section - PHB*
*950 Pennsylvania Avenue, NW*
*Washington, DC 20530*
*www.usdoj.gov/crt/emp*

Re:    United States  v. City of Erie, C.A. No. 04-4E (W.D. Pa.)

Dear Applicant:

You recently received the "NOTICE OF SETTLEMENT AND FAIRNESS HEARING" in the above captioned case from the Office of the City Solicitor, City of Erie, Pennsylvania.  The toll-free number listed to contact the Employment Litigation Section of the Civil Rights Division of the Department of Justice, 1-800-556-1050, was incorrect.  **The correct toll-free number is 1-800-556-1950 (Option 1).**

We apologize for any inconvenience this may have caused.

Sincerely,

Employment Litigation Section
Civil Rights Division

Exhibit 4

# CORRECTED PHONE NUMBER

# WOMEN WHO APPLIED TO BE POLICE OFFICERS
## MAY BE ENTITLED TO MONETARY RELIEF AND JOB OFFERS

In December 2005, the federal District Court for the Western District of Pennsylvania ruled that the City of Erie, Pennsylvanias use of a particular physical agility test to screen applicants for police officer positions violated federal law. In a lawsuit filed by the United States in 2004, the court found that the test disproportionately excluded female applicants from employment as police officers between 1996 and 2002 and was not job related and consistent with business necessity as required by federal law.

On March 6, 2006, the United States and the City of Erie executed a (Consent Decree) settling the lawsuit. Under the terms of the settlement, women who applied for employment as police officers in the City of Erie and failed the physical agility test administered by the City between 1996 and 2002 may be entitled to relief. The relief may include a share of a Settlement Fund totaling $170,000. In addition, women who failed the test between 1996 and 2002 may be eligible for an offer of employment as a police officer if they meet current lawful requirements for the position. If hired, these individuals could be awarded a retroactive seniority date based on the date on which they originally applied and took the physical agility test.

The United States and the City have identified those women who failed the physical agility test between 1996 and 2002 from application materials maintained by the City. However, the parties have been unable to locate some of these women due to changes of address, telephone number or name.

If you are a woman or know a woman who applied to be a City of Erie police officer and failed the physical agility test between 1996 and 2002 and you have not been contacted by the United States regarding the settlement, please:

> Call the Employment Litigation Section of the Civil Rights Division of the Department of Justice at 1-800-556-1950 (Option 1) before May 22, 2006.

> Leave your name, address and telephone number and a time when you can be reached.

Your call will be returned as soon as possible. If you are a woman who may be eligible for relief under the settlement, you will receive information regarding the settlement and your right to object to the terms of the settlement and to attend a (Fairness Hearing) which will be held on June 15, 2006 beginning at 9:30 a.m. in Courtroom C at the federal district courthouse located at 17 South Park Row, Erie, Pennsylvania, to determine whether the terms of the Consent Decree are fair, reasonable, equitable and otherwise consistent with federal law.

ERIE-2 00037

Exhibit 5

EXHIBIT 6

LIST OF OBJECTORS BY CATEGORY OF OBJECTION

1)    Objections to the Department of Justice's prosecution of this action and the Court's liability judgment

OBJECTORS:    Mark Sanders and Robert Hill

2)    Assertions that it is unfair to award relief to individuals who failed the PAT and not to individuals who were not hired for other reasons

OBJECTORS:    Robert Hill and Daniel Spizarny.

3)    Objections to the monetary relief provisions of the Decree because they do not provide full back pay to the women who actually would have been hired but for the PAT and may provided relief to claimants who would not have been hired even if they had passed the PAT

OBJECTORS:    Linda (Peters) Wolcott, Melanie Szoszorek and Mark Sanders

4)    Objection to the hiring relief provisions of the Decree because they provide that claimants cannot be deemed unqualified for hiring relief solely because they are not already certified police officers

OBJECTOR:    Mark Sanders

5)    Objections to the award of retroactive seniority as unfair to incumbent officers

OBJECTORS:    Gregory Baney, John Barber, Pamela Barber, Robert Borland, Michael Brady, Michael Burrows, Jeff Dahlstrand, Anthony DeBacco, Steve DeLuca, Adam DiGilarmo, Dominic DiLullo, Patrick Durkin, Thomas Falconer, Les Fetterman, Kevin Fries, Charles Fuhrman, Donald Fuhrman, Damyan Graves, Matthew Gustafson, Robert Hill, John Holmes, David Hudson, James Hunter, Julie Kemling, Kenneth Kensill, Scott Kornetz, Bruce Kosko, Chris Lawrence, Bryan Lechner, Jacob Letkiewicz, Michael Mancuso, William Marucci, Earl Matson, Robert McDonald, James McLellan, Dennis Oborski, Ryan Onderko, James Pietras, Glenn Rogers, Jamie Russo, Mark Sennett, Daniel Spizarny, Nick Stadler, Pilin Triana, Salvador Velez, David Walker, Jay White, Robert Wierbinski, Robert Williams, Theodore Wisniewski, Michael Wolf, Luke Yates and Fraternal Order of Police No. 7 (collectively, the "FOP Objectors"), Thomas Borreli and Melanie Szoszorek

Exhibit 6

6)    Objections to the use of retroactive seniority in any way that would violate the relevant collective bargaining agreement or the civil service provisions of state statutes

OBJECTORS:        FOP Objectors

7)    Objections asserting that the use of retroactive seniority will violate incumbents' right to equal protection under the United States Constitution and the state constitution

OBJECTORS:        FOP Objectors

8)    Objection to the specific presumptive hire/retroactive seniority dates listed in Appendix A to the Decree

OBJECTOR:        Melanie Szoszorek

9)    Objection to the list of potential claimants attached as Appendix A to the Decree on the ground that it does not include the objector, who claims she took and failed the PAT during the relevant period

OBJECTOR:        Ethel Easter

ERIE-2 00039

EXHIBIT 7

OBJECTORS AND OTHERS REQUESTING AN
OPPORTUNITY TO BE HEARD AT THE JUNE 15, 2006 FAIRNESS HEARING
(with category of objection(s) and hire dates)*

1)    BARBER, JOHN (FOP Objector; hired pre-1997)

Objections:  5) the award of retroactive seniority is unfair to incumbent officers; 6) the
use of retroactive seniority will violate the relevant collective bargaining agreement or the
civil service provisions of state statutes; and 7) the use of retroactive seniority will violate
incumbents' right to equal protection under the United States Constitution and the state
constitution**

2)    BARBER, PAMELA (FOP Objector; hired 1993)

3)    BORLAND, ROBERT (FOP Objector; hired pre-1997)

4)    BURROWS, MICHAEL (FOP Objector; hired 09/03/1999)

5)    EASTER, ETHEL (Potential claimant not on Appendix A)

Objection:  9)  list of potential claimants attached as Appendix A to the Decree does not
include the objector, who claims she took and failed the PAT during the relevant period

6)    FETTERMAN, LESTER (FOP Objector; hired 1989)

7)    FRATERNAL ORDER OF POLICE

8)    GARCIA, JUDITH (Claimant)

Objections:  None

9)    KORNETZ, SCOTT (FOP Objector; hired 03/03/1999)

10)   KOSKO, BRUCE (FOP Objector; hired 03/02/2001)

11)   LECHNER, BRYAN (FOP Objector; hired 09/03/1999)

*      Hire dates are based on 8/30/2005 Master Police Roster (Exhibit 10) and list of hires
       since 1996 (Exhibit 10).

**     These objections were made by all individuals listed as "FOP Objectors" and by the
       Fraternal Order of Police ("FOP").

ERIE-2 00040

Exhibit 7

12)     McLELLAN, JAMES (FOP Objector; hired 08/03/2001)

13)     POLICE RELIEF AND PENSION ASSOCIATION OF ERIE, PENNSYLVANIA

        Objections:  None, but 10) request for information about how retroactive seniority
        awarded to priority hires will be used in connection with the pensions of those individuals

14)     RUSSO, JAMIE (FOP Objector; hired 03/01/2002)

15)     SENNETT, MARK (FOP Objector; hired 04/22/1998)

16)     THOMPSON, ZABRINA (Claimant)

        Objections:  None

17)     WALKER, DAVID (FOP Objector; hired 01/08/1998)

18)     WHITE, JAY (FOP Objector; hired 5/17/1996)

19)     WILLIAMS, ROBERT (FOP Objector; hired pre-1997)

ERIE-2 00041

EXHIBIT 8a

## HIRE DATES OF INCUMBENT OBJECTORS
(Based on Pl. Dep. Ex. 15, deposition testimony and 2005 Master Police Roster)

| | |
|---|---|
| Gregory Baney | 03/02/2001 |
| John Barber | N/A (pre-1997) |
| Pamela Barber | 1983 |
| Robert Borland | N/A (pre-1997) |
| Thomas Borreli | 08/03/2001 |
| Michael Brady | N/A (pre-1997) |
| Michael Burrows | 09/03/1999 |
| Jeff Dahlstrand | 1994 |
| Anthony DeBacco | N/A (pre-1997) |
| Steve DeLuca | 09/03/1999 |
| Adam DiGilarmo | 09/03/1999 |
| Dominic DiLullo | N/A (pre-1997) |
| Patrick Durkin | N/A (pre-1997) |
| Thomas Falconer | N/A (pre-1997) |
| Les Fetterman | 1989 |
| Kevin Fries | 09/03/1999 |
| Charles Fuhrman | 09/03/1999 |
| Donald Fuhrman | N/A (pre-1997) |
| Damyan Graves | 09/03/1999 |

Exhibit 8a

ERIE-2 00042

| | |
|---|---|
| Matthew Gustafson | 03/03/1999 |
| Robert Hill | 09/05/1995 |
| John Holmes | 09/08/1996 |
| David Hudson | 09/05/1995 |
| James Hunter | N/A (pre-1997) |
| Julie Kemling | 1993 |
| Kenneth Kensill | 02/27/2004 |
| Scott Kornetz | 03/03/1999 |
| Bruce Kosko | 03/02/2001 |
| Chris Lawrence | 09/08/1997 |
| Bryan Lechner | 09/03/1999 |
| Jacob Letkiewicz | 01/08/1998 |
| Michael Mancuso | 03/02/2001 |
| William Marucci | 09/08/1997 |
| Earl Matson | N/A (pre-1997) |
| Robert McDonald | N/A (pre-1997) |
| James McLellan | 08/03/2001 |
| Dennis Oborski | 03/03/1999 |
| Ryan Onderko | 01/02/2001 |
| James Pietras | N/A (pre-1997) |
| Glenn Rogers | 09/08/1997 |

ERIE-2 00043

| | |
|---|---|
| Jamie Russo | 03/01/2002 |
| Mark Sanders | 1985 (based on his objection) |
| Mark Sennett | 04/22/1998 |
| Daniel Spizarny | N/A (pre-1997) |
| Nick Stadler | 03/01/2002 |
| Melanie Szoszorek | 02/27/2004 |
| J. Triana | 05/21/1998 |
| Salvador Velez | N/A (05/17/1996?) |
| David Walker | 01/08/1998 |
| Jay White | 05/17/1996 |
| Robert Wierbinski | N/A (likely 1998) |
| Robert Williams | N/A (pre-1997) |
| Theodore Wisniewski | 01/04/1996 |
| Michael Wolf | 09/04/1998 |
| Luke Yates | N/A (pre-1997) |

ERIE-2 00044

EXHIBIT 8b.

## HIRE DATES OF INCUMBENT OBJECTORS
### (By seniority on Master Police Roster)

| | |
|---|---|
| Pamela Barber | 1983 - Detective Sergeant 204 on list |
| James Hunter | N/A - Sergeant 208 on list |
| Robert Williams | N/A - 213 on list |
| Dominic DiLullo | N/A - 220 on list |
| Robert McDonald | N/A - Sergeant 232 on list |
| Anthony DeBacco | N/A - Corporal 234 on list |
| Donald Fuhrman | N/A- Lieutenant 237 on list |
| Thomas Falconer | N/A - Sergeant 238 on list |
| Les Fetterman | 1989 - Lieutenant 240 on list |
| Mark Sanders | 1985 (based on his objection) - Sergeant 243 on list |
| Daniel Spizarny | N/A - Detective Lieutenant 250 on list |
| Patrick Durkin | N/A - Sergeant 255 on list |
| Luke Yates | N/A - 256 on list |
| James Pietras | N/A - 257 on list |
| John Barber | N/A - Detective Sergeant 259 on list |
| Robert Borland | N/A - 265 on list |
| Julie Kemling | 1993 - Detective 274 on list |
| Jeff Dahlstrand | 1994 - Sergeant 277 on list |
| Earl Matson | N/A - Detective 278 on list |
| Michael Brady | N/A - 279 on list |
| Robert Hill | 09/05/1995 - 284 on list |
| David Hudson | 09/05/1995 - Detective Sergeant 286 on list |
| Theodore Wisniewski | 01/04/1996 - Sergeant 291 on list |
| Jay White | 05/17/1996 - 297 on list |
| John Holmes | 09/08/1996 - Detective 302 on list |
| | |
| ***1996 Retroactive Seniority Date*** | ***03/08/1997*** |
| | |
| William Marucci | 09/08/1997 - 304 on list |
| Chris Lawrence | 09/08/1997 - Detective 306 on list |
| Glenn Rogers | 09/08/1997 - Corporal 308 on list |
| David Walker | 01/08/1998 - 311 on list |
| Jacob Letkiewicz | 01/08/1998 - 312 on list |
| Robert Wierbinski | N/A - 313 on list |
| Mark Sennett | 04/22/1998 - 314 on list |
| J. Triana | 05/21/1998 - 315 on list |
| Michael Wolf | 09/04/1998 - 318 on list |

Exhibit 8b

ERIE-2 00045

| *1998 Retroactive Seniority Date* | *03/03/1999* |
|---|---|
| *Dennis Oborski* | *03/03/1999 - 325 on list* |
| *Scott Kornetz* | *03/03/1999 - 329 on·list* |
| *Matthew Gustafson* | *03/03/1999 - 331 on list* |
| Damyan Graves | 09/03/1999 - 339 on list |
| Kevin Fries | 09/03/1999 - 344 on list |
| Bryan Lechner | 09/03/1999 - 345 on list |
| Charles Fuhrman | 09/03/1999 - 348 on list |
| Michael Burrows | 09/03/1999 - 349 on list |
| Adam DiGilarmo | 09/03/1999 - 353 on list |
| Steve DeLuca | 09/03/1999 - 354 on list |
| Ryan Onderko | 01/02/2001 - 358 on list |

| *2000 Retroactive Seniority Date* | *03/02/2001* |
|---|---|
| *Gregory Baney* | *03/02/2001 - 356 on list* |
| *Michael Mancuso* | *03/02/2001 - 357 on list* |
| *Bruce Kosko* | *03/02/2001 - 359 on list* |
| James McLellan | 08/03/2001 - 361 on list |
| Thomas Borreli | 08/03/2001 - 363 on list |
| Salvador Velez | N/A - 365 on list |
| Nick Stadler | 03/01/2002  - 367 on list |
| Jamie Russo | 03/01/2002  - 368 on list |

| *2002 Retroactive Seniority Date* | *08/27/2002* |
|---|---|
| Kenneth Kensill | 02/27/2004 - |
| Melanie Szoszorek | 02/27/2004 - 386 on list |

ERIE-2 00046

| NAME | DATE OF HIRE | SEX |
|---|---|---|
| Gregory T Acri | 2/27/04 | Male |
| Gabriel J Amory | 2/9/04 | Male |
| Angel Baez-Sprague | 2/27/04 | Male |
| William C Bailey Jr | 2/27/03 | Male |
| Gregory L Baney | 3/2/01 | Male |
| James A Becker, Jr | 12/30/02 | Male |
| Marc A Bellotti | 6/4/99 | Male |
| Jason M Belton | 2/27/04 | Male |
| James D Bielak Jr | 9/3/99 | Male |
| Paul A Bizzaro | 9/3/99 | Male |
| Sean J Bogart | 2/27/04 | Male |
| Thomas E Borreli | 8/3/01 | Male |
| Michael A Brown | 12/20/02 | Male |
| Michael P Burrows | 9/3/99 | Male |
| Michael T Butler | 2/27/04 | Male |
| Michael E Carmen | 3/3/99 | Male |
| Christopher J Chimera | 2/27/04 | Male |
| Michael J Chodubski | 9/3/96 | Male |
| Christopher M Clement | 2/27/04 | Male |
| Michael P Conway | 5/6/99 | Male |
| James E Cousins II | 2/27/04 | Male |
| Thomas G Covatto | 3/3/99 | Male |
| Donald D Dacus | 5/17/96 | Male |
| Steven R Deluca | 9/3/99 | Male |
| Jon J Dibello | 1/8/98 | Male |
| Adam C Digilarmo | 9/3/99 | Male |
| Thomas M Dunmire Jr | 7/23/99 | Male |
| Joshua K Ferraro | 5/6/99 | Male |
| Timothy P Ferrick | 9/3/96 | Male |
| Gregory M Filutze | 9/4/98 | Male |
| Kevin C Fries | 9/3/99 | Male |
| Charles R Fuhrman | 9/3/99 | Male |
| Adam E Gatti | 6/4/99 | Male |
| William C Goozdich | 3/1/02 | Male |
| Michael R Gould | 2/27/03 | Male |
| Damyan L Graves | 9/3/99 | Male |
| Matthew J Gustafson | 3/3/99 | Male |
| Michael R Hertel | 9/3/99 | Male |
| Robert W Hill | 9/5/95 | Male |
| John B Holmes | 9/3/96 | Male |
| David F Hudson | 9/5/95 | Male |
| Christopher M Janus | 9/3/99 | Male |
| Keith A Kaschalk | 9/5/95 | Male |
| Patrick C Kensill | 2/27/04 | Male |
| Kenneth K Kensill III | 9/8/97 | Male |
| Scott A Kornetz | 3/3/99 | Male |
| Bruce E Kosko | 3/2/01 | Male |
| Christopher G Lawrence | 9/8/97 | Male |
| Bryan C Lechner | 9/3/99 | Male |
| Jacob Letkiewicz | 1/8/98 | Male |
| Rick E Lorah | 3/3/99 | Male |



ERIE-2 00047



PLAINTIFF'S DEPOSITION EXHIBIT 15

Exhibit 9

| NAME | DATE OF HIRE | SEX |
|------|-------------|-----|
| Michael R Mancuso | 3/2/01 | Male |
| William J Marucci II | 9/8/97 | Male |
| Shawn M McGill | 2/27/03 | Male |
| Tod A McLaughlin | 1/4/96 | Male |
| James D McLellan Jr | 8/3/01 | Male |
| Peter M Mitchell | 8/3/01 | Male |
| Raymond D Mortiz | 2/27/03 | Male |
| Daniel J Morris | 9/4/98 | Male |
| Marc A Nelson | 9/3/99 | Male |
| Edward A Noble | 9/5/95 | Male |
| Jonathan L Nolan | 9/5/95 | Male |
| Dennis F Oborski | 3/3/99 | Male |
| Ryan M Onderko | 3/2/01 | Male |
| Carol Ponce | 3/3/99 | Female |
| John R Popovic | 1/8/98 | Male |
| Jody Rager | 9/4/98 | Male |
| Roberta M Raszkowski | 9/3/99 | Female |
| Christian J Reynolds | 9/3/96 | Male |
| Glenn A Rogers | 9/8/97 | Male |
| Richard J Romanski | 8/27/01 | Male |
| Michael J Roofner | 12/30/02 | Male |
| Donovan A Rounds | 3/3/99 | Male |
| Jamie A Russo | 3/1/02 | Male |
| Mark J Sennett | 4/22/98 | Male |
| David M Smith | 2/27/03 | Male |
| Royce A Smith | 9/3/99 | Male |
| Donald A Sornberger Jr | 9/3/99 | Male |
| Nick J Stadler | 3/1/02 | Male |
| Craig W Stoker | 9/3/99 | Male |
| James T Stumpo | 3/3/99 | Male |
| Michael D Suchy | 12/30/02 | Male |
| Susan M Szocki | 5/17/96 | Female |
| Christopher J Szoszorek | 2/27/03 | Male |
| Melanie Szoszorek | 2/27/04 | Female |
| Gary R Taccone | 9/8/97 | Male |
| Anthony L Talarico | 9/5/95 | Male |
| Justin S Taylor | 8/3/01 | Male |
| Jason W Triana | 5/21/98 | Male |
| Salvador Velez | 5/17/96 | Male |
| William S Vicos | 5/17/96 | Male |
| Ryan M Victory | 3/3/99 | Male |
| David P Walker | 1/18/98 | Male |
| Aaron D Wassell | 5/17/96 | Male |
| Jason M Weismiller | 9/3/99 | Male |
| Jay E White | 5/17/96 | Male |
| Matthew W Williams | 5/19/95 | Male |
| Theodore F Wisniewski | 1/4/96 | Male |
| Michael A Wolf | 9/4/98 | Male |

ERIE-2 00048