# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

United States
_____
         Plaintiff

vs.                                    No. 1:04 cv 4

City of Erie
_____
         Defendant

FAIRNESS HEARING ON  Consent Decree

Held on  6-15-06

Before Judge  Sean J. McLaughlin

Sharon Seeley, Esq.              Gerald Villella, Esq.
                                 Ken Zak, Esq.
Appear for Plaintiff             Appear for Defendant

Hearing begun  6/15/06  9:30 Am   Hearing adjourned to _____
Hearing concluded C.A.V.  11:20 Am   Stenographer  Sonya Hoffman
                                     Clerk  K.A. Scibetta

## WITNESSES:

For Plaintiff                    For Defendant