AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

WESTERN _____ DISTRICT OF __PENNSYLVANIA__

UNITED STATES OF AMERICA

V.

CITY OF ERIE

**EXHIBIT AND WITNESS LIST**

Case Number: 1:04 CV 4

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Sean J. McLaughlin | Sharon Seeley, Esq. | G. Villella Esq., K. Zak Esq. |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
|  | Sonya Hoffman | K.A. Scibetta |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  |  | 6/15/06 |  |  | Joseph Spero, Esq. — Pension Board |
| ✓ |  | 6/15/06 |  |  | Caleb Nichols, Esq. |
| EASTER 1 |  | 6/15/06 | ✓ | ✓ | Letter from Homer L. Smith JR |
|  |  |  |  |  | Marsha Hernandez |
|  |  |  |  |  | Christopher Cimballa — FOP |
|  | FOP 1 |  | ✓ | ✓ | AAA Documents: City of Erie v. FOP Lodge #7 |
| ✓ |  |  |  |  | Frances Booth |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages