**Homer L. Smith Jr.**
**3901 Dexter Avenue**
**Erie, Pa. 16504**
**(814)392-3413**

June 14, 2006

**To Whom It May Concern:**

Please be advised I served in the capacity of EEO/Labor Compliance Officer for the City of Erie from the period of May, 1989 through September, 2005.

During this time I was involved with assisting in recruiting minorities and women to apply for **Police and Fire candidates**.

In 1996, Ethel Easter, who had been hired by the City of Erie as a CSO/Communications Specialist Officer completed an application for Police Officer for the City of Erie and took the physical exam.

If you should require additional information, feel free to contact me at (814)392-3413.

Sincerely,

Homer L. Smith Jr.

