IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,

PLAINTIFF,

V.

THE CITY OF ERIE, PENNSYLVANIA,

DEFENDANT.

CIVIL ACTION NO. 04-4

JUDGE MCLAUGHLIN

FILED
06 JUN 26 A9:57
CLERK
U.S. DISTRICT COURT

## OBJECTION TO THE ENTRY OF THE CONSENT DECREE

I am objecting to the terms of settlement of this case included in the Consent Decree agreed to by the United States and the City of Erie.

Name: Frances Booth

Social Security Number: 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

5/3/06

Other name(s) used: Frances Green

Address: 928 E 10th
Erie Pa 16503

Telephone: 814-456-0750

Basis of my objection: I took the pat test 2002 and I'm not on the list of people that did take it.

Are you requesting the opportunity to state your objection in person at the Fairness Hearing?

[X] Yes    [ ] No

YOU MAY USE ADDITIONAL PAGES TO EXPLAIN THE BASIS OF YOUR OBJECTION IF NECESSARY. **YOU MUST SEND ONE COPY OF YOUR OBJECTION TO THE CLERK OF THE COURT, ONE COPY TO THE DEPARTMENT OF JUSTICE AND ONE COPY TO THE CITY AT THE ADDRESSES PROVIDED IN THE INSTRUCTIONS.**

@ the time I took the test I was Frances Green, I see people on the list that I took it with.

Frances Booth
928 E 10th St
Erie Pa 16503

Clerk of the United States
Dist. court for the
Western Dist. of Penn.

Erie Division
PO Box 1820
Erie Pa 16507

ERIE PA 165
23 JUN 2006 PM 1 T

RECEIVED
JUN 26 2006
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA