# RELIEF AWARDS LIST
## SUBMITTED BY THE UNITED STATES 9/8/2006

| | CLAIMANT NAME[1] | APPLICATION YEAR(S)/ PRESUMPTIVE HIRE DATE[2] | TIMELY INTEREST IN RELIEF FORM? | SEEKING PRIORITY HIRE? | TYPE/AMOUNT OF RELIEF TO BE AWARDED |
|---|---|---|---|---|---|
| 1. | *BOOTH, FRANCES (GREEN) | 2002 (according to claimant) August 27, 2002 | YES | YES | NONE |
| 2. | FLAK-BOYAJIAN, DAWN | 2000 | YES | NO | MONETARY ($3,288.00) |
| 3. | BRADLEY, NICOLE | 1998 | YES | NO | MONETARY ($3,288.00) |
| 4. | *BROPHY, SHANNON | 2002 | YES | YES | NONE |
| 5. | *BURTON, LINDA (MILLS) | 1996 March 8, 1997 | YES | YES | MONETARY ($3,288.00) |
| 6. | SUL-CELLINE, ELIZABETH | 2000 | YES | NO | MONETARY ($3,288.00) |
| 7. | KARUBA, AUDREY | 2000 March 2, 2001 | YES | YES | MONETARY ($3,288.00) AND HIRING |
| 8. | COOPER, SAPRINA | 2000 March 2, 2001 | YES | YES | MONETARY ($3,288.00) AND HIRING |
| 9. | DEVLIN, HEATHER | 2000 | YES | NO | MONETARY ($3,288.00) |

___

[1] Each of the claimants who requested a form of relief that the United States does not believe she should receive is marked with an asterisk.

[2] Presumptive hire dates are listed only for claimants seeking priority hiring relief.

| | CLAIMANT NAME | APPLICATION YEAR(S)/ PRESUMPTIVE HIRE DATE | TIMELY INTEREST IN RELIEF FORM? | SEEKING PRIORITY HIRE? | TYPE/AMOUNT OF RELIEF TO BE AWARDED |
|---|---|---|---|---|---|
| 10. | DUDICS, JULIA | 2000 | YES | NO | MONETARY ($3,288.00) |
| 11. | DUNKLE, HEATHER | 1998 | YES | NO | MONETARY ($3,288.00) |
| 12. | *EASTER, ETHEL | 1996 (according to Claimant) March 8, 1997 | YES | YES | NONE |
| 13. | EVERTS, DARLENE (WEISLOGEL) | 1998 March 3, 1999 | NO[3] | NO | MONETARY ($3,288.00) |
| 14. | FOLTYN, AMY | 1996 March 8, 1997 | YES | YES | MONETARY ($3,288.00) |
| 15. | FREY, CHERYL | 2002 August 27, 2002 | YES | YES | MONETARY ($22,035.00) AND HIRING |
| 16. | *GAMBLE, LUVENNISE | 1996 March 8, 1997 | YES | YES | MONETARY ($3,288.00) |
| 17. | GEETING, TAMMY (SANTEY) | 2000 | YES | NO | MONETARY ($3,288.00) |
| 18. | GIBBS, FATIMA | 2000 | YES | NO | MONETARY ($3,288.00) |

---

[3] Although Ms. Everts' IIR form was not returned in a timely manner, the United States determined that she has shown good cause why her IIR form was not timely. Thus, she is eligible to be considered for individual remedial relief. See Consent Decree, ¶ 48.

2

| | CLAIMANT NAME | APPLICATION YEAR(S)/ PRESUMPTIVE HIRE DATE | TIMELY INTEREST IN RELIEF FORM? | SEEKING PRIORITY HIRE? | TYPE/AMOUNT OF RELIEF TO BE AWARDED |
|---|---|---|---|---|---|
| 19. | *HARRIS, JOANNE | 1998 AND 2002 | YES | NO | MONETARY ($3,288.00) – FOR 1998 |
| 20. | HAYES, LISA | 2000 | YES | NO | MONETARY ($3,288.00) |
| 21. | *HERNANDEZ, MARSHA | 2002 | YES | NO | NONE |
| 22. | HOPKINS, NINA (HARRIS) | 1998 March 3, 1999 | YES | YES | MONETARY ($3,288.00) AND HIRING |
| 23. | *JACKULA, AMBER (HEDLUND) | 2002 | YES | NO | NONE |
| 24. | *JONES, BARBARA | 1996 March 8, 1997 | YES | YES | MONETARY ($3,288.00) |
| 25. | KARUBA-COOLEY, AUDREY | 2000 March 2, 2001 | YES | YES | MONETARY ($3,288.00) AND HIRING |
| 26. | *KNEPPER, JANNINE | 2002 August 27, 2002 | YES | YES | NONE |
| 27. | *KOENIG, VENUS | 1996 March 8, 1997 | YES | YES | MONETARY ($3,288.00) |
| 28. | LINDNER, STEPHANIE | 1998 | YES | NO | MONETARY ($3,288.00) |
| 29. | LOLLEY, CORRINA | 1998 | YES | NO | MONETARY ($3,288.00) |

3

| | CLAIMANT NAME | APPLICATION YEAR(S)/ PRESUMPTIVE HIRE DATE | TIMELY INTEREST IN RELIEF FORM? | SEEKING PRIORITY HIRE? | TYPE/AMOUNT OF RELIEF TO BE AWARDED |
|---|---|---|---|---|---|
| 30. | *LUKE, MARCIE | 2002 | YES | NO | NONE |
| 31. | MACHALINSKI, MARLO | 1996 | YES | NO | MONETARY ($3,288.00) |
| 32. | MARSHALL, KATHY | 2000 | YES | NO | MONETARY ($3,288.00) |
| 33. | *MAZUR, JENNIFER | 1996 | NO | NO | NONE |
| 34. | MEYER, NATALIE | 2000 March 2, 2001 | YES | YES | MONETARY ($3,288.00) AND HIRING |
| 35. | MORGAN, JESSICA | 1996 | YES | NO | MONETARY ($3,288.00) |
| 36. | *MORRIS, DORCAS | 2002 | YES | NO | NONE |
| 37. | MOUBARAK, JENNIFER | 1996 | YES | NO | MONETARY ($3,288.00) |
| 38. | O'LAUGHLIN, TERESA | 1996 | YES | NO | MONETARY ($3,288.00) |
| 39. | OSTERBERG, DENISE | 1998 | YES | YES | MONETARY ($3,288.00) AND HIRING[4] |
| 40. | PETERSON, MICHELE (AGNELLO) | 1996 | YES | NO | MONETARY ($3,288.00) |

---

[4] The United States has not received a completed Questionnaire from Ms. Osterberg. At this time, the United States has no reason to believe that Ms. Osterberg was not qualified for the police officer position either at the time she applied or currently. However, the United States continues to attempt to contact Ms. Osterberg by telephone and may revise its relief determination based on any additional information obtained.

4

| | CLAIMANT NAME | APPLICATION YEAR(S)/ PRESUMPTIVE HIRE DATE | TIMELY INTEREST IN RELIEF FORM? | SEEKING PRIORITY HIRE? | TYPE/AMOUNT OF RELIEF TO BE AWARDED |
|---|---|---|---|---|---|
| 41. | POLLOCK, STACY | 1996 AND 2000 | YES | NO (PER IIR FORM) | MONETARY ($3,288.00) |
| 42. | PONTING, AMANDA | 2000 | YES | NO | NONE |
| 43. | ROBERTS, TABITHA | 2000 March 2, 2001 | YES | YES | MONETARY ($3,288.00) AND HIRING |
| 44. | RODGERS, SUE YONG | 2000 AND 2002 March 2, 2001 | YES | YES | MONETARY ($3,288.00) AND HIRING – FOR 2000 |
| 45. | RUNSTEDLER, JENNIFER | 1996 | YES | NO | MONETARY ($3,288.00) |
| 46. | SANTIAGO, MARY ANN | 1996 | YES | YES | MONETARY ($3,288.00) AND HIRING |
| 47. | SAURO, CHRISTINE | 1996 March 8, 1997 | YES | YES | MONETARY ($3,288.00) AND HIRING |
| 48. | SCHMEISSER, MARY | 1998, 2000 and 2002 March 3, 1999 | YES | YES | MONETARY ($3,288.00) AND HIRING – FOR 1998/2000 |
| 49. | *SHERROD, TRELANE (BATTLES) | 2002 | YES | NO | NONE |
| 50. | SHETLER, TAMILYN | 2000 | YES | NO | MONETARY ($3,288.00) |
| 51. | SIDUN-LEGO, CHERYL | 1998 AND 2002 March 3, 1999 | YES | YES | MONETARY ($3,288.00) AND HIRING – FOR 1998 |

5

| | CLAIMANT NAME | APPLICATION YEAR(S)/ PRESUMPTIVE HIRE DATE | TIMELY INTEREST IN RELIEF FORM? | SEEKING PRIORITY HIRE? | TYPE/AMOUNT OF RELIEF TO BE AWARDED |
|---|---|---|---|---|---|
| 52. | SMITH, HEIDI | 1996 | YES | NO | MONETARY ($3,288.00) |
| 53. | STOVER, CARLA | 1996 | YES | NO | MONETARY ($3,288.00) |
| 54. | THOMPSON, ZABRINA | 2000 March 2, 2001 | YES | YES | MONETARY ($3,288.00) AND HIRING |
| 55. | VILLA, MARIA (LOCOCO) | 2000 March 2, 2001 | YES | YES | MONETARY ($3,288.00) AND HIRING |
| 56. | WEISMILLER, KRISTIN (LOREI) | 1998 | YES | NO | MONETARY ($3,288.00) |
| 57. | WOLCOTT, LINDA (PETERS) | 1998 | YES | NO | MONETARY ($3,288.00) |

6