

U.S. Department of Justice

Civil Rights Division

DJP:JMG:SAS:CFG:es
DJ 170-64-148

*Employment Litigation Section - PHB*
*950 Pennsylvania Avenue, NW*
*Washington, DC 20530*
*www.usdoj.gov/crt/emp*

June 19, 2006

Via Facsimile

Gerald J. Villella
Office of the City Solicitor
626 State Street, Room 505
Erie, Pennsylvania 16501

    Re:   United States v. City of Erie, C.A. No. 04-4 (W.D. Pa.)

Dear Counsel:

    As you know, the entry of the Consent Decree last week established deadlines for various tasks the parties must undertake in order to complete the claim process and prepare for the Fairness Hearing on Individual Relief. The following is a list of those deadlines:

| | |
|---|---|
| **June 15** | **Court entered the Decree** |
| June 23 (Friday) | ¶ 47 - within 10 days later, the City must send notice of the entry of the Decree and the claim form to claimants (Appendices D and E) |
| July 8 (Saturday) | ¶ 48 - 25 days after entry of Decree, claimants must submit claim forms. |
| Sept. 6 (Wednesday) | ¶ 49 - 60 days later (i.e., 85 days after entry of Decree), the United States must file a Relief Awards List and serve a copy on the City along with copies of all claim forms received |
| on or about Sept. 6 | ¶ 50 - Upon filing the Relief Awards List, the United States moves for a fairness hearing on individual awards |
| | ¶ 50 - The Court sets the date for the fairness hearing (to be at least 60 days later) |
| **No earlier than Nov. 6 (Monday)** | **Fairness Hearing on Individual Relief** |

Please let me know immediately if you disagree with any of the dates or required actions set forth above.

As this schedule indicates, the City must send a copy of Appendix D and Appendix E to all claimants no later than this Friday, June 23. Of course, June 15, 2006 should be inserted as the date in the first line of Appendix D. As indicated above, the date to be inserted in the fourth is July 8, 2006. That date, July 8, 2006, also should be inserted in the last paragraph of Appendix D. In addition, the same 1-800 telephone number and Department of Justice address that were used previously for the Instructions for Filing an Objection Prior to the Fairness Hearing should be inserted in the appropriate places in the fifth paragraph of Appendix D.

We have received updated contact information for some claimants listed on Appendix A. This information is included in the enclosed revised claimant list; the revisions are in bold type. In addition, as you know, the Court ordered that Ethel Easter and Frances (Green) Booth be added to the list of claimants subject to their establishing at the Fairness Hearing on Individual Relief that they took and failed the PAT between 1996 and 2002. The contact information that we have for each of these individuals is:

> Ethel Easter
> 611 N. Dairy Ashford, Apt. 77
> Houston, Texas 77079
>
> Frances Booth
> 928 E. 10th Street
> Erie, Pennsylvania 16503

In order to comply with the schedule set forth above, as soon as possible after the United States begins receiving claim forms from individuals who indicate that they are interested in relief, we will begin evaluating the claimants to determine which individuals we believe should awarded monetary relief and/or consideration for priority hiring. Depending on the number of claimants who indicate an interest in relief, we likely will use some combination of questionnaires and interviews to obtain the information we need to make informed decisions.

Before we can prepare a questionnaire or determine what questions will be asked, we need detailed information from the City regarding the post-PAT steps in its selection process. Specifically, for each of the selection processes between 1996 and 2002, please provide a detailed description of the factors that would have disqualified an applicant who passed the PAT. For example, based on documents and deposition testimony obtained during liability phase discovery, we are aware that criminal history and driving record were considered during the background investigation, but do not know precisely what in an applicant's criminal history or driving record would disqualify her.

I have enclosed a copy of a questionnaire that apparently was used by the City as part of

2

its 1994 selection process. If answers to any of the questions asked might disqualify an applicant, please explain specifically what information would lead to disqualification. If the standards that the City used changed at any time during the relevant period, please describe the changes. In addition, please inform me as soon as possible if a questionnaire different than the enclosed 1994 form was used between 1996 and 2002, and describe any differences.

    I would appreciate it if you would provide the requested information as soon as possible so that the United States can take it into account in making its eligibility determinations. As always, you can reach me at (202) 514-4761 if you have any questions.

                                          Sincerely,

                                          David J. Palmer
                                          Chief
                                          Employment Litigation Section

By:

                                          Sharon Seeley
                                          Attorney
                                          Employment Litigation Section

cc: Julie Wasielewski

Encl.

Claimant List - June 19, 2006

| 2002 | | |
|---|---|---|
| Sherrod (Battles) | Trelane | 411 West 17th Street<br>Erie, PA 16502 |
| **Booth** | **Frances** | 928 E. 10th Street<br>Erie, PA 16503 |
| Brophy | Shannon | 1237 Priestley Avenue<br>Erie, PA 16511 |
| Chase | Dawn | 200 W 20th Street<br>Erie, PA 16502 |
| Frey | Cheryl | 4806 Perkins Street<br>Erie, PA 16509 |
| Harris | Joanne | 1653 Treetop Drive<br>Apt. 8A<br>Erie, PA 16509<br><br>OR<br><br>13820 Ridge Road<br>West Springfied, PA 16443 |
| Heatherdale | Shannon | 310 Charles Street<br>Ridgeway, PA 15853 |
| Hernandez | Marsha | 34 Center Street<br>Union City, PA 16438<br><br>OR<br><br>216 East St.<br>Waterford, PA 16441 |
| Hedlund-Jackula | Amber | 849 Rumsey Avenue<br>Erie, PA 16511 |
| Knepper | Jeannine | 411 Cranch Avenue<br>Erie, PA 16511 |

1

| | | |
|---|---|---|
| Lewis | Jamie Lynne | 2411 Pennsylvania Avenue<br>Erie, PA 16503 |
| Luke | Marcie | 1856 Fairmont Parkway<br>Erie, PA 16510 |
| Morris | Dorcas Ann | 2550 East 43rd Street<br>Erie, PA 16510 |
| Rodgers | Sue Yong | 2734 West 35th Street<br>Erie, PA 16506 |
| Schmeisser | Mary | 2614 Van Buren Avenue<br>Erie, PA 16504 |
| Sidun-Lego | Cheryl | 2828 Florence Avenue<br>Erie, PA 16504 |
| Widomski | Heather | 1437 E. 7th Street<br>Erie, PA 16503<br><br>OR<br><br>613 E 4th Street<br>Erie, PA 16507 |
| **2000** | | |
| Abreu | Brenda | 440 E 17th Street<br>Erie, PA 16503<br><br>OR<br><br>15 Hess Avenue<br>Apt. 1<br>Erie, PA 16503 |
| Angelo | Stacy | 655 1/2 E 14th Street<br>Erie, PA 16503 |
| Cooper | Sabrina | 505 Popular Street<br>Erie, PA 16507 |

2

| Crissman | Bertha | 648 & ½ E. 17th Street<br>Erie, PA 16503<br><br>OR<br><br>423 East 25th Street<br>Erie, PA 16503 |
|---|---|---|
| Devlin | Heather | 2542 W 21st Street<br>Erie, PA 16506 |
| Dudics | Julia | 3761 Hartman Road<br>Erie, PA 16510 |
| Flak-Boyajian | Dawn | 617 Elm Court<br>Erie, PA 16506 |
| Gibbs | Fatima | 1304 W 25th Street<br>Apt. 1<br>Erie, PA 16502 |
| Hagerty | Aubrea | 3110 Holland Street<br>Erie, PA 16504<br><br>OR<br><br>803 State Road 2<br>Croydon, PA 19021 |
| Hall | Melissa | 3926 Garden Avenue<br>Erie, PA 16508 |
| Hayes | Lisa Marie | 11672 Fry Road<br>Edinboro, PA 16412 |
| Karuba | Audrey | 901 Leeward Road<br>Venice, Florida 34293<br><br>OR<br><br>1239 East 22nd Street<br>Erie, PA 16503 |
| Kinder | Samantha | 879 Ruth Avenue<br>Erie, PA 16509 |

| Lococo | Maria | 1366 West 34th Street<br>Erie, PA 16508 |
|---|---|---|
| Lolley | Corrina | 4009 William Clark Trail<br>Monroe, NC 28110 |
| Marshall | Kathy | 922 Weschler Avenue<br>Erie, PA 16502 |
| Nicholson-Lanager | Carrie | 927 West 36th Street<br>Erie, PA 16508 |
| Petrick (DeHaas) | Tricia | 6039 Meridia Drive<br>Erie, PA 16509 |
| Pollock | Stacy | 1960 West 27th Street<br>Erie, PA 16508 |
| Ponting | Amanda | 5101 Zessinger Road<br>McKean, PA 16426 |
| Quinones | Luz | 415 Plover Street<br>Dunkirk, NY 14048<br><br>OR<br><br>1433 Buffalo Road<br>Erie, PA 16503 |
| Roberts | Tabitha | 2312 Cameron Rd.<br>Erie, PA 16510 |
| Rodgers | Sue Yong | 2734 West 35th Street<br>Erie, PA 16506 |
| Santey Geeting | Tammy | 27 Franklin Drive<br>Edinboro, PA 16412 |
| Schmeisser | Mary | 2614 Van Buren Avenue<br>Erie, PA 16504 |
| Still | Tamilyn | 22951 Freyermuth Road<br>Meadville, PA 16335 |
| Sul | Elizabeth | 3018 Oakwood Street<br>Erie, PA 16508 |

4

| Thompson | Mae | 3106 Belmont Drive<br>Killeen, TX 76549<br><br>OR<br><br>4041 Stanton Street<br>Erie, PA 16510 |
|---|---|---|
| Thompson | Zabrina | 639 W 22nd Street<br>Erie, PA 16502 |
| Veshecco Meyer | Natalie | 2426 Bird Drive<br>Erie, PA 16510 |
| **1998** | | |
| Bradley | Nicole | 521 Rondeau Drive<br>Erie, PA 16505 |
| Dunkle | Heather | 5048 Iroquois Avenue<br>Erie, PA 16511 |
| Edelmann | Susan | 1022 Long Point Drive<br>Erie, PA 16505 |
| Harris | Joanne | 13820 Ridge Rd.<br>West Springfield, PA 16443 |
| Hopkins | Kimberly | 413 34th Street<br>Erie, PA 16504 |
| Lindner | Stephanie | 2716 Pennsylvania Avenue<br>Erie, PA 16504 |
| Lorei-Weismiller | Kristin | **8682 Oriole Drive<br>Erie, PA 16509** |
| McConahy Nicholson | Carey | 3328 Saltsman Rd.<br>Erie, PA 16510 |
| Nicholas | Kimberly | |
| Osterberg | Denise | 614 Wayne Street<br>Erie, PA 16503 |
| Peters (Wolcott) | Linda | 1264 Maple Avenue<br>Lake City, PA 16423 |

| | | |
|---|---|---|
| Romigh | Megan | 1123 Chestnut Street<br>Monaca, PA 15061 |
| Schmeisser | Mary | 2614 Van Buren Avenue<br>Erie, PA 16504 |
| Sidun-Lego | Cheryl | 2828 Florence Avenue<br>Erie, PA 16504 |
| Stoops | Kimberly | 1403 Juniper Drive<br>Apt. 2<br>Louisville, KY 40222 |
| Waite | Emily | |
| Weislogel (Downing) | Darlene | 107 Andrews Park Blvd.<br>Erie, PA 16511 |
| **1996** | | |
| Agnello Peterson | Michele | 4921 Amy Avenue<br>Erie, PA 16504 |
| Chapman Coleman | Natalie | 3023 Spruce Drive<br>Erie, PA 16506 |
| Curtis | Maryann | 2709 Pearl Avenue<br>Erie, PA 16510<br><br>OR<br><br>1318 East 9th Street<br>Second Floor<br>Erie, PA 16503 |
| **Easter** | **Ethel** | **611 N Dairy Ashford, Apt. 77**<br>**Houston, Texas 77079** |
| Feltyn | Amy Lynne | 3005 Brandes Street<br>Erie, PA 16504 |
| Fuller (Jaramillo) | Deborah Lee | 4015 Melrose Avenue<br>Erie, PA 16509 |

6

| Gamble | Luvennise | 1720 Holland Street<br>Erie, PA 16503<br><br>OR<br><br>**810 W. 8th Street**<br>**Erie, PA 16502** |
|---|---|---|
| Garcia | Judith | 1231 East 21st Street<br>Erie, PA 16503 |
| Hansen Smith | Heidi A. | 1175 Firehouse Road<br>Louisa, VA 23093 |
| Harris | Nina | 552 E College Street<br>Meadville, PA 16335 |
| Hetrick | Joyce | 1011 West 26th Street<br>Erie, PA 16508 |
| Hoover | Michelle | 5325 Loomis Street<br>North East, PA 16428 |
| Jones | Barbara | **12286 Lakeside Drive**<br>**Conneaut Lake, PA 16316** |
| Koenig | Venus | 1419 Cold Springs Drive<br>Erie, PA 16508 |
| Lagan Mazur | Jennifer | 1527 West 32nd Street<br>Erie, PA 16508 |
| Machalinski | Marlo Marie | **818 Delaware Avenue**<br>**Erie, PA 16505** |
| Mills (Burton) | Linda | **4162 Fargo Street**<br>**Erie, PA 16510** |
| Morgan | Jessica Dawn Marie | Use through June 2006:<br>3808 W Zelma Street, Apt. 3<br>Edinburg, TX 78541<br><br>After June 2006, use:<br>Jessica Morgan<br>c/o April Chase<br>1433 East 33rd Street<br>Erie, PA 16504 |

7

| Pollock | Stacy | 1960 West 27th Street<br>Erie, PA 16508 |
|---|---|---|
| Rosas | Yolanda | 1840 E 7th Street<br>Erie, PA 16511 |
| Runstedler | Jennifer | 2676 Hazel Street<br>Eire, PA 16508<br>814-868-0039 |
| Santiago | Mary Ann | 1038 E. 30th Street<br>Erie, PA 16504 |
| Sauro | Christine | **22 Aspen Drive<br>Apt. B<br>Greensboro, NC 27409** |
| Sessaman | Crystal | 11 Valley Street<br>Lewistown, PA 17044 |
| Staszewski Moubarak | Jennifer T. | 803 Harmony Drive<br>Erie, PA 16505 |
| Stover | Carla | 9868 Agnew Road<br>Linesville, PA 16424 |
| Tate | Ebony | 1859 Woodlawn Avenue<br>Erie, PA 16510 |
| Wingerter O'Laughlin | Teresa | 2521 Bird Drive<br>Erie, PA 16510 |
|  |  |  |

8