IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    PLAINTIFF,<br><br>V.<br><br>CITY OF ERIE, PENNSYLVANIA,<br><br>    DEFENDANT. | CIVIL ACTION NO. 04-4   ERIE<br><br>JUDGE MCLAUGHLIN |

**ORDER**

Pursuant to Paragraph 50 of the Consent Decree entered in this case on June 15, 2006, plaintiff United States has requested that the Court schedule a Fairness Hearing on Individual Relief to be held at least sixty (60) days after the date of this Order.

IT IS HEREBY ORDERED this ____ day of September, 2006, that, pursuant to the Consent Decree, a Fairness Hearing on Individual Relief will be held on November ____, 2006 at _____ in Courtroom C, 2nd Floor, U.S. Courthouse, 17 South Park Row, Erie, Pennsylvania.

_____
SEAN J. McLAUGHLIN
UNITED STATES DISTRICT JUDGE