IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF,<br><br>V.<br><br>CITY OF ERIE, PENNSYLVANIA,<br><br>DEFENDANT. | CIVIL ACTION NO. 04-4   ERIE<br><br>JUDGE MCLAUGHLIN |

**ORDER**

Pursuant to Paragraph 50 of the Consent Decree entered in this case on June 15, 2006, plaintiff United States has requested that the Court schedule a Fairness Hearing on Individual Relief to be held at least sixty (60) days after the date of this Order.

IT IS HEREBY ORDERED this 8th day of September, 2006, that, pursuant to the Consent Decree, a Fairness Hearing on Individual Relief will be held on November 20th, 2006 at 9 am in Courtroom C, 2nd Floor, U.S. Courthouse, 17 South Park Row, Erie, Pennsylvania.

SEAN J. McLAUGHLIN
UNITED STATES DISTRICT JUDGE