2002 Erie Police Civil Service list

| Women passing written test/score | PAT Result | Rank |
|---|---|---|
| 1. Melanie Szoszorek—90 | *pass 93 sec.* | *20—hired* |
| 2. Jolene Martin—89 | **no show** | 28 if passed PAT* |
| 3. Shannon Lea Heatherdale--87 | failed 0 | 37 if passed |
| 4. Cheryl Ann Frey--86 | failed 102 | 40 if passed |
| 5. Trina Lou Trimble—86 | **no show** | 46 if passed |
| 6. Valerie Simon—85 | **no show** | 52 if passed |
| 7. Melissa Ann Hartleb—83 | **no show** | 61 if passed |
| 8. Mary Ann Schmeisser-83 w/Vet. | Fail 104 | 67 if passed |
| 9. Cheryl Ann Sidun-Lego—83 | fail 0 | 68 if passed |
| 10. Mary E. Wnukowski—83 | **no show** | 72 if passed |
| 11. Trelene Battles--82 | fail 103 | 73 if passed |
| 12. Jamie Marie Cunningham--80 | *passed 88* | *80 actual rank* |
| 13. Darlene Hageman—80w/vet | *passed 95* | *88 actual rank* |
| 14. Jeannine Michelle Knepper—80 | failed 0 | 93 if passed |
| 15. Patricia Piotrowski—80 | **no show** | 94 if passed |
| 16. Heather Widomski—79 | failed 144 | 102 if passed |
| 17. Jamie Lynn Lewis—78 | failed 123 | 107 if passed |
| 18. Carey Lee McConahy—78 | **no show** | 108 if passed |
| 19. Dorcas Ann Morris—78 | **no show** | 109 if passed |
| 20. Sue Yong Kim Rogers—78 | fail 110 | 111 if passed |
| 21. Renee Diane Keys—77 | **no show** | 113 if passed |
| 22. Keri Lee McCullough—77 | *pass 89* | *102 actual rank* |
| 23. Barbara Renee McIntyre—77 | **no show** | 116 if passed |
| 24. Christina Lynn Parnell—77 | **no show** | 119 if passed |
| 25. Sarah Ann Williams—76 | *passed 81* | *112 actual rank* |
| 26. Angela M. Camp-Torrelli—75 | **no show** | 132 if passed |
| 27. Carrie Ann Lanager—75 | *passed 92* | *115 actual rank* |
| 28. Sarah Rae Mariella—75 | *passed 95* | *117 actual rank* |
| 29. Paula Dawn Radaker—75 | **no show** | 140 if passed |
| 30. Linda Sue Hamilton—73 | **no show** | 148 if passed |
| 31. Marsha Lynn Hernandez—73 | fail 0 | 149 if passed |
| 32. Amber Marie Jackula—73 | fail 131 | 150 if passed |
| 33. Renee Marie Sidun—73 | **no show** | 154 if passed |
| 34. Tracy Ann Adams—72 | **no show** | 157 if passed |
| 35. Marcie Lynn Luke—72 | fail 0 | 162 if passed |
| 36. Cathy Ann Montefiore—72 | **no show** | 163 if passed |
| 37. Julie Marie Bliss—71 | **no show** | 171 if passed |
| 38. Nicole Renee Borkowski—71 | **no show** | 172 if passed |
| 39. Shannon Kathleen Brophy—70 | fail 106 | 176 if passed |
| 40. Dawn Lea Chase—70 | fail 0 | 179 if passed |
| 41. Joanne Denise Harris—70 | fail 115 | 183 if passed |

The "if passed" rank adds in only the women who failed or no-showed for the PAT. If the males failing or not showing are counted, the deemed rank is much lower. For Jolene Martin, 12 male PAT failures/no shows ranked ahead of her, nearly all with Veterans Preference, would make her deemed rank 40 instead of 28. Shannon Lee Heatherdale would add 16 males to lower her rank to 53.

From the 2002 Civil Service list, the last person hired was Thomas Lenox, rank number 50. He is now laid off, as are all officers hired from the 2004 list and several hired from 2002.

We would therefore contend that, if there were no PAT whatsoever given in 2002, and only the written test rank orders were used for hiring, there is only one possible additional female hire, Jolene Martin, who failed to show for the PAT.