# POLICE APPLICANTS
Participants for Eligibility List Effective 00/00/00 through 00/00/00
Ranking of Written Exam

Aug-02

| # | Name | Address | Filing Date | Filing Time | Sex | Race | Physical Ability Test | Act 120 | Test # | Written Exam | Vet. Pts. | Total Score | Tentative Ranking |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 55 | Smith, David Mark | 3029 Rudolph Ave, Erie 16508 | 8/27/02 | 3:58:13 PM | M | Caucasian | pass 70 | | 238 | 93 | 10 | 103 | 1 |
| 74 | Weaver, Jonathan M. | 532 East Butler St, Mercer 16137 | 8/27/02 | 4:01:44 PM | M | Caucasian | pass 79 | 2 | 425 | 92 | 10 | 102 | 2 |
| 80 | Gerarde Jr., Joseph W. | 417 Boston Store Pl, Erie 16501 | 8/27/02 | 4:02:28 PM | M | Caucasian | pass 75 | 3 | 394 | 90 | 10 | 100 | 3 |
| 93 | McGill, Shawn Michael | 2731 E. 36 St., Erie 16510 | 8/27/02 | 1:13:19 PM | M | Caucasian | pass 75 | 4 | 292 | 88 | 10 | 98 | 4 |
| 23 | Moritz, Raymond Dean | 424 Bonnie Dr., Erie 16511 | 8/27/02 | 2:23:42 PM | M | Caucasian | pass 82 | 5 | 379 | 88 | 10 | 98 | 5 |
| 11 | Roberts III, Warren Wayne | 1811 Treetop Dr.#2A, Erie 16509 | 8/27/02 | 9:51:32 AM | M | Cau ? | pass 73 | 6 | 47 | 88 | 10 | 98 | 31 |
| 52 | Smith Jr., Elmer C. | 617 W. 25 St., Erie 16502 | 8/29/02 | 10:28:56 AM | M | Caucasian | No Show | | 371 | 88 | 10 | 98 | OUT |
| 16 | Szoszorek, Christopher J. | 5543 East Lake Rd, Erie 16511 | 8/27/02 | 9:09:01 AM | M | Caucasian | pass 85 | 7 | 197 | 88 | 10 | 98 | |
| 77 | Weislund, Richard Gregory | 2747 E. 27 St., Erie 16510 | 8/27/02 | 12:29:50 PM | M | Caucasian | Fail 109 | | 416 | 87 | 10 | 97 | OUT |
| 70 | Helinski, Cameron M. | 2215 Reed St., Erie 16503 | 8/27/02 | 12:09:28 PM | M | Caucasian | No Show | | 234 | 87 | 10 | 97 | OUT |
| 39 | Basic, Barry James | 1136 E. 34 St., Erie 16504 | 8/27/02 | 10:07:52 AM | M | Cau | Fail 125 | | 12 | 86 | 10 | 96 | OUT |
| 06 | Bush, Ira Philip | 1801 Treetop Dr.#4B, Erie 16509 | 8/27/02 | 9:48:09 AM | M | Cau ? | pass-85 | 8 | 49 | 86 | 10 | 96 | 7 |
| 36 | McGown, Bryan Alan | 206 Chautauqua Blvd, Erie 16511 | 8/27/02 | 9:26:25 AM | M | Caucasian | No Show | | 113 | 86 | 10 | 96 | OUT |
| 94 | Romba, Matthew Lee | 4635 McCreary Rd, Erie 16506 | 8/27/02 | 10:35:09 AM | M | Caucasian | pass 83 | 5 | 371 | 86 | 10 | 96 | |
| 05 | Jones, Roderick M. | 826 Brown Ave, Erie 16502 | 8/27/02 | 1:39:22 PM | M | Caucasian | Fail-125 | | 100 | 86 | 10 | 96 | OUT |
| 05 | Karambuchino, Richard D. | 437 Lake Cliff, Erie 16511 | 8/29/02 | 4:00:05 PM | M | Caucasian | pass 85 | | 290 | 85 | 10 | 95 | |
| 72 | Oscano Jr., Vincent D. | 1520 E. Owen Cir, Colorado Sprg, CO 80915 | 8/27/02 | 4:01:06 PM | M | Caucasian | pass 21 | 12 | 201 | 85 | 10 | 95 | 10 |
| 07 | Pagnoni, David Oreste | 355 E. 4 St., Erie 16507 | 8/27/02 | 10:41:32 AM | M | Caucasian | No Show | | 266 | 84 | 10 | 94 | OUT |
| 26 | Bailey, Jr., William Charles | 2822 Reed St, Erie 16504 | 8/27/02 | 9:13:50 AM | M | Black | pass 72 | 13 | 217 | 84 | 10 | 94 | |
| 39 | Bosak, Paul Joseph | 239 MacAndrews Way, Blacklick, OH 43004 | 8/27/02 | 4:04:04 PM | M | Cau | PASSS85 | 14 | 9 | 84 | 10 | 94 | 13 |
| 12 | Cozzens, Chad Edward | 580 Tally Court, Girard 16417 | 8/28/02 | 9:20:19 AM | M | Cau | pass 83 | 14 | 155 | 84 | 10 | 94 | 13 |
| 68 | Wellman, Jeffrey Scott | 17166 Post Ridge Rd, Centerville 16404 | 8/27/02 | 4:00:27 PM | M | Caucasian | pass 84 | 15 | 209 | 84 | 10 | 94 | |
| 63 | Baez-Sprague, Angel Santo | 1126 W. 38 St., Erie 16508 | 8/29/02 | 11:50:52 AM | M | Hispanic | pass 89 | ? | 415 | 82 | 10 | 92 | 14 |
| 58 | Cranmer, Brian James | 52 Caraway Ln, Spencerport, NY 14559 | 8/27/02 | 10:17:45 AM | M | Cau | MASS 72 | | 357 | 82 | 10 | 92 | 15 |
| 31 | Gould, Michael R. | 5791 Rt. 6N, Edinboro 16412 | 8/27/02 | 9:42:02 AM | M | Caucasian | pass 72 | 17 | 426 | 82 | 10 | 92 | 16 |
| 86 | Helsley, Joseph Alexander | 5910 Appleman Rd, Erie 16509 | 8/29/02 | 3:04:29 PM | M | Cau | 8/12/94 | | 75 | 82 | 10 | 92 | 17 |
| 69 | Pensill, Patrick Colin | 4808 E. Carner Ave, Erie 16511 | 8/27/02 | 4:00:34 PM | M | Caucasian | pass 64 | 18 | 28 | 82 | 10 | 92 | 18 |
| 70 | Pierce, Sean Thomas | 2119 Jackson Place, Erie 16510 | 8/27/02 | 10:23:15 AM | M | Caucasian | pass 67 | 19 | 412 | 82 | 10 | 92 | 19 |
| 87 | Vogt, Thomas Gregory | 450 Shorehaven Dr., Erie 16505 | 8/29/02 | 3:07:37 PM | M | Caucasian | No Show | | 437 | 82 | 10 | 92 | OUT |
| 17 | Williams, Daniel Neil | 224 Boileau Pl, Meadville 16335 | 8/27/02 | 10:48:27 AM | M | Caucasian | pass 82 | 20 | 42 | 82 | 10 | 92 | 20 |
| 83 | Tenge, Thomas Victor | 928 Washington St, Meadville 16335 | 8/27/02 | 12:43:07 PM | M | Black | pass 75 | 21 | 298 | 90 | | 90 | 21 |
| 44 | Butler, Michael Thomas | 141 Myrtle St, Girard 16417 | 8/27/02 | 11:08:13 AM | M | Caucasian | pass 79 | 21 | 37 | 80 | 10 | 90 | 21 |
| 20 | Gavriloff, Daniel Perry | 909 Chelsea Ave, Erie 16505 | 8/27/02 | 9:55:45 AM | M | Caucasian | Fail 111 | 22 | 345 | 80 | 10 | 90 | 22 |
| 37 | Kinnear, Robert David | 4725 Woodbury Dr, Erie 16510 | 8/27/02 | 10:06:11 AM | M | Cau | 23 | 5/19/01 | 254 | 80 | 10 | 90 | 23 |
| 86 | Lovelace, Andrew Patrick | 693 Cindy Ln, West Seneca, NY 14224 | 8/27/02 | 4:02:57 PM | M | Caucasian | pass 81 | | 68 | 90 | | 90 | |
| 9 | Meyers, David John | 10023 Meadville Rd, Bx 53, Cranesville 16410 | 8/27/02 | 9:05:44 AM | M | Caucasian | Fail 117 | 11 | 390 | 80 | 10 | 90 | |
| 15 | Szoszorek, Melanie Ann | 732 E. 34 St., Erie 16504 | 8/27/02 | 9:08:38 AM | F | Caucasian | pass 93 | 12 | 214 | 80 | 10 | 90 | 23 |
| 17 | Wurst, Tom Gayle | 2618 Poplar St., Erie 16508 | 8/28/02 | 1:22:03 PM | M | Caucasian | Fail 105 | 13 | 200 | 80 | 10 | 90 | |

Notes in margin: "males only/no female"; "yes-vet", "no-vets", "no vets", "yes-vet", etc.

# ERIE POLICE APPLICANTS

Participants for Eligibility List Effective 00/00/00 through 00/00/00

Ranking of Written Exam

Aug-02

| App. | | | Filing | Filing | | | Physical | Act | Test | Written | Vet. | Total | Tentative | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 22 | Belton, Jason Michael | 1921 W. 11 St, Erie 16505 | 8/27/02 | 10:50:40 AM | M | Caucasian | pass-73 | 25 | 433 | 79 | 10 | 89 | 24 | |
| 33 | Bogart, Sean James | 825 W. 34 St, Erie 16508 | 8/27/02 | 2:52:55 PM | M | Caucasian | pass-83 | 26 | 395 | 89 | | 89 | 25 | |
| 185 | Chimera, Christopher John | 2411 Pennsylvania Ave, Erie 16503 | 8/27/02 | 10:30:41 AM | M | CAU | pass-83 | 27 | 351 | 89 | | 89 | 26 | |
| 400 | Cousins II, James Edward | 1292 Renee Dr, Lake City 16423 | 8/28/02 | 10:26:34 AM | M | Caucasian | pass-92 | 28 | 295 | 89 | 10 | 89 | 27 | |
| 10 | Martin, Jolene | 10023 Meadville Rd, Bx 53, Cranesville 16410 | 8/27/02 | 9:06:37 AM | F | Caucasian | no show | | 391 | 89 | | 89 | out | Deborah Michael |
| 391 | McKinzie Jr., Thomas Earl | 1604 Sunrise Lakes Dr, #5, Erie 16509 | 8/28/02 | 9:05:47 AM | M | Black | pass-74 | 29 | 95 | 79 | 10 | 89 | 28 | |
| 115 | Chandley Jr., John J. | 1693 Treetop Dr,#11-B, Erie 16509 | 8/27/02 | 9:54:04 AM | M | Caucasian | pass-95 | 29 | 163 | 78 | 10 | 88 | out | |
| 322 | Clement, Christopher M. | 3845 Rilling Ave, Erie 16509 | 8/27/02 | 9:16:16 AM | M | Caucasian | pass-83 | 30 | 13 | 88 | | 88 | 30 | |
| 273 | DeLuca, Mark Anthony | 107 W. Main St, Bx 524, Mt. Jewett 16740 | 8/27/02 | 12:16:43 PM | M | Caucasian | FAIL, 110 | 14 | 358 | 88 | | 88 | out | |
| 124 | Morales, Frankie | 219 E. 27 St, Erie 16504 | 8/27/02 | 9:57:40 AM | M | Hispanic | pass-73 | | 105 | 78 | 10 | 88 | 30 | |
| 463 | Sack, Jacob John | 25 Elm St., #B, Warren 16365 | 8/29/02 | 12:18:30 PM | M | Caucasian | pass-78 | 31 | 185 | 88 | | 88 | out | 3N |
| 131 | Vossburg, David James | 956 E. 34 St, Erie 16504 | 8/27/02 | 10:01:26 AM | M | Caucasian | FAIL, 105 | | 182 | 78 | 10 | 88 | out | |
| 420 | Warren, Rodney Lee | 813 W. 33 St, Erie 16508 | 8/28/02 | 1:29:04 PM | M | Black | no show | 15 | 248 | 88 | | 88 | out | |
| 45 | Acri, Gregory Thomas | 2118 East Gore Rd, Erie 16510 | 8/27/02 | 9:21:27 AM | M | Caucasian | pass-87 | 32 | 403 | 77 | 10 | 87 | 32 | |
| 165 | Beraducci, Matthew V. | 1227 W. 8 St, Erie 16502 | 8/27/02 | 10:20:52 AM | M | Caucasian | pass-94 | 33 | 422 | 87 | | 87 | 34 | |
| 406 | Green, Jason Edward | 156 Holly Court, Girard 16417 | 8/28/02 | 11:27:01 AM | M | Caucasian | pass-80 | 34 | 29 | 87 | | 87 | 33 | |
| 223 | Harding, Spencer Guyton | 5814 Georgetown Dr, Erie 16509 | 8/27/02 | 10:52:05 AM | M | CAU | pass-102 | | 278 | 87 | | 87 | out | yes-vet |
| 164 | Hayes, Mark Roger | 5340 Crane Rd, Edinboro 16412 | 8/27/02 | 10:20:25 AM | M | Caucasian | FAILED-0 | 35 | 431 | 77 | 10 | 87 | (out) | no vet |
| 358 | Heatherdale, Shannon Lea | 310 Charles St, Ridgeway 15853 | 8/27/02 | 3:58:39 PM | F | Caucasian | FAILED-81 | | 67 | 87 | | 87 | out | no vets |
| 222 | Hunter, Darrell L. | 1730 Fairmont Pkwy, Erie 16510 | 8/27/02 | 10:51:30 AM | M | Black | pass-83 | 36 | 43 | 77 | 10 | 87 | out | no 36 |
| 239 | Knarr, Brian Daniel | 501 E. 38 St, Box 193, Erie 16546 | 8/27/02 | 11:04:19 AM | M | Caucasian | pass-104 | | 194 | 87 | | 87 | 37 | |
| 154 | Shannon, John Joseph | 7237 Curtze Dr, Fairview 16415 | 8/27/02 | 10:16:09 AM | M | Caucasian | pass-77 | | 230 | 77 | 10 | 87 | out | |
| 503 | Dixon, Caleb Thomas | 1073 Rankine Ave, Erie 16511 | 8/29/02 | 3:55:31 PM | M | Caucasian | pass-100 | 19 | 428 | 86 | | 86 | out | no vet |
| 216 | Frey, Cheryl Ann | 3939 Peach St, Erie 16508 | 8/27/02 | 10:48:02 AM | (F) | Caucasian | pass-102 | | 11 | 86 | | 86 | out | |
| 40 | Lill, Aaron Christian | 2434 Eastern Ave, Erie 16510 | 8/27/02 | 9:19:45 AM | M | Caucasian | pass-85 | 37 1/1/99 | 402 | 86 | | 86 | 38 | |
| 250 | Jones, Kevin John | 1318 Wayne St, Erie 16503 | 8/27/02 | 11:24:52 AM | M | Caucasian | pass-95 | 35 10/1/99 | 188 | 86 | | 86 | 39 | |
| 146 | LeGoullon, Dustin Donald | 180 Basher Rd, Cranberry 16319 | 8/27/02 | 10:11:25 AM | M | Caucasian | pass-89 | 39 | 72 | 86 | | 86 | 40 | |
| 115 | McGuire, Kevin Leo | 2825 Evanston Ave, Erie 16506 | 8/28/02 | 1:13:50 PM | M | Caucasian | no show | | 108 | 86 | | 86 | out | 20 |
| 178 | Reagle, Shawn Lee | 911 Jessica's Ln,Bel Air,MD 21014 | 8/27/02 | 10:27:11 AM | M | Caucasian | pass-85 | 40 11/29/00 | 50 | 86 | | 86 | out | |
| 261 | Slupski, John Paul | 4241 Dunn Valley Rd, McKean 16426 | 8/27/02 | 11:48:51 AM | M | Caucasian | pass-75 | 41 | 402 | 86 | | 86 | 41 | |
| 20 | Stevens, Jerry C. | 835 Arbuckle Rd, Erie 16509 | 8/27/02 | 9:10:39 AM | M | Caucasian | pass-85 | 42 | 213 | 76 | 10 | 86 | 42 | |
| 320 | Trimble, Trina Lou | 916 W. 18 St, Erie 16502 | 8/27/02 | 2:20:55 PM | F-white | Caucasian | no show | | 249 | 86 | | 86 | out | |
| 342 | Baksht, Sherif | 85 Columbia St, 9C, NYC, NY 10002 | 8/27/02 | 3:36:05 PM | M | Arab | pass-82 | | 280 | 75 | 10 | 85 | out | |
| 195 | Beuchert, John Edwin | 3404 Elmwood Ave, Erie 16508 | 8/29/02 | 3:29:58 PM | M | Caucasian | no show | | 189 | 85 | | 85 | 120 | |
| 262 | Crotty, David James | 7534 East Lake Rd, Erie 16511 | 8/27/02 | 11:49:53 AM | M | CAU | FAIL 120 | 12/17/99 | 334 | 85 | | 85 | out | |
| 371 | Cyparski, Timothy Ryan | 4801 East Sahara Av #170, Las Vegas, NV 89104 | 8/27/02 | 4:00:46 PM | M | Caucasian | no show | | 154 | 75 | 10 | 85 | out | |
| 177 | Fries, Eric Michael | 1719 W. Grandview Blv, Erie 16509 | 8/27/02 | 10:26:36 AM | M | Caucasian | pass-74 | 1/19/99? | 423 | 85 | | 85 | 44 | |
| 78 | Gotham, Christopher David | 1115 Sara Court, Erie 16504 | 8/27/02 | 9:35:50 AM | M | Caucasian | pass-81 | | 121 | 75 | 10 | 85 | 45 | |
| 182 | McCallion, Patrick Michael | 3928 Brandes St, Erie 16504 | 8/27/02 | 2:40:38 PM | M | Caucasian | pass-89 | | 30 | 85 | | 85 | out | not vet |

ERIE POLICE APPLICANTS
Participants for Eligibility List Effective 00/00/00 through 00/00/00
Ranking of Written Exam

Aug-02

| App. | | | Filing | Filing | | | Physical | Act | Test | Written | Vet. | Total | Tentative |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 30 | Orelski, John R. | 130 E. 29 St., Erie 16504 | | 9:15:27 AM | M | Caucasian | | 47 | 112 | 75 | 10 | 85 | 48 |
| 13 | Simon, Valerie A. | 2229 Prospect Ave, Erie 16510 | | 10:05:05 AM | (F) | Caucasian | | | 230 | 85 | | 85 | out |
| 219 | Clinger, John Cory | 13996 W. Lake Rd. W. Sprgfld 16443 | | 10:47:09 AM | M | CAU | pass-85 | | 204 | 74 | 10 | 84 | 24 out |
| 53 | Crosby, Eugene Preston | 1528 W. Grandview Blv, Erie 16509 | | 9:24:45 AM | M. | Black. | pass 85 | | 184 | 84 | | 84 | 49 out |
| 326 | Graham, Bill Jasper | 545 W. 31 St, Erie 16508 | | 2:29:06 PM | M | Caucasian | pass 88 | | 41 | 84 | | 84 | 50 |
| 36 | Hughson, Brian Joshua | 3225 W. 11 St, Erie 16505 | | 9:17:50 AM | M | | pass 82 | 10/4/97 | 240 | 74 | 10 | 84 | 51 |
| 393 | Keser, Paul Allen | 809 Walnut St., Erie 16502 | | 9:18:23 AM | M | Caucasian | pass 83 | | 65 | 84 | | 84 | 51 |
| 4 | Lenox, Thomas L. | 3552 Breezeway Dr, Erie 16506 | | 9:03:24 AM | M | CAU | pass no | | 73 | 84 | | 84 | 52 |
| 42 | Sonnebom, Scott C. | 4701 Weatherwood Trial, Erie 16506 | | 2:19:34 PM | M | Caucasian | pass 84 | | 442 | 74 | 10 | 84 | 53 |
| 233 | Rachel, Aaron George | 733 Liberty St. #2, Franklin 16323 | | 11:02:08 AM | M | Caucasian | pass 84 | | 218 | 84 | | 84 | 54 |
| 51 | Becker Jr, James A. | 1059 W. 26 St, Erie 16508 | | 3:43:07 PM | M | Caucasian | pass 93 | | 48 | 83 | | 83 | 55 |
| 322 | Bolash, Ryan Andrew | 417 W. 10 St, Erie 16502 | 9/5/02 | 2:30:01 PM | M | Caucasian | pass 85 | | 359 | 83 | | 83 | 56 |
| 329 | Hartleb, Melissa Ann | 7383 #2 Buffalo Rd, Harborcreek 16421 | | 2:32:10 PM | F | Caucasian | no show | 7/27/01 | 8 | 73 | 10 | 83 | 51 |
| 518 | Mester, Clark Andrew | 8887 Horseshoe Dr, Erie 16510 | | 4:03:03 PM | M | Caucasian | pass 69 | 5/1/01 | 120 | 83 | | 83 | 58 |
| 85 | Purchase, Gregory John | 3105 French St, Erie 16505 | | 9:39:20 AM | M | Caucasian | pass 80 | | 107 | 83 | | 83 | 59 |
| 383 | Rodriguez, James Earl | 818 W. 17 St, #2, Erie 16502 | | 4:02:43 PM | M | Hispanic | pass 72 | | 405 | 83 | | 83 | 60 |
| 87 | Ruland, David Michael | 3150 W. 40 St, Erie 16506 | | 9:40:00 AM | M | Caucasian | pass 82 | | 329 | 83 | | 83 | out |
| 25 | Schmeisser, Mary Ann | 2614 VanBuren Ave, Erie 16504 | | 9:13:39 AM | (F) | Caucasian | fail 104 | | 245 | 73 | 10 | 83 | 61 |
| 242 | Schwartz, Shawn Joseph | 1019 E. 10 St, #2, Erie 16503 | | 11:06:05 AM | M | Caucasian | pass 95 | | 282 | 73 | 10 | 83 | 62 |
| 214 | Sidun-Lego, Cheryl Ann | 2828 Florence Ave, Erie 16504-1458 | | 10:46:13 AM | (F) | Caucasian | fail 101 | | 46 | 83 | | 83 | out |
| 6 | Velez, Felipe, C. | 2043 W. 22 St, Erie 16502 | | 9:04:35 AM | M | Hispanic | pass 86 | 1/1/01 | 264 | 83 | | 83 | 63 |
| 105 | Williams, Aaron John | 1044 W. 8 St, Erie 16502 | | 9:47:30 AM | M | Caucasian | pass 82 | | 427 | 83 | | 83 | 63 |
| 378 | Wnukowski, Mary E. | 14 W. 32 St, Erie 16508 | | 4:02:05 PM | F | Caucasian | no show | | 384 | 83 | | 83 | out |
| 257 | Amory, Gabriel Jason | 12306 Duckriver Rd, Midlothian, Va 23112 | | 11:42:07 AM | M | Caucasian | fail 103 | | 23 | 72 | 10 | 82 | out |
| 479 | Battles, Trelene C. | 1901 E. 18 St, #5, Erie 16510 | | 2:34:01 PM | F | Black | pass 81 | | 159 | 82 | | 82 | 65 |
| 97 | Brown, Noble Brice | 9163 East Lake Rd, North East 16428 | | 9:44:33 AM | M | Black | pass 77 | 1/1/99 | 436 | 82 | | 82 | 66 |
| 255 | Crisman, James David | 411 E. 35 St, Erie 16504 | | 11:38:58 AM | M | Caucasian | pass 110 | | 219 | 72 | 10 | 82 | out |
| 502 | Davison, Jeff W. | 841 Sandusky St, Conneaut, OH 44030 | | 3:52:34 PM | M | Caucasian | fail 83 | | 21 | 82 | | 82 | out |
| 224 | Howard, Jonathan Paul | 1962 E. 20 St, Erie 16510 | | 10:52:21 AM | M | Caucasian | pass 83 | | 302 | 82 | | 82 | 67 |
| 37 | Karpinski, Jr, Joseph Paul | 1545 W. 45 St, Erie 16509 | | 9:18:53 AM | M | Caucasian | pass 98 | | 82 | 72 | 10 | 82 | 68 |
| 107 | Powell, Daniel Scott | 8643 Haft Rd, Erie 16510 | | 9:48:47 AM | M | Caucasian | pass 83 | | 223 | 82 | | 82 | 69 |
| 146 | Williams, Kurt Patrick | 2905 Atlantic Ave, Erie 16506 | | 10:08:17 AM | M | Caucasian | pass 103 | | 181 | 82 | | 82 | 64 |
| 422 | Boerst, Shane Adam | 630 Young Rd #3, Erie 16509 | | 1:36:40 PM | M | Caucasian | pass 81 | | 434 | 71 | 10 | 81 | 70 |
| 258 | Fetter, John Albert | 1677 Bryant St, 1st Fl, Erie 16509 | | 11:42:52 AM | M | CAU | pass 88 | | 327 | 81 | | 81 | 71 |
| 1 | Green, Jeremy Ray | 13697 Haugh Rd, Waterford 16441 | | 9:00:04 AM | M | Caucasian | pass 83 | | 125 | 71 | 10 | 81 | 71 |
| 291 | Polach, Kevin Howard | 518 1/2 W. Pleasant St, Corry 16407 | | 1:11:36 PM | M | Caucasian | pass 74 | | 180 | 81 | | 81 | 72 |
| 322 | Rumball, Andrew Lee | 4425 Cherry St, Erie 16509 | | 2:22:37 PM | M | CAU | pass 93 | | 440 | 81 | | 81 | 73 |
| 88 | Weber, Gerald Reed | 9569 Billey Rd, Erie 16510 | | 9:40:22 AM | M | Caucasian | pass 72 | | 256 | 81 | | 81 | 74 |
| 229 | Andrzejczak, Kevin John | 883 Brighton Pl, Glen Burnie, MD 21061 | | 10:55:58 AM | M | Caucasian | | 1/1/96 | 151 | 80 | | 80 | 75 |

-ok vets

| App. | Name | Address | Filing | Filing | | Physical | Act | Test | Written | Vet. | Total | Tentative |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 348 | Black, Travis Michael | 4220 Zuck Rd., Erie 16506 | 8/27/02 | 3:51:20 PM | CAU | PASS 76 | 70 | 396 | 80 | | 80 | 74 |
| 344 | Blackley Jr., Todd Stephen | 3836 Wildwing Dr., N. Tonawanda, NY 14120 | 8/27/02 | 3:43:24 PM | M Caucasian | PASS 91 | 71 | 45 | 80 | | 80 | 71 |
| 177 | Buffalo, Michael James | 1212 Massing Ct., Erie 16505 | 8/27/02 | 10:24:24 AM | M Caucasian | no show | | 346 | 70 | 10 | 80 | OUT |
| 8 | Cummings, Lee Jay | 137 W. State St., Albion 16401 | 8/27/02 | 9:05:15 AM | M Caucasian | PASS 88 | | 388 | 80 | | 80 | OUT - yes - vet |
| 144 | Cunningham, Jamie Marie | 2532 Sherwood Dr., Erie 16506 | 8/27/02 | 10:10:26 AM | (F) Caucasian | no show | 31 | 409 | 80 | | 80 | OUT |
| 274 | DiBello, Joseph John | 2926 Old French Rd., Erie 16504 | 8/27/02 | 12:22:38 PM | M Caucasian | PASS 88 | 32 | 392 | 80 | | 80 | 79 |
| 31 | Ellason, Daniel Allen | 4903 Woodbury Dr., Erie 16510 | 8/28/02 | 9:15:59 AM | M Caucasian | no show | | 429 | 70 | 10 | 80 | OUT |
| 255 | Filson, John Christopher | 266 Scott St., #2, Erie 16508 | 8/28/02 | 11:46:52 AM | M Caucasian | PASS 82 | 74 | 335 | 70 | 10 | 80 | 79 |
| 49 | Hageman, Darlene T. | 1301 Holland, Erie 16503 | 8/29/02 | 3:41:34 PM | F Caucasian | PASS 95 - | | 252 | 70 | 10 | 80 | OUT |
| 162 | Kaiser, Shawn William | 2027 Linwood Ave., Erie 16510 | 8/27/02 | 10:19:42 AM | M Caucasian | PASS 92 | 73 | 397 | 80 | | 80 | 80 |
| 419 | Knepper, Jeannine Michelle | 411 Cranch Ave., Erie 16511-1019 | 8/28/02 | 1:26:17 PM | (F) Caucasian | FAIL 0 | | 445 | 80 | | 80 | OUT |
| 125 | Luschini, Jason Thomas | 7 Votech Dr., #10A, Oil City 16301 | 8/27/02 | 9:58:27 AM | M Caucasian | PASS - 82 | 74 10/2/99 | 410 | 80 | | 80 | 83 |
| 176 | Piotrowski, Patricia L. | 9996 West Law Rd., North East 16428 | 8/27/02 | 10:26:13 AM | (F) Caucasian | no show | | 337 | 80 | | 80 | OUT |
| 409 | Rice, Jason Robert | 2964 Willowwood Dr., Erie 16506 | 8/28/02 | 11:49:51 AM | M Caucasian | PASS 80 | 75 | 97 | 80 | | 80 | 84 |
| 86 | Saber, Patrick George | 4417 Koehler Rd., Erie 16510 | 8/27/02 | 9:39:39 AM | M Caucasian | PASS 124 | 6/14/99 | 242 | 80 | | 80 | OUT |
| 130 | Schmidt, Joshua David | 5744 Georgetown Dr., Erie 16509 | 8/27/02 | 10:00:51 AM | M Caucasian | FAIL 124 | 33 | 52 | 70 | 10 | 80 | 85 |
| 161 | Thomas, Jeffrey R. | 315 W. Elm St., Titusville 16354 | 8/27/02 | 10:19:10 AM | M Caucasian | PASS 91 | 74 | 260 | 70 | 10 | 80 | OUT - yes - vets |
| 55 | Lazado, Adam Daniel | 632 E. 34 St., Erie 16504 | 8/29/02 | 9:25:47 AM | M Caucasian | FAIL 99/109 | 34 | 261 | 80 | | 80 | 86 |
| 514 | Irvin, Ishan Hammad | 2730 Arneman Ln, Lake City 16423 | 8/29/02 | 4:17:30 PM | M Arab | PASS 75 | 77 | 250 | 79 | | 79 | 86 |
| 79 | Kinter, Matthew L. | 716 Cherry St., Erie 16502 | 8/27/02 | 9:36:07 AM | M Caucasian | PASS 2nd Time 88 | 78 9/1/98 | 265 | 79 | | 79 | 86 |
| 225 | Mazur, Joseph Michael | 2825 W. 26 St., Erie 16506 | 8/27/02 | 10:53:10 AM | M Caucasian | PASS - 83 | 12/17/99 | 374 | 79 | | 79 | 93 |
| 492 | Widomski, Heather E. | 1051 W. 4 St., Erie 16507 | 8/27/02 | 3:24:49 PM | F Caucasian | FAIL - 144 | 77 | 275 | 79 | | 79 | 88 |
| 64 | Auen, Charles Gerald | 2702 Ridge Blvd., Erie 16506-2530 | 8/27/02 | 9:29:33 AM | M Caucasian | FAIL - 65 | 60 | 162 | 78 | | 78 | OUT |
| 192 | Carnes, Trevor Allen | 1203 Smithson Ave., Erie 16511 | 8/27/02 | 10:33:54 AM | M Caucasian | PASS 2nd Time 85 | 83 8/1/91 | 349 | 78 | | 78 | 91 |
| 24 | Cruz, Daniel Anthony | 1405 E. 33 St., Erie 16504 | 8/27/02 | 11:10:17 AM | M Hispanic | FAIL 97 | 35 | 171 | 78 | | 78 | 92 |
| 296 | Czapinski, John Francis | 3630 Hamilton Rd., Erie 16510 | 8/27/02 | 1:20:27 PM | M Caucasian | PASS 78 | 82 | 146 | 78 | 0 | 78 | OUT |
| 35 | Herman Jr., Richard E. | 2909 French St., Erie 16504-1064 | 8/27/02 | 9:17:29 AM | M Caucasian | PASS 83 | 36 | 80 | 78 | | 78 | 93 |
| 22 | Higgins, Michael Thomas | 1310 W. 40 St., Erie 16509 | 8/27/02 | 9:12:00 AM | M Caucasian | PASS 75 | | 61 | 78 | | 78 | 88 |
| 362 | Rafferty, Roger James | 5344 Cider Mill Rd, Erie 16509 | 8/27/02 | 3:59:08 PM | M Caucasian | no show | 37 | 90 | 78 | | 78 | OUT |
| 186 | Lewis, Jamie Lynne | 2411 Pennsylvania Ave., Erie 16503 | 8/27/02 | 10:31:09 AM | F Caucasian | FAIL 123 | | 352 | 78 | | 78 | OUT |
| 218 | McConahy,Carey Lee | 3328 Saltsman Rd., Erie 16510 | 8/27/02 | 10:48:53 AM | F Caucasian | no show | 1/1/96 | 117 | 78 | | 78 | OUT |
| 83 | Morris, Dorcas Ann | 2550 E. 43 St., Erie 16510 | 8/27/02 | 9:38:27 AM | F Caucasian | no show | | 244 | 78 | | 78 | OUT |
| 129 | Randazzo, Vito G. | 4017 Bird Dr., Erie 16510 | 8/27/02 | 3:28:48 PM | M Caucasian | CASS 80 | 84 | 383 | 78 | | 78 | OUT |
| 5 | Rodgers, Sue Yong Kim | 255 E. 13 St., 1Fl., Erie 16503 | 8/27/02 | 9:03:59 AM | F Asian | FAIL - 100 | 11/1/00 | 297 | 78 | | 78 | OUT |
| 168 | Rounds, Wesley Allen | 1052 W. 25 St., Erie 16502 | 8/27/02 | 10:22:21 AM | M Caucasian | CASS 80 | 38 | 284 | 78 | | 78 | 95 |
| 180 | Vanemon, Matthew W. | 336 Glover St., Jersey Shore 17740 | 8/27/02 | 2:35:11 PM | M Caucasian | FAIL - 100 | | 235 | 78 | | 78 | OUT |
| 122 | Zebrowski, David Robert | 1112 E. Grandview, Erie 16504 | 8/27/02 | 9:56:31 AM | M Caucasian | no show | 39 | 177 | 78 | | 78 | OUT |
| 330 | Blakely, Eric Lynwood | 11 1/2 E. 29 St., 2nd Fl, Erie 16504 | 8/27/02 | 2:36:03 PM | M Black | PASS 84 | 40 | 40 | 77 | | 77 | 96 |
| 202 | Cahill, Kelly Thomas | 627 W. 16 St., Erie 16502 | 8/27/02 | 10:39:21 AM | M Caucasian | no show | 41 | 300 | 77 | | 77 | OUT |

ERIE POLICE APPLICANTS
Participants for Eligibility List Effective 00/00/00 through 00/00/00
Ranking of Written Exam

Aug-02

| App. | | | Filing | Filing | | | Physical | Act | Test | Written | Vet. | Total | Tentative |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 440 | Demosky, Daniel Joseph | 344 McWilliams Dr, Natrona Heights 15065 | 8/28/02 | 4:06:53 PM | M | Caucasian | | 11/1/01 | 124 | 77 | | 77 | out |
| 43 | Eagley, John Thomas | 414 Eagle Point Blvd, Erie 16511 | 8/27/02 | 9:20:46 AM | M | Caucasian | 42 Fail 97 | | 129 | 77 | | 77 | out |
| 93 | Godfrey, Wayne W. | 2840 Davison, Erie 16504 | 8/27/02 | 9:42:28 AM | M | Caucasian | Pass 95 | 12/1/99 | 220 | 77 | | 77 | 97 |
| 39 | Johnson, David Edward | 516 W. 3 St, Erie 16507 | 8/27/02 | 9:19:24 AM | M | Caucasian | 43 Fail 104 | * | 216 | 77 | | 77 | out |
| 144 | Keyes, Renee Diane | 908 Chestnut St, #1, Erie 16502 | 8/27/02 | 10:13:29 AM | F | Caucasian | 44 No show | * | 142 | 77 | | 77 | out |
| 226 | King, Darrin Lee | 453 W. 31 St, Erie 16508 | 8/27/02 | 10:53:31 AM | M | Caucasian | No show | X | 15 | 77 | | 77 | out |
| 376 | Lakari, Matthew Richard | 416 Amherst Dr. A, Harrisburg 17109 | 8/27/02 | 4:01:52 PM | M | Caucasian | 45 Pass 74 | 12/17/99 | 70 | 77 | | 77 | 98 |
| 244 | Long, Derek Douglas | 14643 Arthur St #201C, Meadville 16335 | 8/27/02 | 11:05:01 AM | M | Caucasian | Pass 78 | 87 | 301 | 77 | | 77 | 99 |
| 299 | McCullough, Kerri Leigh | 3928 Brandes St, Erie 16504 | 8/27/02 | 1:21:34 PM | F | Caucasian | Pass 89 | | 269 | 77 | | 77 | 100 |
| 244 | McIntyre, Barbara Rene' | 25 Cherry Alley, New Kinsington 15068 | 8/27/02 | 11:07:30 AM | F | Caucasian | No show | 12/4/01 | 272 | 77 | | 77 | out |
| 388 | Mollo, Nicholas Sean | 3558 Sheramy Dr., Fairview 16415 | 8/27/02 | 4:02:35 PM | M | Caucasian | Pass 95 | | 360 | 77 | | 77 | 100 |
| 357 | Morales, Jovino | 306 Reed St, Erie 16507 | 8/27/02 | 3:57:28 PM | M | Hispanic | No show | | 109 | 77 | | 77 | out |
| 511 | Parnell, Christina Lynn | 1627 26 St, Niceville, FL 32578 | 9/5/02 | 1:45 PM | F | Caucasian | No show? | X | 291 | 77 | | 77 | out |
| 115 | Schmidt, Charles John | 10427 Jamestown Rd, Wattsburg 16442 | 8/27/02 | 9:54:32 AM | M | Caucasian | 46 Pass 74 | 7/30/02? | 247 | 77 | | 77 | 101 |
| 188 | Stadnik, Adrian Mariusz | 367 Lovell Place, Erie 16503 | 8/27/02 | 10:31:58 AM | M | Caucasian | Pass 81 | 89 | 44 | 77 | | 77 | 103 |
| 126 | Bambauer, Anthony G. | 3410 Stough Ave, Erie 16508 | 8/27/02 | 9:58:47 AM | M | Caucasian | Pass 83 | 90 | 276 | 76 | | 76 | 105 |
| 123 | Bernat, Todd Anthony | 8663 Haft Rd, Erie 16510 | 8/27/02 | 10:00:02 AM | M | Caucasian | Pass 81 | 91 | 57 | 76 | | 76 | 106 |
| 47 | Bowen, Daniel Allen | 1300 Morrison Dr, Erie 16505 | 8/27/02 | 1:43:30 PM | M | Caucasian | 47 Fail 105 | 95 | 161 | 76 | | 76 | 101 |
| 96 | Culver, Peter Shaun | 3402 Rena Dr, Erie 16510 | 8/27/02 | 9:44:10 AM | M | Caucasian | No show | 93 | 158 | 76 | | 76 | out |
| 31 | Filipowski, Jeffrey | 1034 33 St, Erie 16508 | 8/27/02 | 2:09:05 PM | M | Caucasian | Pass 82 | | 145 | 76 | | 76 | 102 |
| 48 | Flores Jr., Tomas Albarado | 1114 W. 8 St, Erie 16502 | 8/29/02 | 2:49:24 PM | M | Black | No show | | 389 | 76 | | 76 | out |
| 430 | Franklin, Bryan Jeremy | 5710 Elmwood Ave, Erie 16508 | 8/28/02 | 3:41:36 PM | M | Caucasian | 48 Pass 83 | | 453 | 76 | | 76 | 105 |
| 61 | George, Bernard Allen | 857 Rumsey Ave, Erie 16511 | 8/27/02 | 9:28:24 AM | M | Caucasian | No show | | 366 | 76 | | 76 | out |
| 155 | Lux, Regis William | 1017 Washington Pl, Erie 16502 | 8/27/02 | 10:16:32 AM | M | Caucasian | Pass 87 | 1/1/93 | 443 | 76 | | 76 | 104 |
| 488 | McGarvie, Scott Robert | 219 Maple St, Edinboro 16412 | 8/29/02 | 3:15:52 PM | M | Black | 50 Pass 85 | | 381 | 76 | | 76 | 111 |
| 10 | Pham, Dung D. | 1136 W. 36 St, Erie 16508 | 8/27/02 | 9:50:01 AM | M | Asian | No show | | 5 | 76 | | 76 | out |
| 51 | Prescott, Phillip Allan | 440 W. 9 St, #12, Erie 16502 | 8/30/02 | 9:38:51 AM | M | Caucasian | Pass 95 | 7/1/01 | 342 | 76 | | 76 | 110 |
| 31 | Smith, Daniel Eric | 3664 Julie Ct, Erie 16506 | 8/29/02 | 1:59:48 PM | M | Caucasian | Pass 81 | | 251 | 76 | | 76 | 111 |
| 322 | Williams, Sarah Ann | 4240 Wagner Rd, Erie 16509 | 8/29/02 | 2:27:12 PM | F | Caucasian | Pass 82 | | 262 | 76 | | 76 | out |
| 42 | Ames, Brian Raymond | 9970 Peach St, Waterford 16441 | 8/28/02 | 1:36:03 PM | M | Caucasian | Pass 83 | 90 | 187 | 75 | | 75 | 113 |
| 99 | Beason, Jason Patrick | 4052 Canterbury Dr, Erie 16506 | 8/27/02 | 9:45:13 AM | M | Caucasian | No show | | 175 | 75 | | 75 | out |
| 290 | Camp-Torrelli, Angela M. | 231 Penn Ave, Girard 16417 | 8/27/02 | 1:21:07 PM | F | Caucasian | X | | 285 | 75 | | 75 | out |
| 475 | Cortes, Christopher Martin | 708 Parade St, Erie 16503 | 8/29/02 | 1:53:59 PM | M | Hispanic | Pass 83 | | 343 | 75 | | 75 | 111 |
| 309 | Foster, Nicholas Richard | 1040 E. 29 St 2nd Fl, Erie 16504 | 8/27/02 | 1:57:04 PM | M | Caucasian | 54 No show | 97 | 331 | 75 | | 75 | out |
| 465 | Johns, Jeff David | 7765 East Lake Rd, Erie 16511 | 8/29/02 | 12:33:01 PM | M | Caucasian | Pass 82 | 98 | 130 | 75 | | 75 | 115 |
| 481 | King, Brian David | 7770 Mooreheadville Rd, North East 16428 | 8/29/02 | 2:28:19 PM | M | Caucasian | Pass 95 | | 64 | 75 | | 75 | 116 |
| 317 | Lanager, Carrie Ann | 927 W. 36 St, Erie 16508 | 8/27/02 | 2:16:54 PM | F | Caucasian | Pass 2nd time 92 | | 66 | 75 | | 75 | 117 |
| 128 | Lapping, Andrew T. | 5126 West St, Erie 16509 | 8/27/02 | 9:59:39 AM | M | Caucasian | Pass 92 | 99 | 221 | 75 | | 75 | 116 |
| 379 | Mariella, Sarah Rae | 5464 Garries Rd, Erie 16506 | 8/27/02 | 4:02:24 PM | F | Caucasian | Pass 95 | 1/9/02 | 33 | 75 | | 75 | 119 |

ERIE POLICE APPLICANTS  
Participants for Eligibility List Effective 00/00/00 through 00/00/00  
Ranking of Written Exam  
Aug-02

| App. | | | Filing | Filing | | | Physical | Act | Test | Written | Vet. | Total | Tentative |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 145 | Radaker, Paula Dawn | 1001 Lincoln St, Sligo 16255 | 8/27/02 | 10:10:54 AM | E | Caucasian | No show | 1/1/99 | 191 | 75 | | 75 | out |
| 49 | Williamson, Todd C. | 17 Woodside Dr, McKean 16476 | 8/27/02 | 9:23:13 AM | M | Caucasian | Fail 96 | | 202 | 75 | | 75 | out |
| 76 | Anderson,III, Herbert E. | 3128 W. 38 St, Erie 16506 | 8/27/02 | 9:34:27 AM | M | Caucasian | No show | | 172 | 74 | | 74 | out |
| 79 | Bomba, Thomas John | 115 Ontario St, # 8, Edinboro 16412 | 8/27/02 | 9:34:01 AM | M | Caucasian | Pass - 81 | 1/1/02 | 18 | 74 | | 74 | out |
| 116 | Dougherty, Lawrence J. | 3921 McClelland Ave, Erie 16510 | 8/27/02 | 9:53:13 AM | M | Caucasian | Fail 103 | 6/14/99 | 296 | 74 | | 74 | out |
| 68 | Fiscus, Larry Andrew | 4021 Landenwood Dr, Greensboro,NC | 8/27/02 | 9:31:31 AM | M | Caucasian | No show | | 147 | 74 | | 74 | out |
| 438 | Geibel, Terry James | 499 Rathigan Rd, Chicora 16025 | 8/28/02 | 4:05:13 PM | M | Caucasian | No show | | 149 | 74 | | 74 | out |
| 706 | Hamilton, Clarence Donnell | 1443 W. 29 St, Erie 16508 | 8/27/02 | 9:32:36 AM | M | Black | Pass - 77 | | 81 | 74 | | 74 | out |
| 3 | Krystek, Jeff Ryan | 826 E. 29 St, Erie 16504 | 8/27/02 | 2:04:27 PM | M | Caucasian | Pass 84 | 101 | 333 | 74 | | 74 | out |
| 272 | Laskey Jr, Walter R. | 202 Hillcrest Ave, Erie 16509 | 8/27/02 | 12:17:30 PM | M | Caucasian | No show | | 74 | 74 | | 74 | out |
| 355 | Markham, Jeffrey David | 3410 Adelaide Dr, Erie 16510 | 8/27/02 | 3:58:23 PM | M | Caucasian | Pass - 81 102 | 7/25/02 | 199 | 74 | | 74 | out |
| 59 | Schell, Jesse Eugene | 2816 Carter Ave, Erie 16506 | 8/27/02 | 9:27:36 AM | M | Caucasian | Pass 90 | | 210 | 74 | | 74 | out |
| 456 | Schultz, Eric Michael | 4142 Conrad Rd, Erie 16510 | 8/29/02 | 10:56:46 AM | M | Caucasian | Pass 87 | 103 | 376 | 74 | | 74 | out |
| 311 | Smith, John Steven | 4262 Alison Ave, Erie 16506 | 8/29/02 | 2:20:13 PM | M | Caucasian | Pass 75 | 104 | 417 | 74 | | 74 | out |
| 248 | Turley, Shaun Thomas | 1902 W. 22 St, Erie 16502 | 8/27/02 | 11:15:41 AM | M | Caucasian | Pass 71 | 105 | 420 | 74 | | 74 | out |
| 318 | Adams, Ronald Daniel | 1938 Knoll Ave, Erie 16508 | 8/27/02 | 2:17:45 PM | M | Caucasian | No show | | 253 | 73 | | 73 | out |
| 66 | Byerly, Scott Alan | 2269 Delphos Dr, Erie 16509 | 8/27/02 | 9:30:31 AM | M | Caucasian | No show | 6/19/92 | 170 | 73 | | 73 | out |
| 452 | Carter II, Danny Roger | 1111 Mathers Ct, Erie 16504 | 8/29/02 | 3:29:06 PM | M | Black | Pass 65 | 7/26/02 | 176 | 73 | | 73 | out |
| 451 | Dixon III, Harrison Dennis | 716 Jefferson St, Meadville 16335 | 8/29/02 | 10:58:10 AM | M | Caucasian | Pass no | | 382 | 73 | | 73 | out |
| 60 | Hamilton, Linda Sue | 1443 W. 29 St, Erie 16508 | 8/27/02 | 9:32:01 AM | F | Caucasian | Pass 71 | attending | 86 | 73 | | 73 | out |
| 306 | Hernandez, Marsha Lynn | 216 East St, Waterford 16441 | 8/27/02 | 1:42:43 PM | F | Hispanic | no show | | 139 | 73 | | 73 | out |
| 228 | Jackula, Amber Marie | 819 Priestly Ave, Erie 16511 | 8/27/02 | 10:50:06 AM | F | Caucasian | Fail + 34 131 | | 62 | 73 | | 73 | out |
| 340 | Koprowski, Anthony R. | 1408 E. 9 St, Erie 16503 | 8/27/02 | 3:28:00 PM | M | Caucasian | No show | | 69 | 73 | | 73 | out |
| 276 | Right, Luke Alexander | Bx 369,168 South Main St, Springboro 16435 | 8/27/02 | 12:24:22 PM | M | Caucasian | Pass 91 | 106 | 106 | 73 | | 73 | out |
| 9 | Santigo, Juan Carlos | 1254 E. 26 St, Erie 16504 | 8/27/02 | 9:43:37 AM | M | Hispanic | No show | | 211 | 73 | | 73 | out |
| 10 | Shaaf, Michael John | 4671 Steinberg Rd,W.Springfield 16443 | 8/27/02 | 9:09:25 AM | M | Caucasian | Pass 84 | 7/26/02 | 451 | 73 | | 73 | out |
| 114 | Sidun, Renee' Marie | 811 E. Grandview Blv.#101,Erie 16504 | 8/27/02 | 9:54:45 AM | F | Caucasian | Pass 91 | 107 | 270 | 73 | | 73 | out |
| 3 | Stephens, John Michael | 923 Long Point Dr, Erie 16505 | 8/27/02 | 2:12:23 PM | M | Caucasian | No show | 1/1/02 | 340 | 73 | | 73 | out |
| 146 | Wolf, Thomas John | 3904 Nancy Ave, Erie 16510 | 8/27/02 | 10:09:18 AM | M | Caucasian | No show | 107 | 258 | 73 | | 73 | out |
| 234 | Adams Jr, Charles Donald | 2233 Woodlawn Ave, Erie 16510 | 8/27/02 | 11:01:17 AM | M | Caucasian | Pass | 105 | 27 | 72 | | 72 | out |
| 204 | Adams, Tracy Ann | 1140 W. 36 St, Erie 16508 | 8/27/02 | 10:40:09 AM | F | Caucasian | No show | | 173 | 72 | | 72 | out |
| 38 | Cozad, Andrew David | 44 Pearl Ave, Oil City 16301 | 8/27/02 | 4:02:47 PM | M | Caucasian | Pass 77 | 109 | 152 | 72 | | 72 | out |
| 27 | Dahlstrand, Andrew Steven | 3727 Route 6, Waterford 16441 | 8/27/02 | 9:14:22 AM | M | Caucasian | Pass 81 | 110 | 289 | 72 | | 72 | out |
| 444 | Hall, Ronald Dale | 2807 Colonial Ave, Erie 16505 | 8/29/02 | 9:44:49 AM | M | Not Am | Pass 70 | | 418 | 72 | | 72 | out |
| 42 | Komisarski, Christian C. | 1205 Hilborn Ave, Erie 16505 | 8/27/02 | 2:53:21 PM | M | Caucasian | No show | | 58 | 72 | | 72 | out |
| 180 | Luke, Marcie Lynn | 7374 Belle Rd, Harborcreek 16421 | 8/27/02 | 10:28:02 AM | F | Caucasian | Fail 0 | 5/21/00? | 3 | 72 | | 72 | out |
| 179 | Montefiori, Cathy Ann | 3122 W. 40 St, Erie 16506 | 8/27/02 | 10:27:37 AM | F | Caucasian | No show | | 439 | 72 | | 72 | out |
| 21 | Munro, Robert K. | 1826 W. 11 St, Erie 16505 | 8/27/02 | 9:11:18 AM | M | Caucasian | Pass 89 | 111 | 101 | 72 | | 72 | out |
| 341 | Pengelly, Jeffrey Dennis | 12040 Elliots Oak Pl, Briston, VA 20136 | 8/27/02 | 3:35:46 PM | M | Caucasian | No show | | 91 | 72 | | 72 | out |

# ERIE POLICE APPLICANTS
## Participants for Eligibility List Effective 00/00/00 through 00/00/00
### Ranking of Written Exam

Aug-02

| App. | Name | Address | Filing | Filing | | Physical | Act | Test | Written | Vet. | Total | Tentative |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Perrington, Joshua Paul | 4021 Calica Dr, Erie 16506 | 8/27/02 | 9:06:58 AM | M | Caucasian | pass 81 | 112 | 115 | 72 | | 72 | 137 |
| 8 | Robinson, Scott David | P O Box 381, Franklin 16323 | 8/27/02 | 9:38:01 AM | M | CAU | pass 94 | | 96 | 72 | | 72 | 174 |
| 197 | Shrader, Jason Eugene | 2 Pearl Ave, Oil City 16301 | 8/27/02 | 10:33:35 AM | M | Caucasian | pass 82 ?? | 113 | 203 | 72 | | 72 | 135 |
| 156 | Torres, Edwin | 542 W. 5 St., Erie 16507 | 8/27/02 | 10:16:56 AM | M | Hispanic | pass 95 | 114 4/1/98 | 239 | 72 | | 72 | 136 |
| 433 | Westman, Scott Tyler | 941 W. 30 St., Erie 16508 | 8/28/02 | 4:04:36 PM | M | Caucasian | no show | | 246 | 72 | | 72 | out |
| 281 | Bayle, Jesse David | 12893 Dundon Rd, Edinboro 16412 | 8/27/02 | 12:37:10 PM | M | Caucasian | pass 71 | 115 | 208 | 71 | | 71 | 137 |
| 90 | Bliss, Julie Marie | 2515 Peach St., #1, Erie 16502 | 8/27/02 | 9:41:21 AM | F | Caucasian | no show | 1/1/93 | 393 | 71 | | 71 | out |
| 266 | Borkowski, Nicole Renee | 3423 Wayne St., Erie 16504 | 8/27/02 | 11:55:14 AM | F | Caucasian | no show | | 323 | 71 | | 71 | out |
| 24 | Czerwinski, Terry Joseph | 1443 E. 32 St., Erie 16504 | 8/27/02 | 9:12:55 AM | M | Caucasian | no show | | 293 | 71 | | 71 | out |
| 422 | Hrelec, Jason Andrew | 145 Watts Mill Rd, Darlington 16115 | 8/28/02 | 2:38:59 PM | M | Caucasian | pass 95 | 114 | 7 | 71 | | 71 | 136 |
| 180 | Pentz, Keah Irvin | RR 1, Box 36 C, Emlenton 16373 | 8/27/02 | 10:30:00 AM | M | Nat Am | pass 95 | 5/30/02 | 267 | 71 | | 71 | 134 |
| 50 | Peterson, Jeremy Jeffrey | 2239 Brooksford Dr, Erie 16510 | 8/27/02 | 9:23:25 AM | M | Caucasian | fail 106 | 5/20/00 | 377 | 71 | | 71 | out |
| 411 | Brophy, Shannon Kathleen | 1237 Priestley Ave, Erie 16511 | 8/28/02 | 12:58:25 PM | F | CAU | fail 76 | | 34 | 70 | | 70 | out |
| 402 | Brown, Stephen Edward | 3939 Happy Valley Rd, E. Springfield 16411 | 8/28/02 | 10:44:19 AM | M | 2 | pass 78 | | 16 | 70 | | 70 | 140 |
| 18 | Chase, Dawn Lea | 826 W. 10 St, Erie 16502 | 8/27/02 | 9:09:51 AM | F | Caucasian | fail 0 | | 299 | 70 | | 70 | out |
| 19 | Haffley, Daniel Adam | 224 E. 30 St., Erie 16504 | 8/27/02 | 9:10:16 AM | M | Caucasian | pass 74 | | 190 | 70 | | 70 | 141 |
| 33 | Harman, Andrew John | 4602 West Lake Rd., Erie 16505 | 8/27/02 | 9:16:57 AM | M | Caucasian | pass 80 | 4/1/01 | 6 | 70 | | 70 | 140 |
| 4 | Harris, Joanne Denise | 141 E. 7 St., Apt. 2, Erie 16501 | 8/27/02 | 9:22:35 AM | F | Caucasian | fail 115 | 118 | 341 | 70 | | 70 | out |
| 349 | Hess, Bradley Ardell | 6701 Hamler Dr, Canal Winchester, OH 43110 | 8/27/02 | 3:57:17 PM | M | Caucasian | no show | | 430 | 70 | | 70 | out |
| 201 | Hunter, James Calvin | 2420 Filmore Ave, #5, Erie 16506 | 8/27/02 | 10:38:37 AM | M | Black | no show | 12/16/98 | 232 | 70 | | 70 | out |
| 99 | Jacobs, Johnathan Paul | 5049 East Lake Rd., Erie 16511 | 8/27/02 | 9:42:58 AM | M | CAU | no show | | 88 | 70 | | 70 | out |
| 277 | Mannino, Christopher T. | 4008 Zoar Ave, Erie 16509 | 8/27/02 | 12:35:41 PM | M | Caucasian | fail 147 | | 193 | 70 | | 70 | out |
| 388 | Manno Jr., Joseph Bruno | 609 Olson St., Ridgeway 15853 | 8/27/02 | 4:03:01 PM | M | Caucasian | no show | | 1 | 70 | | 70 | out |
| 357 | Morey, Patrick James | 509 Montpelier Ave, Erie 16505 | 8/27/02 | 3:58:28 PM | M | Caucasian | pass 71 | | 110 | 70 | | 70 | 143 |
| 144 | Scheppner, John Joseph | 132 W. 24 St, Erie 16502 | 8/27/02 | 9:51:08 AM | M | Caucasian | pass 82 | | 279 | 70 | | 70 | 141 |