IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF,<br><br>v.<br><br>THE CITY OF ERIE, PENNSYLVANIA,<br><br>DEFENDANT. | '06 OCT 16 P2:43<br><br>CIVIL ACTION NO. 04-4<br>CLERK<br>JUDGE MCLAUGHLIN US DISTRICT COURT |

### OBJECTIONS TO UNITED STATES' DETERMINATION REGARDING INDIVIDUAL RELIEF TO BE AWARDED UNDER THE CONSENT DECREE

I am objecting to the United States' determinations regarding the relief to which I am entitled under the Consent Decree.

Name: Labrina Thompson

Address: 439 West 22nd
Erie, PA 16502

NOTARIAL SEAL
Raemarie T. Kovaly, Notary Public
Erie, Erie County
My commission expires August 3, 2008

Telephone: (814)572-4731 / (814)456-9811

10/11/06

Nature and basis of my objection(s): My objection in the determining factor concerns me. I didn't know the Criminal History nor Driving privilege had anything to do with determining the Amount of the Relief given. If the Individual Relief letter states the women considered were the ones who responded in a timely fashion. How many women other than myself did so?

**YOU MUST ATTACH A COPY OF ANY DOCUMENTATION
THAT YOU HAVE THAT SUPPORTS YOUR OBJECTIONS**

Are you requesting the opportunity to state your objection in person at the Fairness Hearing on Individual Relief?

[ ] Yes   [✓] No

YOU MAY USE ADDITIONAL PAGES TO EXPLAIN THE BASIS OF YOUR OBJECTION IF NECESSARY. **YOU MUST SEND ONE COPY OF YOUR OBJECTION TO THE CLERK OF THE COURT, ONE COPY TO THE DEPARTMENT OF JUSTICE AND ONE COPY TO THE CITY AT THE ADDRESSES PROVIDED IN THE INSTRUCTIONS.**

**YOUR OBJECTIONS MUST BE POSTMARKED BY __October 20, 2006__.**

10/09/06

I wanted to start off by explaining what kind of Individual I am. My name is Salahuddin Thompson, I was raised by both my parents & have Morals & Respect for others especially the Elderly. I've never had a criminal record besides parking tickets. I'm a Single African American Female who raised three children, & all now teenagers who are good kids.

Never have I had my hand out, or expected to be given anything. I've always worked hard in life to obtain the things I want, & have installed the same in my children.

I own my House in which I've lived in for 14 yrs, and work two jobs to put my youngest through private School who is in his last year @ Cathedral Prep, and my Middle child attends Mercyhurst NorthEast for Nursing, my Oldest lives on his own. If the PAT was fair in the beginning maybe I could have been Employed as a Police Officer, & could have the luxury of not having to work two jobs to support my family.

10/09/06

My only objective is to know where the Remiance of the Relief Award will be Applied to or to whom. I also wanted to state that women are different from Men & are treated different in the work place.

The amount of push-ups was 17 military style, the same as the Men. Not 12, or 15 but the same as what was expected of the Men & that doesn't include the 4 foot chain linked fence we had to go over.

When I did the push-ups I was told to do more than 17 because my chest didn't hit the officers fist. Keeping me from moving to the last obstacle to pull the trigger of a gun. I was scared to Death but happy with myself for having the Courage to Attempt the PAT knowing it was at a Disadvantage for being a Women!

Sincerely

[signature: Thompson]

[signature: Raemarie T. Kovaly]

NOTARIAL SEAL
Raemarie T. Kovaly, Notary Public
Erie, Erie County
My commission expires August 3, 2008

10/11/06