IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
'06 OCT 23 P1:02
CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| PLAINTIFF, | CIVIL ACTION NO. 04-4 |
| V. | JUDGE MCLAUGHLIN |
| THE CITY OF ERIE, PENNSYLVANIA, | |
| DEFENDANT. | |

### OBJECTIONS TO UNITED STATES' DETERMINATION REGARDING INDIVIDUAL RELIEF TO BE AWARDED UNDER THE CONSENT DECREE

I am objecting to the United States' determinations regarding the relief to which I am entitled under the Consent Decree.

Name: Trelane Buttles Sheeron

Address: 411 West 17th St
Erie PA 16502

Telephone: 814-899-9264

Nature and basis of my objection(s): I Am objecting to the decision based on I had score an 82 on the written exam and at this time due to the Police Department financial situation the last person hired off of the 2002 list could have

**YOU MUST ATTACH A COPY OF ANY DOCUMENTATION THAT YOU HAVE THAT SUPPORTS YOUR OBJECTIONS**

Are you requesting the opportunity to state your objection in person at the Fairness Hearing on Individual Relief?

[✓] Yes    [ ] No

YOU MAY USE ADDITIONAL PAGES TO EXPLAIN THE BASIS OF YOUR OBJECTION IF NECESSARY. **YOU MUST SEND ONE COPY OF YOUR OBJECTION TO THE CLERK OF THE COURT, ONE COPY TO THE DEPARTMENT OF JUSTICE AND ONE COPY TO THE CITY AT THE ADDRESSES PROVIDED IN THE INSTRUCTIONS.**

**YOUR OBJECTIONS MUST BE POSTMARKED BY __October 20, 2006__.**

Trelane Sherrod

Been for varies reasons such as, ① No open position, ② No money to fill the position, ③ When was the last person hired off of the 2002 list could have been affected by the above reasons to prevent the Department from continuing to hire off of that list. ④ The last person hired off of the list score was 12 points higher than my due to the veteran points. If no veteran points were given and the PAT was given I believe I would of had an opportunity to be hired based on my written points alone.

Trelane Sherrod