IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    PLAINTIFF,<br><br>v.<br><br>CITY OF ERIE, PENNSYLVANIA,<br><br>    DEFENDANT. | CIVIL ACTION NO. 04-4   ERIE<br><br>JUDGE MCLAUGHLIN |

**ORDER**

Plaintiff United States has filed an Unopposed Motion to Substitute Corrected Relief Awards List in order to correct minor errors in the Relief Awards List filed by the United States on September 8, 2006 (Docket Entry # 161, Attachment 1) in anticipation of the Fairness Hearing on Individual Relief scheduled for November 20, 2006.  The only correction that has any substantive effect on the Claimants is that the substituted Relief Awards List indicates that a number of Claimants should receive $74 more monetary relief than indicated in the original list.  The corrections have no effect on Defendant City of Erie's pending motion to compel, and the City does not oppose the United States' motion.

    IT IS HEREBY ORDERED this ____ day of November, 2006, that the corrected Relief Awards List attached to the United States' motion shall be and is substituted for the list filed on September 8, 2006.

                                                  _____
                                                  SEAN J. MCLAUGHLIN
                                                  UNITED STATES DISTRICT JUDGE