**ERIE POLICE APPLICANTS**
Participants for Eligibility List Effective 00/00/00 through 00/00/00
Ranking of Written Exam



Aug-02
Failed or no show

| App. # | Name | Address | Filing Date | Filing Time | Sex | Race | Social Security # | Test # | Physical Ability Test | Written Exam | Vet Pts. | Total Score | Tentative Ranking |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| The following individuals scored below the passing grade of 70: |
| 94 | Belluomini, Nicholas G. | 356 E. 36 St., Erie 16504 | 8/27/02 | 9:43:19 AM | M | Caucasian | 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 | 60 | | 69 | | | |
| 512 | Davis, Lance C. | P O Box 56, Crosby 16724 | 8/29/02 | 4:03:12 PM | M | Caucasian | 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 | 338 | | 69 | | | |
| 54 | Hansen, Corey L. | 1113 W. 24 St., Erie 16502 | 8/27/02 | 9:25:27 AM | M | Caucasian | 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 | 76 | | 69 | | | |
| 392 | Heald, Ryan J. | 1511 Hartt Rd, Erie 16505 | 8/28/02 | 9:08:26 AM | M | Caucasian | 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 | 325 | | 69 | | | |
| 363 | Jackson, Mark Earl | 411 Kelso, Lot 10, Erie 16505 | 8/27/02 | 3:59:13 PM | M | Caucasian | 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 | 84 | | 69 | | | |
| 469 | Jones, Daniel James | 3335 W. 40 St., Erie 16506 | 8/29/02 | 1:26:27 PM | M | Caucasian | 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 | 414 | | 69 | | | |
| 428 | Lawrence Jr., Joseph F. | 519 W. 6 St., Erie 16507 | 8/28/02 | 3:21:38 PM | M | Caucasian | 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 | 71 | | 69 | 0 | | |
| 153 | Leach, William C. | 613 E. 14 St., Erie 16503 | 8/27/02 | 10:15:47 AM | M | Caucasian | 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 | 77 | | 69 | | | |
| 282 | Madurski, David Paul | 3309 Washington Ave, Erie 16508 | 8/27/02 | 12:39:27 PM | M | Caucasian | 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 | 20 | | 69 | | | |
| 260 | Negron, Efrain | 433 E. 22 St., Erie 16503 | 8/27/02 | 11:47:43 AM | M | Hispanic | 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 | 421 | | 69 | 0 | | |
| 359 | Sandberg, Carl Jason | 1245 W. 9 St, 1St Fl, Erie 16502 | 8/27/02 | 3:58:45 PM | M | Caucasian | 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 | 195 | | 69 | | | |
| 57 | Shope, Steven Lewis | 724 Liberty St, Erie 16502 | 8/27/02 | 9:26:46 AM | M | Caucasian | 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 | 205 | | 69 | | | |
| 76 | Alward, Michael Edward | 1885 Julie Anne Ln, Erie 16509 | 8/27/02 | 9:35:07 AM | M | Caucasian | 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 | 255 | | 68 | | | |
| 388 | Broderick, Michael Ewing | 61 Youndwood Rd, Pittsburgh 15228 | 8/28/02 | 9:00:35 AM | M | / | 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 | 407 | | 68 | | | |
| 365 | Dunn, Ryan Theodore | 1124 W. 11 St., Erie 16502 | 8/27/02 | 3:59:25 PM | M | Caucasian | 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 | 128 | | 68 | | | |
| 29 | Eaton, Jeremy A. | 3306 Scott Rd, E. Springfield 16411 | 8/27/02 | 9:15:08 AM | M | 2 | 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 | 148 | | 68 | | | |
| 196 | Fisher, Shawn Stephen | 2644 W. 30 St., Erie 16506 | 8/27/02 | 10:36:11 AM | M | Caucasian | 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 | 132 | | 68 | | | |
| 253 | Hines, Daniel Robert | 657 Marne Rd, Erie 16511 | 8/27/02 | 11:32:10 AM | M | Caucasian | 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 | 444 | | 68 | 0 | | |
| 28 | Markham, Jeremy James | 118 Pleasant St, Cambridge Sprgs 16403 | 8/27/02 | 9:14:43 AM | M | Caucasian | 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 | 364 | | 68 | | | |
| 195 | Page, William Francis | 1018 Rita Drive, Erie 16509 | 8/27/02 | 10:35:43 AM | M | Caucasian | 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 | 224 | | 68 | | | |
| 81 | Seman, Paul William | 717 E. 13 St., Erie 16503 | 8/27/02 | 9:37:10 AM | M | Caucasian | 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 | 387 | | 68 | | | |
| 12 | Sisson, Jr., Raymond Carl | 1450 W. 42 St., Erie 16509 | 8/27/02 | 9:07:22 AM | M | Caucasian | 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 | 237 | | 68 | | | |
| 304 | Smith, Iris Ann | 1652 W. 32 St., Erie 16508 | 8/27/02 | 1:37:38 PM | F | Caucasian | 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 | 385 | | 68 | | | |
| 134 | Thompson, Jaymar A. | 448 E. 7 St, #3, Erie 16503 | 8/27/02 | 10:04:19 AM | M | Black | 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 | 276 | | 68 | 0 | | |
| 497 | Ahlbrandt, Steven John | 555 W. 26 St., #3, Erie 16508 | 8/29/02 | 3:34:54 PM | M | Caucasian | 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 | 56 | | 67 | 0 | | |
| 205 | Burger, Nadine Liniewicz | 241 1/2 Beach Grove Ave, Erie 16505 | 8/27/02 | 10:40:36 AM | F | Caucasian | 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 | 4 | | 67 | | | |
| 150 | Chase, William Allen | 5967 Jodie Lane, #6, Erie 16509 | 8/27/02 | 10:13:52 AM | M | Caucasian | 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 | 165 | | 67 | 0 | | |
| 418 | Coleman, Angela Teresa | 317 Walnut, #N, Erie 16507 | 8/28/02 | 1:25:20 PM | F | Black | 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 | 281 | | 67 | | | |
| 208 | Crawford, Jamaal R. | 442 E. 8 St., Erie 16503 | 8/27/02 | 10:41:53 AM | M | Black | 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 | 406 | | 67 | | | |
| 141 | Duda, Steven E. | 10150 Stateline Rd, Wattsburg 16442 | 8/27/02 | 10:08:50 AM | M | Caucasian | 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 | 143 | | 67 | 0 | | |
| 51 | Fuller, Angela Dawn | 31557 Tattle St, Cambridge Sprg 16403 | 8/27/02 | 9:23:53 AM | F | Caucasian | 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 | 134 | | 67 | | | |
| 385 | Gorman, Christopher John | 268 Linden Ave, Oil City 16301 | 8/27/02 | 4:02:52 PM | M | Caucasian | 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 | 408 | | 67 | | | |
| 346 | Guianen Jr., Gary Lee | 1413 E. 38 St., Erie 16504 | 8/27/02 | 3:48:54 PM | M | Hispanic | 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 | 19 | | 67 | 0 | | |
| | Obendorfer, Kurt William | 8350 Pagan Rd, Erie 16509 | 8/27/02 | | M | Caucasian | 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 | 369 | | 67 | | | |
| 182 | Osterberg, Denise Dara | 614 Wayne St., Erie 16503 | 8/27/02 | 10:29:16 AM | F | Caucasian | 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 | 268 | | 67 | | | |

**ERIE POLICE APPLICANTS**  Aug-02
Participants for Eligibility List Effective 00/00/00 through 00/00/00
Ranking of Written Exam

| App. # | Name | Address | Filing Date | Filing Time | Sex | Race | Social Security # | Test # | Physical Ability Test | Written Exam | Vet Pts. | Total Score | Tentative Ranking |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 187 | Prindle, Carrie Cass | 3847 Backus Rd, Harborcreek 16421 | 8/27/02 | 10:31:34 AM | F | Caucasian | 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 | 119 | | 67 | | | |
| 254 | Showers, Monique Shante | 2813 Chablis Dr, Erie 16506 | 8/27/02 | 11:34:50 AM | F | Black | 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 | 215 | | 67 | | | |
| 292 | Stritzinger, Andrew Brian | 3310 Saltsman Rd, Erie 16510 | 8/27/02 | 1:12:33 PM | M | Caucasian | 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 | 355 | | 67 | | | |
| 100 | Ballentine, Eric John | 832 W. 8 St., Erie 16502 | 8/27/02 | 9:45:39 AM | M | 3 | 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 | 332 | | 66 | | | |
| 458 | Bean, Chad Leroy | 149 Barker Rd, Titusville 16354 | 8/29/02 | 11:29:01 AM | M | Caucasian | 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 | 432 | | 66 | | | |
| 361 | Brocklehurst, Tony Allan | 566 Limber Rd, Meadville 16335 | 8/27/02 | 3:59:00 PM | M | Caucasian | 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 | 225 | | 66 | | | |
| 328 | Carthon, Raphael Ramon | 615 Fairmont Pkwy, Erie 16510 | 8/27/02 | 2:30:46 PM | M | Black | 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 | 435 | | 66 | | | |
| 314 | Dalbec, Stacey Ann | 3126 Hudson Rd, Erie 16508 | 8/27/02 | 2:09:54 PM | F | Caucasian | 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 | 447 | | 66 | | | |
| 138 | Gibson, Courtney Cordell | 4156 Westbury Ridge Dr, Erie 16506 | 8/27/02 | 10:07:07 AM | F | Black | 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 | 136 | | 66 | 0 | | |
| 60 | Herring, William Leo | 1127 W. 21 St., Erie 16502 | 8/27/02 | 9:28:00 AM | M | 4 | 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 | 370 | | 66 | | | |
| 405 | Hopkins Jr., James Ross | 2543 Pepper Tree Dr., Erie 16510 | 8/28/02 | 11:19:00 AM | M | Caucasian | 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 | | | 66 | 0 | | |
| 246 | Hopkins Jr., John Earl | 302 E. 22 St., Erie 16503 | 8/27/02 | 11:09:47 AM | M | 5 | 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 | 10 | | 66 | 0 | | |
| 13 | Popovic, Erie Richard | 917 Compass Dr, Erie 16505 | 8/27/02 | 9:07:43 AM | M | Caucasian | 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 | 51 | | 66 | 0 | | |
| 404 | Pruzenski, Stephanie Ann | 2914 Florence Ave, Erie 16504 | 8/28/02 | 11:05:13 AM | F | Caucasian | 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 | 380 | | 66 | | | |
| 501 | Walker, Robert Scott | 919 Chekea Ave, Erie 16505 | 8/29/02 | 3:49:04 PM | M | 6 | 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 | 368 | | 66 | | | |
| 23 | Zukowski, Jr., Joseph M. | 1158 E. 30 St., Erie 16504 | 8/27/02 | 9:12:24 AM | M | Caucasian | 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 | 263 | | 66 | | | |
| 332 | Barber, Jeffrey Paul | 9312 Palmer Rd., North East 16428 | 8/27/02 | 2:44:32 PM | M | Caucasian | 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 | 153 | | 65 | | | |
| 468 | Brooks, Christopher C. | 401 South Ave, #9, Dubois 15801 | 8/29/02 | 12:58:32 PM | M | Caucasian | 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 | 354 | | 65 | | | |
| 454 | Carpinello, Brad Joseph | 408 Connecticut Dr, Erie 16505 | 8/29/02 | 10:37:43 AM | M | Caucasian | 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 | 398 | | 65 | | | |
| 127 | Chiarelli, Rodney Drew | 514 Shenley Dr, Erie 16505 | 8/27/02 | 9:59:23 AM | M | Caucasian | 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 | 36 | | 65 | | | |
| 233 | Cruz Jr., Luis Adrian | 1267 E. 26 St., Erie 16504 | 8/27/02 | 11:00:38 AM | M | Hispanic | 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 | 212 | | 65 | | | |
| 209 | Davis Jr., Grady | 1020 W. 30 St., Erie 16508 | 8/27/02 | 10:42:24 AM | M | Black | 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 | 137 | | 65 | | | |
| 175 | Ganzer, Matthew Ryan | 655 W. 26 St., #3, Erie 16508 | 8/27/02 | 10:25:50 AM | M | Caucasian | 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 | 287 | | 65 | 0 | | |
| 333 | Gloystein, James Wells | 2825 W. 26 St., Erie 16506 | 8/27/02 | 2:46:41 PM | M | Caucasian | 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 | 375 | | 65 | | | |
| 80 | Knapp, Barbara Ann | 8414 Grubb Rd, McKean 16426 | 8/27/02 | 9:36:37 AM | F | Caucasian | 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 | 85 | | 65 | | | |
| 230 | Matczak, Alicia Ann | 8666 Kirsch Rd, Erie 16510 | 8/27/02 | 10:56:20 AM | F | Caucasian | 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 | 32 | | 65 | | | |
| 395 | Mickel, Nina Marie | 930 E. 6 St., Erie 16507 | 8/28/02 | 9:31:46 AM | F | Black | 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 | 92 | | 65 | | | |
| 471 | Ritchie, Yulanda S. | 1918 E. 26 St., Erie 16510 | 8/29/02 | 1:31:04 PM | F | Black | 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 | 17 | | 65 | | | |
| 104 | VonVolkenburg, Jesse J. | 1622 Chestnut St., Erie 16502 | 8/27/02 | 9:47:17 AM | M | Caucasian | 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 | 450 | | 65 | | | |
| 143 | Wolf, Daniel Joseph | 2340 A E. 43 St, Erie 16510 | 8/27/02 | 10:09:49 AM | M | Caucasian | 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 | 259 | | 65 | | | |
| 101 | Ackerman, Jon David | 8468 Francis Rd, Girard 16417 | 8/27/02 | 9:46:09 AM | M | 7 | 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 | 160 | | 64 | | | |
| 133 | Cooper, Saprina Raquel | 215 Short St, 1Floor, Erie 16507 | 8/27/02 | 10:03:32 AM | F | Black | 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 | 53 | | 64 | | | |
| 295 | Corder, James M. | 714 Partridge Dr., Erie 16509 | 8/27/02 | 1:15:05 PM | M | Black | 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 | 404 | | 64 | | | |
| 112 | Deen, Gregory B. | 424 May Avenue, Titusville 16354 | 8/27/02 | 9:52:47 AM | M | Caucasian | 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 | 294 | | 64 | 0 | | |
| 450 | Dornhoefer, Denver Boyd | 2626 Glenwood Park Av, #23, Erie 16508 | 8/29/02 | 10:19:09 AM | M | Caucasian | 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 | 362 | | 64 | | | |
| 451 | Holmes, Charles Henry | 1618 E. 42 St., Erie 16510 | 8/29/02 | 10:22:28 AM | M | Black | 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 | 328 | | 64 | | | |

**ERIE POLICE APPLICANTS**  Aug-02
Participants for Eligibility List Effective 00/00/00 through 00/00/00
Ranking of Written Exam

| App. # | Name | Address | Filing Date | Filing Time | Sex | Race | Social Security # | Test # | Physical Ability Test | Written Exam | Vet Pts. | Total Score | Tentative Ranking |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 184 | Kasper, Christopher G. | 1031 W. 28 St., Erie 16508 | 8/27/02 | 10:30:20 AM | M | 8 | 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 | 89 | | 64 | | | |
| 290 | McCullum, Christopher J. | 649 E. 7 St., Erie 16503 | 8/27/02 | 1:07:08 PM | M | 9 | 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 | 99 | | 64 | | | |
| 84 | Moffatt, Daryl D. | 3710 Zimmerman Rd,#4, Erie 16510 | 8/27/02 | 9:38:48 AM | M | Black | 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 | 39 | | 64 | | | |
| 462 | Santiago, Maria Juanita | 2720 German St., Erie 16504 | 8/29/02 | 12:05:53 PM | FM | Hispanic | 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 | 322 | | 64 | | | |
| 3 | Schell, Brad E | 2039 W. 29 St, Erie 16502 | 8/27/02 | 9:02:50 AM | M | Caucasian | 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 | 274 | | 64 | | | |
| 424 | Sornberger, Jason Troy | 2515 Reed St., Erie 16503 | 8/28/02 | 2:34:19 PM | M | Caucasian | 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 | 257 | | 64 | | | |
| 389 | Tellier, Brian Scott | 9 Cutters Sound Dr., Bourne, MD 02532 | 8/28/02 | 9:01:46 AM | M | Black | 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 | 179 | | 64 | | | |
| 103 | Aquillano, Jr., James M. | 2660 W. 38 St., Erie 16506 | 8/27/02 | 9:47:07 AM | M | Caucasian | 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 | 24 | | 63 | | | |
| 160 | Bell, Demetrius Antoine | 4046 Garden Ave, Erie 16508 | 8/27/02 | 10:18:33 AM | M | Black | 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 | 174 | | 63 | 0 | | |
| 44 | Brady, Steven P. | 1148 West 6 St., Erie 16507 | 8/27/02 | 9:21:02 AM | M | Caucasian | 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 | 167 | | 63 | | | |
| 360 | Coverdale, Jamie Lee | 10324 Perry Hwy, Waterford 16441 | 8/27/02 | 3:58:54 PM | M | Caucasian | 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 | 2 | | 63 | | | |
| 190 | Luce, Randy Lee | 3638 Fox Rd, Kingsville, OH 44048 | 8/27/02 | 10:33:14 AM | M | Caucasian | 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 | 79 | | 63 | | | |
| 121 | Matlock, Kevin Patrick | 2553 E. 44 St., Erie 16510 | 8/27/02 | 9:56:11 AM | M | 10 | 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 | 446 | | 63 | | | |
| 193 | McLaurin, Mark Anthony | 1690 Treetop, #11A, Erie 16509 | 8/27/02 | 10:34:35 AM | M | Black | 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 | 103 | | 63 | 0 | | |
| 464 | Michali, Cindy Lee | 2950 Haas Dr., Erie 16505 | 8/29/02 | 12:29:54 PM | F | Caucasian | 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 | 441 | | 63 | | | |
| 7 | Shank, Brian Calvin | 326 Metez St., Erie 16508 | 8/27/02 | 9:04:57 AM | M | Caucasian | 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 | 231 | | 63 | 0 | | |
| 108 | Taylor, Theresa Jane | 3508 W. 13 St., Erie 16505 | 8/27/02 | 9:49:12 AM | F | Caucasian | 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 | 241 | | 63 | | | |
| 118 | Trohoske, Robert Francis | 1045 W. 32 St., Erie 16508 | 8/27/02 | 9:50:02 AM | M | Caucasian | 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 | 233 | | 63 | 0 | | |
| 432 | Cooper, Brian Phillip | 5603 Buman Rd, McKean 16426 | 8/28/02 | 3:59:05 PM | M | 11 | 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 | 424 | | 62 | | | |
| 169 | Frantz, Jeremy Howard | 3219 Rose Ave, Erie 16510 | 8/27/02 | 10:22:43 AM | M | Caucasian | 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 | 286 | | 62 | 0 | | |
| 508 | Hooks, Lydia Elayne | 719 W. 9 St., Erie 16502 | 8/29/02 | 4:02:54 PM | F | Black | 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 | 363 | | 62 | | | |
| 167 | McAfee, Jennifer Lynn | 1710 West Gore Rd, Erie 16509 | 8/27/02 | 10:21:44 AM | F | Caucasian | 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 | 54 | | 62 | | | |
| 147 | McGill, Jamie Lee | 8600 Ridge Rd,#2, Girard 16417 | 8/27/02 | 10:11:59 AM | F | Caucasian | 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 | 361 | | 62 | | | |
| 474 | Moffett, Byron O'Neil | 1131 Hayes St., Erie 16504 | 8/29/02 | 1:50:40 PM | M | 12 | 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 | 324 | | 62 | | | |
| 488 | Rictor Jr., Gary Lee | 6620 W. Ridge Rd, Fairview 16415 | 8/29/02 | 3:13:36 PM | M | 13 | 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 | 419 | | 62 | | | |
| 399 | Roberts, Jeremy Arthur | 2020 Raspberry St., Erie 16502 | 8/28/02 | 10:14:51 AM | F | Caucasian | 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 | 367 | | 62 | | | |
| 301 | Welch, Christopher Wm. | 563 W. 9 St., Erie 16502 | 8/27/02 | 1:31:44 PM | M | 14 | 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 | 401 | | 62 | | | |
| 381 | Coker, Michael Jammal | 2414 Linwood Ave, Erie 16510 | 8/27/02 | 4:02:32 PM | M | Black | 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 | 38 | | 61 | | | |
| 338 | Dudkiewicz, James Casimer | 1018 E. 12 St., Erie 16503 | 8/27/02 | 3:24:45 PM | M | 15 | 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 | 378 | | 61 | | | |
| 278 | Fisher, Thomas John | 216 E. 31 St., Erie 16504 | 8/27/02 | 12:34:05 PM | M | Caucasian | 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 | 122 | | 61 | | | |
| 173 | Komorek, David John | 5060 Pinetree Rd, McKean 16426 | 8/27/02 | 10:24:52 AM | M | Caucasian | 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 | 87 | | 61 | | | |
| 287 | May, Kristopher John | 1173 Belleveiw Dr, Erie 16504 | 8/27/02 | 12:58:55 PM | M | Caucasian | 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 | 400 | | 61 | | | |
| 197 | Merkle, Stephan Harold | 16841 Old Valley Rd, Union City 16438 | 8/27/02 | 10:36:27 AM | M | Caucasian | 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 | 168 | | 61 | | | |
| 401 | Pancurak, Michael Glenn | 2250 Linwood Dr., Erie 16510 | 8/28/02 | 10:31:54 AM | M | Caucasian | 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 | 114 | | 61 | | | |
| 199 | Dalton, John Harold | 3518 Auburn St., Erie 16508 | 8/27/02 | 10:37:41 AM | M | Caucasian | 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 | 330 | | 60 | 0 | | |
| 337 | Driggs, Scott Alen | 10953 Rt. 8, Wattsburg 16442 | 8/27/02 | 3:21:53 PM | M | Caucasian | 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 | 283 | | 60 | | | |

**ERIE POLICE APPLICANTS**  
Participants for Eligibility List Effective 00/00/00 through 00/00/00  
Ranking of Written Exam

Aug-02

| App. # | Name | Address | Filing Date | Filing Time | Sex | Race | Social Security # | Test # | Physical Ability Test | Written Exam | Vet Pts. | Total Score | Tentative Ranking |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 174 | Froess Jr., Charles A. | 2324-B E. 43 St, #10, Erie 16510 | 8/27/02 | 10:25:22 AM | M | Caucasian | 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 | 353 | | 60 | | | |
| 198 | Fuller, Justin A. | 1431 E. 36 St., Erie 16504 | 8/27/02 | 10:36:58 AM | M | Caucasian | 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 | 229 | | 60 | | | |
| 98 | Lariccia, Emily Margaret | 2928 Post Ave., Erie 16508 | 8/27/02 | 9:44:52 AM | F | Caucasian | 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 | 386 | | 60 | | | |
| 493 | Mong, Scott Jason | 8544 Storey Rd, North East 16428 | 8/29/02 | 3:28:04 PM | M | Caucasian | 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 | 22 | | 60 | 0 | | |
| 2 | Morell, Jason Robert | 6632 Wallace Ave, Bx 52, Harborcreek 16421 | 8/27/02 | 9:02:23 AM | M | Caucasian | 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 | 166 | | 60 | | | |
| 470 | Roberts, Tabitha Rose | 2312 Cameron Rd, Erie 16510 | 8/29/02 | 1:29:08 PM | F | Caucasian | 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 | 59 | | 60 | | | |
| 58 | Robie, Bryan Joseph | 3424 Melrose Ave, Erie 16508 | 8/27/02 | 9:27:12 AM | M | Caucasian | 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 | 35 | | 60 | | | |
| 72 | Sadler, Michael James | 354 E. 27 St., Erie 16504 | 8/27/02 | 9:33:31 AM | M | Caucasian | 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 | 206 | | 60 | | | |
| 416 | Zapolski, Susan Marie | 8075 Cherry St., Erie 16509 | 8/28/02 | 1:14:50 PM | F | | 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 | 228 | | 60 | | | |
| 370 | Barnes Jr., George E. | 4028 Brandy Chase Way,#146, Cincinnati,OH 45245 | 8/27/02 | 4:00:40 PM | M | Black | 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 | 344 | | 59 | | | |
| 280 | Cuzzola, Jeffrey Paul | 1115 West 40 St., Erie 16509 | 8/27/02 | 12:36:22 PM | M | Caucasian | 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 | 26 | | 59 | | | |
| 460 | Dixon, Eddie Jadelle | 312 E. 11 St., Erie 16503 | 8/29/02 | 11:42:34 AM | M | Black | 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 | 138 | | 59 | | | |
| 367 | Godzwa, Jason Richard | 1247 E. 26 St., Erie 16504 | 8/27/02 | 4:00:23 PM | M | Caucasian | 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 | 150 | | 59 | | | |
| 14 | Harris, Pauline V. | 3907 Canterbury, Erie 16506 | 8/27/02 | 9:08:12 AM | F | Caucasian | 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 | 123 | | 59 | | | |
| 407 | Martsolf, Lucas Lorenzo | 411 Scipio St., Box 385, Jamestown 16134 | 8/28/02 | 11:28:48 AM | M | Caucasian | 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 | 164 | | 59 | | | |
| 354 | Mongera, Bradley David | 16535 Tarbell Rd, Union City 16438 | 8/27/02 | 3:58:00 PM | M | Caucasian | 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 | 94 | | 59 | | | |
| 63 | Morales, Daniel Enrique | 4028 Genesee Ave, Erie 16510 | 8/27/02 | 9:29:07 AM | M | Hispanic | 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 | 102 | | 59 | | | |
| 496 | Stadler Jr., Robert Daniel | 1907 Ash St., Erie 16503 | 8/29/02 | 3:34:13 PM | M | Caucasian | 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 | 373 | | 59 | | | |
| 212 | Apresov, Sergey D. | 4210 Schaper Ave, Erie 16509 | 8/27/02 | 10:44:29 AM | M | Caucasian | 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 | 156 | | 58 | | | |
| 364 | Berry, Michael James | 7266 Garfield Ave, Harborcreek 16421 | 8/27/02 | 3:59:20 PM | M | Caucasian | 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 | 198 | | 58 | | | |
| 119 | Duck, Rita | 1828 W. 22 St., Erie 16502 | 8/27/02 | 9:55:32 AM | F | Black | 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 | 135 | | 58 | 0 | | |
| 67 | Kuhn, Jr., Robert J. | 3866 Cumberland Rd., Erie 16510 | 8/27/02 | 9:31:06 AM | M | Caucasian | 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 | 127 | | 58 | | | |
| 77 | Sidun, Brian Raymond | 4084 Magnolia Blossom Dr, Erie 16510 | 8/27/02 | 9:35:33 AM | M | Caucasian | 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 | 271 | | 58 | | | |
| 102 | Ayala, Alejandro | 3231 Old French Rd., Erie 16505 | 8/27/02 | 9:46:35 AM | M | Hispanic | 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 | 31 | | 57 | | | |
| 71 | Fiddler, Lindsay Marie | 1352 W. 10 St., Apt. 2, Erie 16502 | 8/27/02 | 9:33:02 AM | F | Caucasian | 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 | 144 | | 57 | | | |
| 171 | Jelley, Aaron David | 7803 East Drive Cottage, Erie 16511 | 8/27/02 | 10:23:40 AM | M | Caucasian | 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 | 339 | | 57 | | | |
| 339 | Jones, Jason Albert | 1908 Fairmont Pkwy, Erie 16510 | 8/27/02 | 3:25:50 PM | M | Caucasian | 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 | 83 | | 57 | | | |
| 151 | Kanoza, Richard Lee | 610 Yound Rd, #6, Erie 16509 | 8/27/02 | 10:14:16 AM | M | Caucasian | 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 | 196 | | 57 | 0 | | |
| 219 | Narciso, Jeffrey Scott | 242 E. 6 St., #20, Bx 985, Waterford 16441 | 8/27/02 | 10:49:26 AM | M | Caucasian | 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 | 186 | | 57 | | | |
| 513 | Rogers, Dennis Mark | 8282 Peach St., Erie 16509 | 8/29/02 | 4:15:46 PM | M | | 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 | 178 | | 57 | | | |
| 203 | Cook, Jeremy John | 1346 Lynn St., #1, Erie 16503 | 8/27/02 | 10:39:45 AM | M | Caucasian | 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 | 448 | | 56 | | | |
| 252 | Simkovitch, Harland M. | 399 West Park Dr, Lake City 16423 | 8/27/02 | 11:30:52 AM | M | Caucasian | 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 | 243 | | 56 | 0 | | |
| 321 | Kerner, John Richard | 9470 W. Law Rd, North East 16428 | 8/27/02 | 2:21:47 PM | M | Caucasian | 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 | 25 | | 55 | | | |
| 75 | Potter, Christina Marie | 1704 W. 14 St., Erie 16505 | 8/27/02 | 9:00:00 AM | F | Caucasian | 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 | 118 | | 55 | | | |
| 132 | Dickens Jr., Ernest J. | 944 W. 11 St., Erie 16502 | 8/27/02 | 10:01:59 AM | M | Black | 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 | 14 | | 54 | 0 | | |
| 228 | Mondragon, Christine Marie | 125 Moorehead St., Erie 16508 | 8/27/02 | 10:54:47 AM | F | Caucasian | 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 | 347 | | 54 | | | |

ERIE POLICE APPLICANTS  Aug-02
Participants for Eligibility List Effective 00/00/00 through 00/00/00
Ranking of Written Exam

| App. # | Name | Address | Filing Date | Filing Time | Sex | Race | Social Security # | Test # | Physical Ability Test | Written Exam | Vet Pts. | Total Score | Tentative Ranking |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 410 | Ranson, Randy Clark | 1234 Buffalo Rd, Erie 16503 | 8/28/02 | 11:55:01 AM | M | Black | 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 | 111 | | 54 | | | |
| | Robbins, Mark Ward | 3131 W. 12 St., Erie 16506 | 8/27/02 | | M | Caucasian | 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 | 277 | | 54 | | | |
| 241 | Taylor, John C. | 80 Lord Rd, Fairview 16415 | 8/27/02 | 11:05:25 AM | M | 17 | 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 | 365 | | 54 | | | |
| 449 | Bibbs, Samuel Ryan | 1247 E. 21 St., Erie 16503 | 8/29/02 | 10:15:18 AM | M | Black | 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 | 438 | | 53 | 0 | | |
| 308 | Blakely, Audra Doneen | 11 1/2 E. 29 St., Erie 16504 | 8/27/02 | 1:51:26 PM | F | | 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 | 222 | | 53 | | | |
| 504 | Dodson, Ian S. | 6 W. Hathaway St., Girard 16417 | 8/29/02 | 3:59:44 PM | M | Caucasian | 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 | 131 | | 53 | | | |
| 431 | Farrell, Diane Marie | 347 E. 13 St., Erie 16503 | 8/28/02 | 3:50:09 PM | F | | 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 | 273 | | 53 | | | |
| 302 | Green, Lawrence A. | 1033 E. 5 St., Erie 16507 | 8/27/02 | 1:33:28 PM | M | 18 | 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 | 413 | | 53 | | | |
| 453 | Gustafson, David Forrest | P O Box 131, North East 16428 | 8/29/02 | 10:30:25 AM | M | Caucasian | 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 | 326 | | 53 | | | |
| 373 | Oler Jr., Daniel Martin | 1635 W. 32 St., Erie 16508 | 8/27/02 | 4:01:31 PM | M | Caucasian | 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 | 93 | | 53 | 0 | | |
| 331 | White, Tammie Turell | 422 E.24 St., Erie 16504 | 8/27/02 | 2:39:15 PM | F | | 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 | 227 | | 53 | | | |
| 232 | Nowlin, Jennifer Marie | 2045 E. 11 St., #1, Erie 16511 | 8/27/02 | 11:00:02 AM | F | Black | 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 | 157 | | 52 | | | |
| 114 | Sienecki, Adam Nicholas | 841 West Gore Rd, Erie 16509 | 8/27/02 | 9:53:40 AM | M | Caucasian | 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 | 192 | | 52 | | | |
| 299 | Thompson, Zabrina Dee | 639 W. 22 St., Erie 16502 | 8/27/02 | 1:24:58 PM | M | Black | 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 | 348 | | 52 | | | |
| 46 | Bender, II, Charles A. | 10542 Ridge Rd, Girard 16417 | 8/27/02 | 9:21:49 AM | M | Caucasian | 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 | 411 | | 51 | | | |
| 251 | Cardona, Aura Marina | 352 E. 9 St., Erie 16503 | 8/27/02 | 11:30:05 AM | F | Hispanic | 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 | 169 | | 51 | | | |
| 236 | Green, Frances | 904 W. 20 St., Erie 16502 | 8/27/02 | 11:02:38 AM | F | Black | 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 | 133 | | 51 | | | |
| 325 | Ickiewicz, Joseph John | 9864 Mark Rd., Erie 16509 | 8/27/02 | 2:28:05 PM | M | Caucasian | 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 | 78 | | 51 | | | |
| 163 | Kirkpatrick, Sheri Lynn | 1036 Central Dr, Waterford 16441 | 8/27/02 | 10:20:02 AM | F | Caucasian | 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 | 449 | | 51 | | | |
| 444 | McBride, Lamont Delrese | 1122 E. 28 St., Erie 16504 | 8/29/02 | 9:03:32 AM | M | Black | 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 | 288 | | 51 | | | |
| 426 | McChesney, Reghan N. | 131 4th Ave, Apt. B, Corry 16407 | 8/28/02 | 2:46:21 PM | F | Caucasian | 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 | 98 | | 50 | | | |
| 52 | Munoz, Edwin A. | 3407 Charlotte St., Erie 16508 | 8/27/02 | 9:24:11 AM | M | Hispanic | 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 | 104 | | 50 | | | |
| 211 | Cervik, Scott Dana | 922 E. 37 St., Erie 16504 | 8/27/02 | 10:44:03 AM | M | Caucasian | 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 | 356 | | 48 | | | |
| 38 | Learn, Daniel Kenneth | 536 E. 4 St., Erie 16507 | 8/27/02 | 9:19:06 AM | M | Caucasian | 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 | 126 | | 48 | | | |
| 461 | Ferrington, Mark S. | 1706 1/2 W. 15 St., Erie 16505-5112 | 8/29/02 | 11:55:59 AM | M | 19 | 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 | 350 | | 47 | | | |
| 231 | Hoopsick IV, Michael J. | 64 Vine St., North East 16428 | 8/27/02 | 10:57:44 AM | M | Caucasian | 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 | 372 | | 47 | | | |
| 266 | Klemm III, Frank Louis | 5352 Somerset Dr, Fairview 16415 | 8/27/02 | 11:54:56 AM | M | Caucasian | 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 | 140 | | 47 | | | |
| 206 | Kovacs, Frank Joseph | 2309 W. 32 St., Erie 16506 | 8/27/02 | 10:41:04 AM | M | Caucasian | 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 | 321 | | 46 | | | |
| 41 | Spadacene, Russell Robert | 5149 Henderson Rd, Lot 127 | 8/27/02 | 9:20:01 AM | M | Caucasian | 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 | 55 | | 46 | | | |
| 414 | Jenkins, Rhoda Mosetta | 12551 Old Lake Rd, N. Springfield 16430 | 8/28/02 | 1:03:55 PM | F | | 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 | 63 | | 45 | | | |
| 335 | Robison, Britt Lamont | 4232 Cooper Rd., Erie 16510 | 8/27/02 | 3:17:34 PM | M | Black | 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 | 336 | | 44 | | | |
| 181 | Stratton, Dawn B. | 832 E. 11 St., Erie 16503 | 8/27/02 | 10:28:19 AM | F | | 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 | 207 | | 41 | | | |
| 366 | Miller, Maria Antonella | 17000-304 Berkshire Dr, Meadville 16335 | 8/27/02 | 3:59:32 PM | F | Caucasian | 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 | 116 | | 40 | | | |
| 227 | Gallus, Linda Sue | 710 Perry St., Erie 16503 | 8/27/02 | 10:54:05 AM | F | Caucasian | 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 | 141 | | 38 | | | |
| 445 | Jefferson, Josh Thomas | 9269 Hiebel Rd, Erie 16510 | 8/29/02 | 9:15:01 AM | M | Caucasian | 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 | 399 | | 37 | | | |
| 286 | Lapinsky, Ryan Robert | 201 Baer Dr, #16, Erie 16505 | 8/27/02 | 12:58:02 PM | M | | 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 | | | | | | |

