ERIE POLICE OFFICER ELIGIBILITY LIST
EFFECTIVE 9/1/00 - 8/31/02

| Name | Written Exam | Veterans Point | Total Score | Final Ranking |
|---|---|---|---|---|
| Baney, Gregory Lynn | 135 | 10 | 145 | 1 |
| Houston, Timothy Kirk Sr. | 135 | 10 | 145 | 2 |
| Mancuso, Michael R. | 134 | 10 | 144 | 3 |
| Steffy, Brian Raymond | 129 | 10 | 139 | 4 |
| Onderko, Ryan Michael | 128 | 10 | 138 | 5 |
| Kosko, Bruce Eugene | 127 | 10 | 137 | 6 |
| Strickenberger, Kirk James | 126 | 10 | 136 | 7 |
| Barney, Gregory Alan | 126 | 10 | 136 | 8 |
| Mitchell, Peter Michael | 126 | 10 | 136 | 9 |
| Kemling, Scott Louis | 125 | 10 | 135 | 10 |
| McLellan, James Donald Jr. | 124 | 10 | 134 | 11 |
| Dunkle, Heather Ann | 134 | | 134 | 12 |
| Taylor, Justin Stillman | 123 | 10 | 133 | 13 |
| Shupenko, Matthew James | 133 | | 133 | 14 |
| Marucci, John J. | 133 | | 133 | 15 |
| Martin, Dominic Daniel | 123 | 10 | 133 | 16 |
| Goozdich, William Clark | 132 | | 132 | 17 |
| Belluomini, Nicholas Gabriel | 132 | | 132 | 18 |
| Parks, Steven Neil | 122 | 10 | 132 | 19 |
| Borreli, Thomas Edward | 121 | 10 | 131 | 20 |
| Stadler, Nick James | 131 | | 131 | 21 |
| Reese, Michael Gordon | 131 | | 131 | 22 |
| Velez, Salvador | 121 | 10 | 131 | 23 |
| Russo, Jamie Allan | 131 | | 131 | 24 |
| Romanski, Richard J. | 131 | | 131 | 25 |
| Carlson, Fred Jay | 130 | | 130 | 26 |
| Bowers, Anthony Joseph | 130 | | 130 | 27 |
| Salorino, Thomas Brian | 130 | | 130 | 28 |
| Fillak, Richard Paul | 120 | 10 | 130 | 29 |
| Suchy, Michael David | 129 | | 129 | 30 |
| Bienkowski, Aaron David | 129 | | 129 | 31 |
| Simmons, Stephen Eugene | 129 | | 129 | 32 |
| Brown, Michael Allen | 119 | 10 | 129 | 33 |
| Gawlinski, Peter James | 129 | | 129 | 34 |
| Amory, Gabriel Jason | 118 | 10 | 128 | 35 |
| Becker, James Augustine, Jr. | 128 | | 128 | 36 |
| Clement, Christopher M. | 128 | | 128 | 37 |
| Kuchcinski, Robert Francis | 128 | | 128 | 38 |
| Roofner, Michael John | 118 | 10 | 128 | 39 |
| Hill, Aaron Christian | 127 | | 127 | 40 |
| Baker, Thomas Robert, Jr. | 117 | 10 | 127 | 41 |
| Kinder, Samantha Ann | 117 | 10 | 127 | 42 |
| Malek, Frank Stanley III | 117 | 10 | 127 | 43 |
| Gould, Michael R. | 117 | 10 | 127 | 44 |
| Jaskiewicz, Edwin J. | 117 | 10 | 127 | 45 |
| Velez, Felipe Cotto | 126 | | 126 | 46 |
| Taylor, Mark David | 126 | | 126 | 47 |
| Bardo, David Charles, Jr. | 116 | 10 | 126 | 48 |
| Mead, Leonard Joseph Jr. | 126 | | 126 | 49 |
| Eagley, John Thomas | 126 | | 126 | 50 |
| Dahlstrand, Joseph Charles | 126 | | 126 | 51 |
| Daniel, Kevin Robert | 116 | 10 | 126 | 52 |
| Matlock, Kevin Patrick | 126 | | 126 | 53 |


PLAINTIFF'S DEPOSITION EXHIBIT 19 4-12-04

ERIE-ID 0027

ERIE POLICE OFFICER ELIGIBILITY LIST
EFFECTIVE 9/1/00 - 8/31/02

| Name | Written Exam | Veterans Point | Total Score | Final Ranking |
|---|---|---|---|---|
| Flegal, Carl Lewis | 126 | | 126 | 54 |
| Lenox, Thomas Lawrence | 126 | | 126 | 55 |
| Dougherty, Michael Casey | 125 | | 125 | 56 |
| Heintzel, Jason Edward | 115 | 10 | 125 | 57 |
| Holden, Timothy James | 125 | | 125 | 58 |
| Harman, Andrew John | 125 | | 125 | 59 |
| Wolf, Marie Elizabeth | 125 | | 125 | 60 |
| Vargo, Patrict Ronald | 125 | | 125 | 61 |
| Rater, Jeffry J. | 115 | 10 | 125 | 62 |
| Zacherl, Aaron George | 125 | | 125 | 63 |
| Szelinski, Thomas Raymond, Jr. | 124 | | 124 | 64 |
| McCall, Robert Campbell, III | 124 | | 124 | 65 |
| Stevens, Jerry Christopher | 124 | | 124 | 66 |
| Kress, Raymond Gilbert | 124 | | 124 | 67 |
| Hollenbeck, William Brenan | 124 | | 124 | 68 |
| Bergemann, Matthew Todd | 114 | 10 | 124 | 69 |
| Hughson, Brian Joshua | 114 | 10 | 124 | 70 |
| Powell, Daniel Scott | 124 | | 124 | 71 |
| Cahill, Kelly Thomas | 123 | | 123 | 72 |
| Morell, Jason Robert | 123 | | 123 | 73 |
| Bayle, Jesse David | 123 | | 123 | 74 |
| Manning, Michael Eugene | 123 | | 123 | 75 |
| Bolash, Ryan Andrew | 123 | | 123 | 76 |
| Reed, Timothy D. | 123 | | 123 | 77 |
| Fiscus, Larry Andrew | 123 | | 123 | 78 |
| Russell, Timothy Shanahan | 123 | | 123 | 79 |
| Beuchert, John Edwin | 123 | | 123 | 80 |
| Trickey, Diane Marie | 122 | | 122 | 81 |
| Foltz, Daniel William | 122 | | 122 | 82 |
| Sack, Jacob John | 122 | | 122 | 83 |
| Popovic, Eric R. | 112 | 10 | 122 | 84 |
| Hauber, Christopher John | 122 | | 122 | 85 |
| Gaston, Benjamin Lee | 121 | | 121 | 86 |
| Myers, Nate Joseph | 121 | | 121 | 87 |
| Guerriero, Daniel John | 121 | | 121 | 88 |
| Dalton, John Harold | 121 | | 121 | 89 |
| Dentler, Scott Richard | 121 | | 121 | 90 |
| Bambauer, Anthony G. | 121 | | 121 | 91 |
| Szustak, Paul Matthew | 121 | | 121 | 92 |
| Mazur, Joseph Michael | 120 | | 120 | 93 |
| May, Kristopher John | 120 | | 120 | 94 |
| Simanowski, Michael Stephen | 120 | | 120 | 95 |
| Woodring, Aaron Eugene | 119 | | 119 | 96 |
| Bruno, Brian Eric | 119 | | 119 | 97 |
| Dickens, Ernest Jr. | 109 | 10 | 119 | 98 |
| Merkle, Stephan Harold | 119 | | 119 | 99 |
| Siegler, Mark Alexsious | 119 | | 119 | 100 |
| Acri, Gregory Thomas | 108 | 10 | 118 | 101 |
| Madurski, David Paul | 118 | | 118 | 102 |
| Roberts, Jeremy Arthur | 118 | | 118 | 103 |
| Brady, Steve P. | 118 | | 118 | 104 |
| Ciecierski, Jeffrey Scott | 107 | 10 | 117 | 105 |
| Nichols, William Joseph | 116 | | 116 | 106 |

Case 1:04-cv-00004-SJM    Document 172-3    Filed 11/08/2006    Page 2 of 4

ERIE-ID 0028

ERIE POLICE OFFICER ELIGIBILITY LIST
EFFECTIVE 9/1/00 - 8/31/02

| Name | Written Exam | Veterans Point | Total Score | Final Ranking |
|---|---|---|---|---|
| Rekitt, Kevin Eric | 105 | 10 | 115 | 107 |
| Morgan, Matthew Scott | 115 | | 115 | 108 |
| McDonald, Jon Edward | 115 | | 115 | 109 |
| Sikora, Richard James Jr. | 115 | | 115 | 110 |
| Cabaday, Joseph Thomas | 115 | | 115 | 111 |
| Barber, Ralph Edward | 104 | 10 | 114 | 112 |
| Kuhn, Robert John | 114 | | 114 | 113 |
| Buffalo, Michael James | 103 | 10 | 113 | 114 |
| Fraser, Christopher William | 113 | | 113 | 115 |
| Kufner, Mark William | 113 | | 113 | 116 |
| Wilson, John Burl | 111 | | 111 | 117 |
| Jones, Kevin John | 110 | | 110 | 118 |
| Lariccia, Matthew Urban | 110 | | 110 | 119 |
| Kinter, Matthew Lawrence | 110 | | 110 | 120 |
| Klemm, Frank Louis III | 110 | | 110 | 121 |
| Wierzchowski, David M. | 110 | | 110 | 122 |
| Martucci, Marc Patrick | 109 | | 109 | 123 |
| Frisk, Johnathan E. | 109 | | 109 | 124 |
| Williamson, Todd Christian | 108 | | 108 | 125 |
| Dunbar, Kevin Jon | 108 | | 108 | 126 |
| Lakari, Matthew R. | 108 | | 108 | 127 |
| Sidun, Jeremy Michael | 97 | 10 | 107 | 128 |
| Rictor, Gary Lee Jr. | 107 | | 107 | 129 |
| Sanfilippo, Anthony Joseph | 107 | | 107 | 130 |
| Dougherty, Lawrence Joseph | 106 | | 106 | 131 |
| Needham, John Michael | 96 | 10 | 106 | 132 |
| Zazado, Adam Daniel | 106 | | 106 | 133 |
| Gerarde, Joseph W. Jr. | 96 | 10 | 106 | 134 |
| Horvath, Sean Michael | 106 | | 106 | 135 |
| Parton, Doug Shawn | 105 | | 105 | 136 |
| Bogart, Sean James | 105 | | 105 | 137 |
| Voto, Anthony P. | 95 | 10 | 105 | 138 |
| Smock, Jason John | 105 | | 105 | 139 |
| Harris, Cleo, Jr. | 104 | | 104 | 140 |
| Cunningham, Samuel James | 104 | | 104 | 141 |
| Wheeler, Todd John | 103 | | 103 | 142 |
| Cruz, Luis Adrian | 103 | | 103 | 143 |
| Ruland, David Michael | 103 | | 103 | 144 |
| Jackson, Shannon Dupree | 92 | 10 | 102 | 145 |
| Scutella, Gary Mark | 101 | | 101 | 146 |
| Halstead, Lowell W. Jr. | 91 | 10 | 101 | 147 |
| Mason, Michael Thomas | 101 | | 101 | 148 |
| Higby, Russell Leroy Jr. | 99 | | 99 | 149 |
| Smith, Lawrence Patrick, II | 97 | | 97 | 150 |
| Brown, Nobel Brice | 97 | | 97 | 151 |
| Morgan, Kevin Mark | 96 | | 96 | 152 |
| Marks, Daryl E. | 96 | | 96 | 153 |
| Ludwig, Louis James | 95 | | 95 | 154 |
| Peterson, Brian S. | 95 | | 95 | 155 |
| Black, Travis Michael | 93 | | 93 | 156 |
| Cozzens, Frederick Thomas | 93 | | 93 | 157 |
| Sisson, Raymond Carl Jr. | 91 | | 91 | 158 |
| Boback, Dennis Clark | 91 | | 91 | 159 |

ERIE-ID 0029

ERIE POLICE OFFICER ELIGIBILITY LIST
EFFECTIVE 9/1/00 - 8/31/02

| Name | Written Exam | Veterans Point | Total Score | Final Ranking |
|---|---|---|---|---|
| Tomczak, Ernest Joseph | 89 | | 89 | 160 |
| Bleil, Michael Thomas | 89 | | 89 | 161 |
| Smith, Gregory William | 87 | | 87 | 162 |
| Cuzzola, Jeffrey Paul | 86 | | 86 | 163 |
| Bucarelli, David Mark | 86 | | 86 | 164 |
| Harper, James Edward | 78 | | 78 | 165 |
| Cannavino, Michael Guy | 74 | | 74 | 166 |
| Schell, Bradley Eugene | 64 | | 64 | 167 |

Case 1:04-cv-00004-SJM   Document 172-3   Filed 11/08/2006   Page 4 of 4

I, Daniel G. Tempestini, Chairman of the Erie Civil Service Commission Boards "A" and "B" of the City of Erie, do hereby certify that the above is a true and correct ranking as a result of the written examination for the position of Erie Police Officer. In order to complete the selection process, candidates must successfully complete a background investigation, physical examination (including drug screening), and psychological examination.

This list shall be in force from September 1, 2000 through August 31, 2002.

CERTIFIED ON THIS 21ST DAY OF AUGUST, 2000.

_____
DANIEL G. TEMPESTINI, CHAIRMAN

ERIE-ID 0030