Effective 9/1/98 through 8/31/00

1B

| RANK | NAME | APP. # | FILING DATE | FILING TIME | AGILITY TIME | RACE SEX | WRITTEN EXAM | VET Pts. | Total SCORE | EXAM ID # |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Satyshur, Philip J. | 17 | 5/27/1998 | 8:22am | 88 | CM | 89 | 10 | 99 | 71 |
| 2 | Rounds, Donovan Allen | 19 | 5/27/1998 | 8:24am | 75 | CM | 89 | 10 | 99 | 1 |
| 3 | Libell, Edmund Charles | 92 | 5/28/1998 | 11:57am | 84 | CM | 87 | 10 | 97 | 67 |
| 4 | Rager, Jody Barrett | 74 | 5/27/1998 | 3:08pm | 81 | CM | 85 | 10 | 95 | 55 |
| 5 | Victory, Ryan Matthew | 99 | 5/28/1998 | 2:02pm | 67 | CM | 85 | 10 | 95 | 48 |
| 6 | Marucci, John Julio | 136 | 5/29/1998 | 1:30pm | 70 | CM | 85 | 10 | 95 | 32 |
| 7 | Moralez, Frankie | 51 | 5/27/1998 | 9:59am | 78 | HM | 84 | 10 | 94 | 75 |
| 8 | Smith, Dennis Floyd | 83 | 5/27/1998 | 4:04pm | 89 | CM | 84 | 10 | 94 | 79 |
| 9 | Buffalo, Michael James | 49 | 5/27/1998 | 9:43am | 83 | CM | 82 | 10 | 92 | 50 |
| 10 | Kornetz, Scott Andrew | 101 | 5/28/1998 | 3:03pm | 73 | CM | 92 | n/a | 92 | 69 |
| 11 | Oborski, Dennis Francis | 140 | 5/29/1998 | 2:07pm | 69 | CM | 82 | 10 | 92 | 81 |
| 12 | Stumpo, James Thomas | 68 | 5/27/1998 | 1:56pm | 81 | CM | 81 | 10 | 91 | 85 |
| 13 | Steese, Robert Allen | 69 | 5/27/1998 | 2:07pm | 86 | CM | 91 | 0 | 91 | 54 |
| 14 | Carman, Michael Frank | 95 | 5/28/1998 | 12:54pm | 85 | CM | 81 | 10 | 91 | 12 |
| 15 | Covatto, Thomas Guido | 14 | 5/27/1998 | 8:19am | 76 | CM | 90 | 0 | 90 | 74 |
| 16 | Johnson, Scott Alan | 55 | 5/27/1998 | 11:21am | 77 | CM | 90 | 0 | 90 | 68 |
| 17 | Gustafson, Matthew James | 113 | 5/29/1998 | 9:40am | 69 | CM | 90 | 0 | 90 | 34 |
| 18 | Lorah, Rick Earl | 28 | 5/27/1998 | 8:33am | 87 | CM | 89 | 0 | 89 | 23 |
| 19 | DeCecco, Christopher Dale | 70 | 5/27/1998 | 2:30pm | 90 | CM | 89 | 0 | 89 | 15 |
| 20 | Ponce, Carol Lynn | 2 | 5/27/1998 | 8:08am | 87 | CF | 88 | 0 | 88 | 10 |
| 21 | Ferraro, Joshua Keith | 87 | 5/28/1998 | 10:39am | 75 | CM | 88 | 0 | 88 | 11 |
| 22 | Gatti, Adam Eugene | 3 | 5/27/1998 | 8:08am | 79 | CM | 87 | 0 | 87 | 29 |
| 23 | Chludzinski, Phillip Raymond | 18 | 5/27/1998 | 8:23am | 90 | CM | 77 | 10 | 87 | 19 |
| 24 | Conway, Michael Patrick | 35 | 5/27/1998 | 8:4am | 85 | CM | 77 | 10 | 87 | 80 |
| 25 | Bellotti, Marc Anthony | 43 | 5/27/1998 | 9:10am | 73 | CM | 87 | 0 | 87 | 41 |
| 26 | Graves, Damyan Lydel | 111 | 5/29/1998 | 9:14am | 90 | CM | 87 | 0 | 87 | 44 |
| 27 | Nelson, Marc Alan | 117 | 5/29/1998 | 10:19am | 76 | CM | 87 | 0 | 87 | 73 |
| 28 | Dunmire, Thomas Michael, Jr | 161 | 6/2/1998 | 8:57am | 85 | CM | 77 | 10 | 87 | 31 |
| 29 | Diegelman, John Paul | 152 | 5/29/1998 | 3:36pm | 71 | CM | 76 | 10 | 86 | 14 |
| 30 | Stoker, Craig William | 27 | 5/27/1998 | 8:32am | 89 | CM | 85 | 0 | 85 | 59 |
| 31 | Weismiller, Jason Michael | 38 | 5/27/1998 | 8:43am | 74 | CM | 85 | 0 | 85 | 46 |
| 32 | Bastow, Benjamin John | 72 | 5/27/1998 | 2:55pm | 70 | CM | 85 | 0 | 85 | 65 |
| 33 | Roberts, Warren W., III | 13 | 5/27/1998 | 8:18am | 76 | CM | 74 | 10 | 84 | 56 |
| 34 | Hawes, Eric Allen | 15 | 5/27/1998 | 8:20am | 78 | HM | 84 | 0 | 84 | 51 |
| 35 | Wilbur, Matthew James | 31 | 5/27/1998 | 8:36am | 80 | CM | 74 | 10 | 84 | 61 |
| 36 | Smith, Royce Alan | 44 | 5/27/1998 | 9:16am | 72 | CM | 74 | 10 | 84 | 52 |
| 37 | Fries, Kevin Christopher | 78 | 5/27/1998 | 4:00pm | 87 | CM | 84 | 0 | 84 | 30 |
| 38 | Lechner, Bryan Charles | 4 | 5/27/1998 | 8:09am | 75 | CM | 83 | 0 | 83 | 17 |
| 39 | Raszkowski, Roberta Marie | 6 | 5/27/1998 | 8:11am | 87 | CF | 83 | 0 | 83 | 3 |
| 40 | Ahearn, Sean Patrick | 32 | 5/27/1998 | 8:37am | 81 | CM | 83 | 0 | 83 | 33 |
| 41 | Nowlin, Eriq Claude | 46 | 5/27/1998 | 9:17am | 90 | BM | 73 | 10 | 83 | 82 |
| 42 | Rafferty, Kevin Patrick | 98 | 5/27/1998 | 2:49pm | 69 | CM | 73 | 10 | 83 | 84 |
| 43 | Hertel, Michael Richard | 93 | 5/28/1998 | 12:28pm | 87 | CM | 83 | 0 | 83 | 38 |


PLAINTIFF'S DEPOSITION EXHIBIT
16  CA NO. 04-4 Erie
4-12-04

ERIE-ID 0025

| RANK | NAME | APP. # | FILING DATE | FILING TIME | AGILITY TIME | RACE SEX | WRITTEN EXAM | VET Pts. | Total SCORE | EXAM ID # |
|---|---|---|---|---|---|---|---|---|---|---|
| 14 | Fuhrman, Charles R. | 149 | 5/29/1998 | 3:18pm | 81 | CM | 83 | 0 | 83 | 39 |
| 45 | VanFleet, Thomas J., Jr. | 130 | 5/29/1998 | 1:05pm | 71 | CM | 82 | 0 | 82 | 47 |
| 46 | Burrows, Michael Paul | 126 | 5/28/1998 | 12:45pm | 75 | CM | 81 | 0 | 81 | 22 |
| 47 | Bielak, James David, Jr. | 119 | 5/29/1998 | 11:51am | 79 | CM | 81 | 0 | 81 | 72 |
| 48 | Bizzaro, Paul A., Jr. | 54 | 5/27/1998 | 11:03am | 75 | CM | 80 | 0 | 80 | 18 |
| 49 | Sornberger, Donald Allen, Jr. | 84 | 5/28/1998 | 9:04am | 71 | CM | 70 | 10 | 80 | 53 |
| 50 | DiGilarmo, Adam Christy | 7 | 5/27/1998 | 8:12am | 90 | CM | 79 | 0 | 79 | 40 |
| 51 | Deluca, Steven Richard | 62 | 5/27/1998 | 12:54pm | 73 | CM | 79 | 0 | 79 | 27 |
| 52 | Janus, Christopher Michael | 71 | 5/27/1998 | 2:34pm | 79 | CM | 79 | 0 | 79 | 76 |
| 53 | Czarnecki, Brian Ronald | 51 | 5/27/1998 | 10:48am | 74 | CM | 79 | 0 | 79 | 25 |
| 54 | Rowland, Brian Louis | 147 | 5/29/1998 | 3:16pm | 69 | CM | 79 | 0 | 79 | 58 |
| 55 | Goozdich, William Clark | 21 | 5/27/1998 | 8:26am | 73 | CM | 77 | 0 | 77 | 57 |
| 56 | Baker, Scott William | 53 | 5/27/1998 | 10:55am | 88 | CM | 77 | 0 | 77 | 64 |
| 57 | Cote, Sylvain | 141 | 5/29/1998 | 1:20pm | --- | CM | 77 | 0 | 77 | 26 |
| 58 | Brown, Jeffery Robert | 24 | 5/27/1998 | 8:29am | 89 | CM | 76 | 0 | 76 | 20 |
| 59 | Velez-Cotto, Felipe | 110 | 5/29/1998 | 9:12am | 81 | HM | 76 | 0 | 76 | 6 |
| 60 | Tomczak, Ernest Joseph | 8 | 5/27/1998 | 8:13am | 87 | CM | 75 | 0 | 75 | 2 |
| 61 | Luschini, Jason T. | 144 | 5/29/1998 | 2:53pm | 79 | CM | 75 | 0 | 75 | 24 |
| 62 | Hill, Aaron Christian | 16 | 5/27/1998 | 8:21am | 81 | CM | 74 | 0 | 74 | 37 |
| 63 | Vargo, Pat R. | 65 | 5/27/1998 | 1:35pm | 80 | CM | 74 | 0 | 74 | 63 |
| 64 | Rill, Timothy Theron, Jr. | 131 | 5/29/1998 | 1:06pm | 72 | CM | 74 | 0 | 74 | 4 |
| 65 | Savoia, Dominic Mark | 9 | 5/27/1998 | 8:14am | 70 | CM | 73 | 0 | 73 | 9 |
| 66 | Gaston, Benjamin Lee | 12 | 5/27/1998 | 8:17am | 68 | CM | 73 | 0 | 73 | 49 |
| 67 | Sack, Jacob J. | 25 | 5/27/1998 | 8:30am | 73 | CM | 73 | 0 | 73 | 45 |
| 68 | May, Kristopher John | 59 | 5/27/1998 | 12:16pm | 87 | CM | 73 | 0 | 73 | 77 |
| 69 | McIntosh, Gregory A. | 73 | 5/27/1998 | 2:56pm | 85 | CM | 63 | 10 | 73 | 83 |
| 70 | Kudlak, Michael E. | 26 | 5/27/1998 | 8:30am | 87 | CM | 72 | 0 | 72 | 16 |
| 71 | Garczynski, Michael Richard | 127 | 5/29/1998 | 1:00pm | 86 | CM | 70 | 0 | 70 | 43 |
| 72 | Piotrowski, David Eugene | 22 | 5/27/1998 | 8:27am | 79 | CM | 69 | n/a | 69 | 8 |
| 73 | Kremenik, Robert Eugene, Jr | 82 | 5/27/1998 | 4:03pm | 68 | CM | 69 | 0 | 69 | 42 |
| 74 | Kendrick, Shawn Patrick | 128 | 5/29/1998 | 11:00am | 83 | BM | 68 | 0 | 68 | 5 |
| 75 | Miller, Benjamin William | 37 | 5/27/1998 | 8:42am | 64 | CM | 67 | 0 | 67 | 21 |
| 76 | Mitchell, Peter Michael | 60 | 5/27/1998 | 12:20pm | 73 | CM | 67 | 0 | 67 | 70 |
| 77 | Coast, Ray Edward | 129 | 5/29/1998 | 1:04pm | 70 | CM | 65 | 0 | 65 | 13 |
| 78 | Pallotto, Kari Ann | 10 | 5/27/1998 | 8:15am | 87 | CF | 64 | 0 | 64 | 86 |
| 79 | Ernst, Philip Jay | 39 | 5/27/1998 | 8:50am | 72 | CM | 64 | n/a | 64 | 36 |
| 80 | Crisman, James David | 123 | 5/29/1998 | 12:14pm | 67 | CM | 64 | n/a | 64 | 66 |
| 81 | Hayes, Sean Collins | 153 | 5/29/1998 | 3:38pm | 67 | CM | 63 | 0 | 63 | 28 |
| 82 | Nichols, William Joseph | 20 | 5/27/1998 | 8:25am | 76 | CM | 57 | 0 | 57 | 7 |
| 83 | Wierzchowski,. David Michael | 120 | 5/29/1998 | 11:58am | 79 | CM | 57 | 0 | 57 | 62 |
| 84 | Zimmer, David Todd | 155 | 5/29/1998 | 4:21pm | 87 | CM | 57 | 0 | 57 | 35 |
| 85 | Smock, Jason, John | 124 | 5/29/1998 | 12:23pm | 75 | CM | 54 | 0 | 54 | 78 |
| 86 | Quinones, Pedro | 103 | 5/27/1998 | 3:45pm | 87 | HM | 52 | 0 | 52 | 60 |

ERIE-ID 0026