ERIE POLICE ELIGIBILITY LIST 1996

| # | NAME | ETH | AGILITY | DATE | TIME | SCO | VP | RAN | M/I |
|---|------|-----|---------|------|------|-----|-----|-----|-----|
| 1 | PARRY, PATRICK E. | | 152 PASSED | 5/29/96 | 11:11 AM | 83 | 10 | 93 | |
| 2 | POPOVIC, JOHN R. | | 116 PASSED | 5/29/96 | 11:14 AM | 83 | 10 | 93 | |
| 3 | CHODUBSKI, MICHAEL J. | | 54 PASSED | 5/29/96 | 3:24 PM | 83 | 10 | 93 | |
| 4 | KORNETZ, SCOTT A. | | 137 PASSED | 5/31/96 | 3:32 PM | 83 | 10 | 93 | |
| 5 | FERRICK, TIMOTHY P. | | 71 PASSED | 5/29/96 | 9:39 AM | | | 92 | |
| 6 | WINSLOW, DENNIS A. | | 218 PASSED | 5/30/96 | 2:51 PM | 82 | 10 | 92 | |
| 7 | DILORETTO, Jr., GREGORY | | 52 PASSED | 5/30/96 | 9:00 AM | 81 | 10 | 91 | |
| 8 | JEZOWICZ, PAUL A. | | 108 PASSED | 5/29/96 | 10:12 AM | 81 | 10 | 91 | |
| 9 | HOLMES, Jr., JOHN B. | | 99 PASSED | 5/29/96 | 10:48 AM | 81 | 10 | 91 | |
| 10 | MARUCCI, III, WILLIAM J. | | 23 PASSED | 5/29/96 | 9:13 AM | 80 | 10 | 90 | |
| 11 | PETSCH, CHRISTOPHER J. | | 178 PASSED | 5/29/96 | 9:31 AM | 80 | 10? | 90 | |
| 12 | SWOGER, DEAN L. | | 198 PASSED | 5/31/96 | 11:58 AM | 80 | 10 | 90 | |
| 13 | RIDGEWAY, DAVID A. | | 159 PASSED | 5/30/96 | 9:05 AM | | | 89 | |
| 14 | KENSILL, KENNETH K. | | 115 PASSED | 5/29/96 | 2:51 PM | 79 | 10 | 89 | |
| 15 | LAWRENCE, CHRISTOPHER G. | | 110 PASSED | 5/29/96 | 9:16 AM | 78 | 10 | 88 | |
| 16 | KONOPKA, MATTHEW A. | | 111 PASSED | 5/29/96 | 11:53 AM | 78 | 10 | 88 | |
| 17 | LIBELL, EDMUND | | 5 PASSED | 5/30/96 | 1:00 PM | 78 | 10 | 88 | |
| 18 | TACCONE, GARY R. | | 224 PASSED | 5/29/96 | 9:24 AM | 77 | 10 | 87 | |
| 19 | REYNOLDS, CHRISTIAN J. | | 192 PASSED | 5/29/96 | 9:36 AM | 77 | 10? | 87 | |
| 20 | ROGERS, GLENN A. | | 2 PASSED | 5/29/96 | 9:37 AM | | | 87 | |
| 21 | SENNETT, MARK J. | | 151 PASSED | 5/29/96 | 10:31 AM | | | 87 | |
| 22 | BRINK, III, CHARLES M. | | 42 PASSED | 5/29/96 | 11:25 AM | | | 87 | |

WHITE    MALES ( )    FEMALES ( )         BLACK    MALES ( )    FEMALES ( )         OTHERS    MALES ( )

PLAINTIFF'S DEPOSITION EXHIBIT 13    4-12-04 FEH
ERIE-ID 0018
RECEIVED AUG 1 6 1996

ERIE POLICE ELIGIBILITY LIST 1996

| | NAME | ETH | AGILITY | DATE | TIME | SCO | VP | RAN | M/I |
|---|---|---|---|---|---|---|---|---|---|
| 23 | PURCHASE, GREGORY J. | | 41 PASSED | 5/29/96 | 12:49 PM | | | 87 | |
| 24 | DiBELLO, JON J. | | 55 PASSED | 5/29/96 | 3:34 PM | 77 | 10 | 87 | |
| 25 | WALKER, DAVID P. | | 191 PASSED | 5/29/96 | 9:21 AM | 76 | 10 | 86 | |
| 26 | QUIRK, JAMES P. | | 172 PASSED | 5/29/96 | 9:00 AM | | | 85 | |
| 27 | LETKIEWICZ, JACOB | | 123 PASSED | 5/29/96 | 9:26 AM | 75 | 10 | 85 | |
| 28 | BIGLEY, GERALD T. | | 18 PASSED | 5/29/96 | 9:38 AM | 75 | 10? | 85 | |
| 29 | WIERBINSKI, ROBERT G. | | 158 PASSED | 5/29/96 | 10:49 AM | 75 | 10 | 85 | |
| 30 | TRIANA, JASON W. | | 209 PASSED | 5/29/96 | 10:57 AM | 75 | 10 | 85 | |
| 31 | TROTT, MICHAEL A. | | 223 PASSED | 5/29/96 | 11:24 AM | | | 85 | |
| 32 | WOLF, MICHAEL A. | | 228 PASSED | 5/29/96 | 11:43 AM | | | 85 | |
| 33 | JOHNSON, TOBY | | 103 PASSED | 5/29/96 | 2:13 PM | 75 | 10 | 85 | |
| 34 | FILUTZE, GEOFFREY M. | | 56 PASSED | 5/29/96 | 3:35 PM | 75 | 10 | 85 | |
| 35 | HANLIN, DENNIS M. | | 66 PASSED | 5/29/96 | 9:02 AM | 74 | 10 | 84 | |
| 36 | ACRI, GREGORY T. | | 21 PASSED | 5/29/96 | 9:11 AM | 71 | 10 | 84 | |
| 37 | PERSEO, SEAN E. | | 170 PASSED | 5/31/96 | 9:32 AM | 74 | 10 | 84 | |
| 38 | MORRIS, DANIEL J. | | 156 PASSED | 5/29/96 | 10:50 AM | | | 84 | |
| 39 | RAGER, JODY B. | | 171 PASSED | 5/30/96 | 1:24 PM | 74 | 10 | 84 | |
| 40 | THOMPSON, CHRISTOPHER M. | | 226 PASSED | 5/29/96 | 4:01 PM | | | 84 | M/I |
| 41 | PONCE, CAROL L. | WF | 183 PASSED | 5/29/96 | 9:23 AM | | | 83 | |
| 42 | BELLOTTI, MARC A. | | 43 PASSED | 5/29/96 | 10:13 AM | | | 83 | |
| 43 | RENFRO, DOUGLAS S. | | 161 PASSED | 5/29/96 | 10:52 AM | 73 | 10 | 83 | |
| 44 | DEMNISKY, JON-DENNIS | | 78 PASSED | 5/31/96 | 3:21 PM | | | 83 | |
| 45 | MARTON, LINDA M. | WF | 140 PASSED | 5/30/96 | 9:03 AM | | | 82 | |

WHITE    MALES ( )    FEMALES ( )        BLACK    MALES ( )    FEMALES ( )        OTHERS    MALES ( )

ERIE-ID 0019

ERIE POLICE ELIGIBILITY LIST 1996

|  | NAME | ETH | AGILITY | DATE | TIME | SCO | VP | RAN | M/I |
|---|---|---|---|---|---|---|---|---|---|
| 46 | POWELL, DANIEL S. |  | 43 PASSED | 5/29/96 | 9:49 AM |  |  | 82 |  |
| 47 | OBORSKI, DENNIS F. |  | 129 PASSED | 5/29/96 | 10:19 AM | 72 | 10 | 82 |  |
| 48 | HAMMER, SCOTT P. |  | 92 PASSED | 5/29/96 | 11:18 AM |  |  | 82 |  |
| 49 | STEESE, ROBERT A. |  | 196 PASSED | 5/30/96 | 11:31 AM |  |  | 82 |  |
| 50 | KEMLING, SCOTT L. |  | 121 PASSED | 5/29/96 | 10:21 AM |  |  | 81 |  |
| 51 | COTE, SYLVAIN |  | 50 PASSED | 5/29/96 | 11:51 AM |  |  | 81 |  |
| 52 | MARTIN, JEFFREY P. |  | 142 PASSED | 5/31/96 | 2:03 PM |  |  | 81 |  |
| 53 | CAHILL, KELLY T. |  | 48 PASSED | 5/29/96 | 9:09 AM |  |  | 80 |  |
| 54 | BROWN, GARY P. |  | 9 PASSED | 5/29/96 | 10:14 AM | 70 | 10 | 80 |  |
| 55 | KUFNER, MARK W. |  | 96 PASSED | 5/29/96 | 10:25 AM |  |  | 80 |  |
| 56 | CALKINS, KEVIN G. |  | 49 PASSED | 5/29/96 | 10:46 AM |  |  | 80 |  |
| 57 | BILUNKA, STEPHEN K. |  | 44 PASSED | 5/30/96 | 12:39 PM |  |  | 80 |  |
| 58 | FITZGERALD, PATRICK M. |  | 77 PASSED | 5/29/96 | 10:00 AM |  |  | 79 |  |
| 59 | SONNEBORN, SCOTT C. T. |  | 193 PASSED | 5/29/96 | 10:44 AM |  |  | 79 |  |
| 60 | FIORELLI, BRIAN A. |  | 80 PASSED | 5/29/96 | 10:45 AM |  |  | 79 |  |
| 61 | ZEWATSKY, STEPHEN T. |  | 213 PASSED | 5/29/96 | 11:17 AM |  |  | 79 |  |
| 62 | PECK, IV, WILLIAM H. |  | 168 PASSED | 5/29/96 | 11:29 AM |  |  | 79 |  |
| 63 | PETERSON, DAVID A. |  | 29 PASSED | 5/29/96 | 11:36 AM |  |  | 79 |  |
| 64 | HILFIKER, DANIEL W. |  | 83 PASSED | 5/30/96 | 12:44 PM |  |  | 79 |  |
| 65 | CONSTABLE, JAMES D. |  | 46 PASSED | 5/29/96 | 2:09 PM |  |  | 79 |  |
| 66 | BELTON, JASON M. |  | 17 PASSED | 5/31/96 | 3:52 PM |  |  | 79 |  |
| 67 | BIZZARRO, PAUL A. |  | 3 PASSED | 5/29/96 | 10:36 AM |  |  | 78 |  |
| 68 | MAHONEY, SCOTT J. |  | 12 PASSED | 5/29/96 | 11:42 AM |  |  | 78 |  |

WHITE    MALES ( )    FEMALES ( )        BLACK   MALES ( )   FEMALES ( )        OTHERS    MALES ( )

ERIE-ID 0020

ERIE POLICE ELIGIBILITY LIST 1996

|    | NAME | ETH | AGILITY | DATE | TIME | SCO | VP | RAN | M/I |
|----|------|-----|---------|------|------|-----|----|----|-----|
| 69 | OLDACH, JOHN T. |    | 145 PASSED | 5/29/96 | 12:57 PM |    |    | 78 |    |
| 70 | GUSTAFSON, MATTHEW J. |    | 98 PASSED | 5/29/96 | 2:50 PM |    |    | 78 |    |
| 71 | WEINDORF, PATRICK L. |    | 14 PASSED | 5/31/96 | 9:18 AM |    |    | 77 |    |
| 72 | REESE, KENT A. |    | 160 PASSED | 5/31/96 | 10:05 AM |    |    | 77 |    |
| 73 | SURKALA, NICHOLAS J. |    | 197 PASSED | 5/29/96 | 10:08 AM |    |    | 77 |    |
| 74 | SIMKO, JOHN R. |    | 195 PASSED | 5/29/96 | 10:18 AM |    |    | 77 |    |
| 75 | FERRARO, JOHN J. |    | 15 PASSED | 5/29/96 | 10:27 AM |    |    | 77 |    |
| 76 | COPE, CHRISTOPHER J. |    | 24 PASSED | 5/29/96 | 1:35 PM |    |    | 77 |    |
| 77 | BERARDUCCI, MATTHEW V. |    | 25 PASSED | 5/29/96 | 3:46 PM |    |    | 77 |    |
| 78 | RINDERLE, TIMOTHY J. |    | 154 PASSED | 5/31/96 | 9:47 AM |    |    | 76 |    |
| 79 | MERKLE, STEPHAN H. |    | 132 PASSED | 5/29/96 | 10:37 AM |    |    | 76 |    |
| 80 | DELUCA, STEVEN R. |    | 63 PASSED | 5/30/96 | 2:30 PM |    |    | 76 |    |
| 81 | GOOZDICH, STEVEN W. |    | 95 PASSED | 5/31/96 | 9:11 AM |    |    | 75 |    |
| 82 | FUHRER, BRAD S. |    | 91 PASSED | 5/29/96 | 10:55 AM |    |    | 74 |    |
| 83 | BARNEY, GREGORY A. | AM | 11 PASSED | 5/31/96 | 12:59 PM |    |    | 74 |    |
| 84 | BUCKO, ROBERT J. |    | 37 PASSED | 5/29/96 | 1:45 PM |    |    | 74 |    |
| 85 | WAGNER, JASON E. |    | 208 PASSED | 5/29/96 | 3:31 PM |    |    | 74 |    |
| 86 | BOJARSKI, THOMAS M. |    | 19 PASSED | 5/29/96 | 4:03 PM |    |    | 74 | M/I |
| 87 | MATLOCK, KEVIN P. |    | 147 PASSED | 5/29/96 | 9:53 AM |    |    | 73 |    |
| 88 | SENZ, CRAIG D. |    | 155 PASSED | 5/29/96 | 3:00 PM |    |    | 73 |    |
| 89 | EMERICK, RICKY L. |    | 85 PASSED | 5/29/96 | 9:43 AM |    |    | 72 |    |
| 90 | RIAL, JAMES B. |    | 162 PASSED | 5/29/96 | 10:53 AM |    |    | 72 |    |

WHITE    MALES ( )    FEMALES ( )        BLACK    MALES ( )    FEMALES ( )        OTHERS    MALES ( )

ERIE-ID 0021

ERIE POLICE ELIGIBILITY LIST 1996

| | NAME | ETH | AGILITY | DATE | TIME | SCO | VP | RAN | M/I |
|---|---|---|---|---|---|---|---|---|---|
| 91 | NICHOLS, WILLIAM J. | | 148 PASSED | 5/29/96 | 11:41 AM | | | 72 | |
| 92 | DIMPERIO, CRAIG E. | | 76 PASSED | 5/30/96 | 2:16 PM | | | 72 | |
| 93 | BROWN, GARRETT J. | | 216 PASSED | 5/31/96 | 11:24 AM | | | 71 | |
| 94 | SCNECKLER, WILLIAM R. | | 167 PASSED | 5/30/96 | 12:41 PM | | | 71 | |
| 95 | STOCKTON, MICHAEL R. | | 189 PASSED | 5/31/96 | 12:53 PM | | | 71 | |
| 96 | BURNS, KEITH A. | | 47 PASSED | 5/29/96 | 3:40 PM | | | 71 | |
| 97 | DiBELLO, MARK, D. | | 84 PASSED | 5/29/96 | 9:35 AM | | | 70 | |
| 98 | FRITZ, MARK, E. | | 86 PASSED | 5/29/96 | 9:55 AM | | | 70 | |
| 99 | VELEZ-COTTO, FELIPE | HM | 227 PASSED | 5/31/96 | 11:38 AM | | | 70 | |
| 100 | WIECZOREK, JEROME J. | | 222 PASSED | 5/29/96 | 9:34 AM | | | 69 | |
| 101 | DIXON, Sr., STEPHEN L. | AM | 70 PASSED | 5/29/96 | 9:41 AM | | | 69 | |
| 102 | TRENGA, VINCENT S. | | 215 PASSED | 5/30/96 | 11:55 AM | | | 69 | |
| 103 | YOUNGDAHL, PATRICK L. | | 204 PASSED | 5/29/96 | 9:19 AM | | | 65 | |
| 104 | BIHLER, BRIAN T. | | 16 PASSED | 5/29/96 | 10:33 AM | | | 65 | |
| 105 | TAYLOR, ROBERT M. | | 229 PASSED | 5/29/96 | 11:00 AM | | | 65 | |
| 106 | SKRZYPCZAK, DANIEL A. | | 201 PASSED | 5/30/96 | 12:15 PM | | | 65 | |
| 107 | MUROSKI, JOHN R. | | 144 PASSED | 5/30/96 | 1:08 PM | | | 65 | |
| 108 | CANNAVINO, MICHAEL G. | | 61 PASSED | 5/29/96 | 9:46 AM | | | 64 | |
| 109 | MACHINSKI, MICHAEL T. | | 112 PASSED | 5/29/96 | 9:10 AM | | | 63 | |
| 110 | HASTINGS, SCOTT A. | | 90 PASSED | 5/29/96 | 10:51 AM | | | 63 | |
| 111 | PICKENS, CARNELL L. | AM | 187 PASSED | 5/30/96 | 3:29 PM | | | 63 | |
| 112 | WILLIAMS, BRYAN B. | | 212 PASSED | 5/31/96 | 11:23 AM | | | 61 | |
| 113 | PETERSON, BRIAN S. | | 166 PASSED | 5/31/96 | 11:45 AM | | | 57 | |

WHITE   MALES ( )   FEMALES ( )        BLACK   MALES ( )   FEMALES ( )        OTHERS   MALES ( )

ERIE-ID 0022

ERIE POLICE ELIGIBILITY LIST 1996

|     | NAME              | ETH | AGILITY     | DATE    | TIME     | SCO | VP | RAN | M/I |
|-----|-------------------|-----|-------------|---------|----------|-----|----|-----|-----|
| 114 | PICKENS, ROBERT   | AM  | 153 PASSED  | 5/29/96 | 9:41 AM  |     |    | 54  |     |
| 115 | MONONO, MONDOA    | AM  | 69 PASSED   | 5/30/96 | 11:07 AM |     |    | 54  |     |
| 116 | VELEZ, WILFREDO   | HM  | 150 PASSED  | 5/29/96 | 3:25 PM  |     |    | 54  |     |
| 117 | PHILLIPS, SHELDON S. | AM | 169 PASSED | 5/29/96 | 10:58 AM |     |    | 45  |     |

WHITE    MALES ( )    FEMALES ( )        BLACK    MALES ( )    FEMALES ( )        OTHERS    MALES ( )