## ERIE CIVIL SERVICE COMMISSION

Commission Members

Daniel G. Tempestini, Chairman
Marcia Haller, Esq.
John Drew
Genevieve M. Putnam, Secretary

### SUMMARY OF 1998 POLICE CANDIDATES

| | | |
|---|---|---|
| 106 Caucasian Males; | 76 passed agility; | 70 passed written |
| 21 Caucasian Females; | 3 passed agility; | 2 passed written |
| 5 Black Males; | 3 passed agility; | 3 passed written |
| 4 Hispanic Males; | 4 passed agility; | 3 passed written |
| 136 participants | 86 passed agility | 78 passed written |



PLAINTIFF'S EXHIBIT
47-4 Erie
6/08/04

ERIE-ID 0004