| Name | Filing Date | Filing Received | Sex | Race | Physical Ability Exam 6/3/00 &/or 6/24/00 | Social Security # | Written Exam Score | Veterans Point | Total Score |
|---|---|---|---|---|---|---|---|---|---|
| Abreu, Brenda Liz | 5/23/00 | 8:29am | F | Hispanic | Failed | | | | |
| Acri, Gregory Thomas | 5/23/00 | 7:49am | M | Caucasian | Passed 74 sec. | 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 | 108 | | 108 |
| Allen, Brian Edward | 5/24/00 | 4:11pm | M | Caucasian | Failed | | | | |
| Amory, Gabriel Jason | 5/23/00 | 7:51am | M | Caucasian | Passed 77 sec. | 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 | 118 | 10 | 128 |
| Angelo, Stacy Lee | 5/23/00 | 8:17am | F | Caucasian | Failed | | | | |
| Aulenbacher, Joseph Scott | 5/23/00 | 8:50am | M | Caucasian | No show | | | | |
| Bablek, James Anthony | 5/23/00 | 9:42am | M | | No show | | | | |
| Baker, Krista B. | 5/23/00 | 12:20pm | F | Caucasian | No show | | | | |
| Baker, Thomas Robert, Jr. | 5/23/00 | 8:34am | M | Caucasian | Passed 6/3/00 - 75 sec. | 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 | 117 | 10 | 127 |
| Bambauer, Anthony G. | 5/23/00 | 4:08pm | M | Caucasian | Passed 90 sec. | 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 | 121 | | 121 |
| Baney, Gregory Lynn | 5/23/00 | 7:50am | M | Caucasian | Passed 85 sec. | 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 | 135 | | 135 |
| Barber, Ralph Edward | 5/23/00 | 8:42am | M | Caucasian | Passed 79 sec. | 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 | 104 | 10 | 114 |
| Bardo, David Charles, Jr. | 5/23/00 | 8:20am | M | Caucasian | Passed 6/3/00 - 77 sec. | 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 | 116 | 10 | 126 |
| Barney, Gregory Alan | 5/23/00 | 2:30pm | M | Black | Passed 75 sec. | 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 | 126 | 10 | 136 |
| Barnhart, Joseph Darrell | 5/23/00 | 8:00am | M | Caucasian | Failed | | | | |
| Bayle, Jesse David | 5/23/00 | 8:26am | M | Caucasian | Passed 71 sec. | 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 | 123 | | 123 |
| Becker, James Augustine, Jr. | 5/23/00 | 7:57am | M | Caucasian | Passed 87 sec. | 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 | 128 | | 128 |
| Belluomini, Nicholas Gabriel | 5/23/00 | 8:58am | M | Caucasian | Passed 75 sec. | 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 | 132 | | 132 |
| Bergemann, Matthew Todd | 5/23/00 | 8:25am | M | Caucasian | Passed 68 sec. | 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 | 114 | 10 | 124 |
| Beuchert, John Edwin | 5/26/00 | 2:15pm | M | Caucasian | Passed 80 sec. | 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 | 123 | | 123 |
| Bielak, Christopher Allen | 5/26/00 | 4:03pm | M | Caucasian | Failed | | | | |
| Bienkowski, Aaron David | 5/23/00 | 7:53am | M | Caucasian | Passed 74 sec. | 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 | 129 | | 129 |
| Biondi, David Marc | 5/23/00 | 8:27am | M | Caucasian | Passed on retest 82 sec. (92 first test) | | No Show | | |
| Bithell, Cory F. | 5/23/00 | 9:19am | M | Caucasian | No show | | | | |
| Black, Travis Michael | 5/23/00 | 9:37am | M | Caucasian | Passed 75 sec. | 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 | 93 | | 93 |
| Blanchard, Robert S. | 5/23/00 | 3:34pm | M | Caucasian | Failed | | | | |
| Bleil, Michael Thomas | 5/23/00 | 8:48am | M | Caucasian | Passed 6/3/00 - 79 sec. | 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 | 89 | | 89 |
| Blymiller, Craig Thomas | 5/25/00 | 4:10pm | M | Caucasian | No show | | | | |
| Boback, Dennis Clark | 5/24/00 | 4:07pm | M | Caucasian | Passed 72 sec. | 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 | 91 | | 91 |
| Boerst, Dale Robert | 5/23/00 | 10:16am | M | Caucasian | No show | | | | |
| Boerst, Shane Adam | 5/24/00 | 4:04pm | M | Caucasian | No show | | | | |
| Bogart, Sean James | 5/23/00 | 4:11pm | M | Caucasian | Passed 77 sec. | 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 | 105 | | 105 |
| Bolash, Ryan Andrew | 5/23/00 | 9:11am | M | Caucasian | Passed 74 sec. | 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 | 123 | | 123 |

Exhibit 19

1



PLAINTIFF'S DEPOSITION EXHIBIT 22 C.A. No. 04 Erie 4-12-04 JSH

PRI 0203

Case 1:04-cv-00004-SJM    Document 172-7    Filed 11/08/2006    Page 2 of 10

| Name | Filing Date | Filing Received | Sex | Race | Physical Ability Exam 6/3/00 &/or 6/24/00 | Social Security # | Written Exam Score | Veterans Point | Total Score |
|---|---|---|---|---|---|---|---|---|---|
| Borreli, Thomas Edward | 5/23/00 | 7:55am | M | Hispanic | Passed 88 sec. | 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 | 121 | 10 | 131 |
| Bowers, Anthony Joseph | 5/23/00 | 8:10am | M | Caucasian | Passed 6/3/00 - 72 sec. | 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 | 130 | | 130 |
| Braden, Jeffrey Scott | 5/23/00 | 9:23am | M | Caucasian | Failed | | | | |
| Brady, Steve P. | 5/26/00 | 12:28pm | M | Caucasian | Passed 70 sec. | 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 | 118 | | 118 |
| Braymiller, Norman Eugene | 5/25/00 | 2:29pm | M | Caucasian | No show | | | | |
| Breu, Joseph James | 5/25/00 | 4:19pm | M | Caucasian | Failed | | | | |
| Brochey, Ronald Dean, Jr. | 5/23/00 | 8:21am | M | Caucasian | Failed | | | | |
| Brown, David Clayton | 5/23/00 | 8:57am | M | Caucasian | Failed | | | | |
| Brown, Michael Allen | 5/23/00 | 1:19pm | M | Caucasian | Passed 76 sec. | 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 | 119 | 10 | 129 |
| Brown, Nobel Brice | 5/23/00 | 8:18am | M | Caucasian | Passed 79 sec. | 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 | 97 | | 97 |
| Bruno, Brian Eric | 5/23/00 | 8:27am | M | Caucasian | Passed 90 sec. | 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 | 119 | | 119 |
| Bruno, Francis S. III | 5/23/00 | 2:14pm | M | | No show | | | | |
| Bucarelli, David Mark | 5/23/00 | 8:28am | M | Caucasian | Passed 77 sec. | 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 | 86 | | 86 |
| Buffalo, Michael James | 5/23/00 | 7:56am | M | Caucasian | Passed 82 sec. | 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 | 103 | 10 | 113 |
| Burns, Robert Lee | 5/23/00 | 8:01am | M | Caucasian | Failed | | | | |
| Buzanowski, Robert Joseph | 5/23/00 | 8:21am | M | Caucasian | No show | | | | |
| Byrd, Erin Wynne | 5/25/00 | 4:12pm | F | Caucasian | No show | | | | |
| Byrd, Samuel Ray | 5/25/00 | 4:12pm | M | Caucasian | No show | | | | |
| Cabaday, Joseph Thomas | 5/24/00 | 8:40am | M | Caucasian | Passed 82 sec. | 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 | 115 | | 115 |
| Cahill, Kelly Thomas | 5/23/00 | 7:52am | M | Caucasian | Passed 80 sec. | 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 | 123 | | 123 |
| Cannavino, Michael Guy | 5/23/00 | 8:38am | M | Caucasian | Passed 90 sec. | 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 | 74 | | 74 |
| Carlson, Fred Jay | 5/23/00 | 8:08am | M | Caucasian | Passed 71 sec. | 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 | 130 | | 130 |
| Carlson, Nicole Marie | 5/23/00 | 8:41am | F | Caucasian | No show | | | | |
| Carroll, Brian Daniel | 5/23/00 | 7:58am | M | Caucasian | Failed | | | | |
| Chaney, Curtis Adrian | 5/23/00 | 9:02am | M | Caucasian | No show | | | | |
| Chimenti, Anthony Raymond | 5/23/00 | 9:31am | M | Caucasian | Failed | | | | |
| Chludzinski, Phillip Raymond | 5/23/00 | 7:48am | M | Caucasian | No show | | | | |
| Ciecierski, Jeffrey Scott | 5/23/00 | 8:39am | M | Caucasian | Passed 80 sec. | 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 | 107 | 10 | 117 |
| Clement, Christopher M. | 5/23/00 | 8:49am | M | Caucasian | Passed 78 sec. | 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 | 128 | | 128 |
| Clowden, Darin Daniel | 5/26/00 | 3:02pm | M | Black | Failed | | | | |
| Cobb, Chester Albert | 5/25/00 | 2:12pm | M | Caucasian | Failed | | | | |
| Colbert, Brian David | 5/23/00 | 9:58am | M | Caucasian | Failed | | | | |
| Cooper, Saprina Raquel | 5/23/00 | 8:53am | F | Black | Failed | | | | |
| Cortes, Christopher M. | 5/24/00 | 12:26pm | M | Hispanic | Failed | | | | |
| Covey, David Oliver | 5/23/00 | 12:57pm | M | Caucasian | No show | | | | |
| Cox, Erik David | 5/25/00 | 4:19pm | M | Caucasian | No show | | | | |

2

PRI 0204

| Name | Filing Date | Filing Received | Sex | Race | Physical Ability Exam 6/3/00 &/or 6/24/00 | Social Security # | Written Exam Score | Veterans Point | Total Score |
|---|---|---|---|---|---|---|---|---|---|
| Cozzens, Frederick Thomas | 5/24/00 | 11:46am | M | Caucasian | Passed 65 sec. | 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 | 93 | | 93 |
| Crissman, Bertha Mary | 5/23/00 | 8:18am | F | Caucasian | Failed | | | | |
| Cruz, Luis Adrian | 5/23/00 | 8:31am | M | Hispanic | Passed 86 sec. | 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 | 103 | | 103 |
| Cruz, Sheila D. | 5/24/00 | 1:48pm | F | Hispanic | No show | | | | |
| Cummings, Lee Jay | 5/23/00 | 8:33am | M | C/Am.Ind. | No show | | | | |
| Cunic, George D. | 5/24/00 | 4:12pm | M | Caucasian | Passed 86 sec. | | No Show | | |
| Cunningham, Samuel James | 5/23/00 | 4:19pm | M | Caucasian | Passed 84 sec. | 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 | 104 | | 104 |
| Cuzzola, Jeffrey Paul | 5/23/00 | 8:01am | M | Caucasian | Passed 82 sec. | 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 | 86 | | 86 |
| Dahlstrand, Joseph Charles | 5/23/00 | 8:52am | M | Caucasian | Passed 70 sec. | 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 | 126 | | 126 |
| Dalton, John Harold | 5/23/00 | 8:34am | M | Caucasian | Passed 84 sec. | 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 | 121 | | 121 |
| Daniel, Kevin Robert | 5/23/00 | 9:06am | M | Caucasian | Passed 6/3/00 - 76 sec. | 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 | 116 | 10 | 126 |
| Davis, Grady, Jr. | 5/23/00 | 7:57am | M | Black | No show | | | | |
| Dawson, Michael Earl | 5/26/00 | 9:14am | M | Black | No show | | | | |
| Daxton, Scott Bradley | 5/26/00 | 3:39pm | M | Caucasian | Passed 6/3/00 - 86 sec. | | No Show | | |
| Dedad, David Gerard | 5/24/00 | 3:52pm | M | Caucasian | Passed 84 sec. | | No Show | | |
| DeLuca, Mark Anthony Sr. | 5/23/00 | 1:01pm | M | Caucasian | No show | | | | |
| DeMetro, Charles Matthew | 5/23/00 | 8:48am | M | Caucasian | Failed | | | | |
| Dentler, Scott Richard | 5/23/00 | 8:39am | M | Caucasian | Passed 74 sec. | 176-623848 | 121 | | 121 |
| DeSanti, Joseph Peter | 5/25/00 | 12:30pm | M | Caucasian | Failed | | | | |
| Devlin, Heather Lynn | 5/23/00 | 8:25am | F | Caucasian | Failed | | | | |
| Dickens, Ernest Jr. | 5/23/00 | 8:44am | M | Black | Passed 73 sec. | 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 | 109 | 10 | 119 |
| DiNicola, Eric Joseph Jr. | 5/23/00 | 12:34pm | M | Caucasian | Failed | | | | |
| Donovan, Timothy Scott | 5/23/00 | 8:50am | M | Caucasian | No show | | | | |
| Doolittle, James Fred | 5/23/00 | 9:36am | M | Caucasian | Failed | | | | |
| Dougherty, Lawrence Joseph | 5/23/00 | 8:47am | M | Caucasian | Passed on retest 89 sec. (92 first test) | 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 | 106 | | 106 |
| Dougherty, Michael Casey | 5/23/00 | 8:14am | M | Caucasian | Passed 77 sec. | 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 | 125 | | 125 |
| Dudics, Julia Elaine | 5/23/00 | 8:17am | F | Caucasian | Failed | | | | |
| Dunbar, Kevin Jon | 5/23/00 | 3:41pm | M | Caucasian | Passed 78 sec. | 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 | 108 | | 108 |
| Dunkle, Heather Ann | 5/23/00 | 4:17pm | F | Caucasian | Passed 87 sec. | 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 | 134 | | 134 |
| Eaglen, Todd Thomas | 5/26/00 | 1:50pm | M | Caucasian | No show | | | | |
| Eagley, John Thomas | 5/23/00 | 8:52am | M | Caucasian | Paased on retest 80 sec. (95 first test) | 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 | 126 | | 126 |
| Earley, Tonya Lynn | 5/23/00 | 10:54am | F | Caucasian | No show | | | | |
| Eastman, Brian Keith | 5/23/00 | 9:05am | M | Caucasian | Passed 75 sec. | | No Show | | |
| Ernst, Philip Jay | 5/23/00 | 8:38am | M | Caucasian | No show | | | | |
| Fillak, Richard Paul | 5/23/00 | 4:19pm | M | Caucasian | Passed 87 sec. | 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 | 120 | 10 | 130 |
| Fiscus, Larry Andrew | 5/23/00 | 4:17pm | M | Caucasian | Passed 76 sec. | 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 | 123 | | 123 |

3

PRI 0205

| Name | Filing Date | Filing Received | Sex | Race | Physical Ability Exam 6/3/00 &/or 6/24/00 | Social Security # | Written Exam Score | Veterans Point | Total Score |
|---|---|---|---|---|---|---|---|---|---|
| Flak-Boyajian, Dawn Marie | 5/23/00 | 8:05am | M | Caucasian | Failed | | | | |
| Flegal, Carl Lewis | 5/24/00 | 8:38am | M | Caucasian | Passed 85 sec. | 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 | 126 | | 126 |
| Foltz, Daniel William | 5/23/00 | 8:27am | M | Caucasian | Passed 68 sec. | 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 | 122 | | 122 |
| Foote, Christopher Thomas | 5/23/00 | 8:59am | M | Caucasian | No show | | | | |
| Foote, Joseph Craig | 5/23/00 | 8:59am | M | Caucasian | No show | | | | |
| Fraser, Christopher William | 5/23/00 | 8:10am | M | Caucasian | Passed 74 sec. | 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 | 113 | | 113 |
| Frisk, Johnathan E. | 5/23/00 | 4:17pm | M | Caucasian | Passed 78 sec. | 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 | 109 | | 109 |
| Ganster, Stephen George | 5/23/00 | 8:55am | M | Caucasian | Failed | | | | |
| Garcia, Wilson | 5/23/00 | 2:21pm | M | Hispanic | Failed | | | | |
| Gaston, Benjamin Lee | 5/23/00 | 8:03am | M | Caucasian | Passed 63 sec. | 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 | 121 | | 121 |
| Gawlinski, Peter James | 5/23/00 | 4:20pm | M | Caucasian | Passed 77 sec. | 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 | 129 | | 129 |
| Gerarde, Joseph W. Jr. | 5/24/00 | 9:31am | M | Caucasian | Passed 67 sec. | 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 | 96 | 10 | 106 |
| Getty, Stephen Darrell | 5/23/00 | 9:14am | M | Caucasian | Failed | | | | |
| Gibbs, Fatima Anana | 5/23/00 | 8:29am | F | Black | Failed | | | | |
| Godlewski, David Charles II | 5/23/00 | 2:49pm | M | Caucasian | Failed | | | | |
| Gonzalez, Jorge Luis | 5/23/00 | 4:21pm | M | Hispanic | Passed 76 sec. | | No Show | | |
| Goozdich, William Clark | 5/23/00 | 8:12am | M | Caucasian | Passed 71 sec. | 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 | 132 | | 132 |
| Gould, Michal R. | 5/23/00 | 12:112pm | M | Caucasian | Passed 72 sec. | 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 | 117 | 10 | 127 |
| Grygo, Richard Anthony | 5/23/00 | 7:53am | M | Caucasian | No show | | | | |
| Guerriero, Daniel John | 5/23/00 | 8:31am | M | Caucasian | Passed 81sec. | 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 | 121 | | 121 |
| Gutierrez, Stephen James | 5/25/00 | 2:10pm | M | Philipino | Failed | | | | |
| Hagerty, Aubrea | 5/23/00 | 9:00am | F | Caucasian | Failed | | | | |
| Hall, Melissa Dawn | 5/23/00 | 8:57am | F | Caucasian | Failed | | | | |
| Halstead, Lowell W. Jr. | 5/24/00 | 12:12pm | M | Caucasian | Passed 85 sec. | 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 | 91 | 10 | 101 |
| Harding, Spencer Guyton | 5/23/00 | 2:17pm | M | | No show | | | | |
| Harman, Andrew John | 5/23/00 | 8:46am | M | Caucasian | Passed 74 sec. | 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 | 125 | | 125 |
| Harper, James Edward | 5/26/00 | 4:06pm | M | Caucasian | Passed 65 sec. | 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 | 78 | | 78 |
| Harris, Cleo, Jr. | 5/23/00 | 7:52am | M | Black | Passed 74 sec. | 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 | 104 | | 104 |
| Harris, Robert | 5/23/00 | 7:51am | M | Caucasian | No show | | | | |
| Hauber, Christopher John | 5/24/00 | 4:08pm | M | Caucasian | Passed 75 sec. | 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 | 122 | | 122 |
| Haven, Michael David | 5/23/00 | 9:40am | M | Caucasian | Failed | | | | |
| Hawes, Eric Allen | 5/23/00 | 8:19am | M | Hispanic | No show | | | | |
| Hayes, Lisa Marie | 5/23/00 | 4:21pm | F | Caucasian | Failed | | | | |
| Heintzel, Jason Edward | 5/23/00 | 8:22am | M | Caucasian | Passed 85 sec. | 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 | 115 | 10 | 125 |
| Helsley, Joseph Alexander | 5/23/00 | 10:40am | M | Caucasian | No show | | | | |
| Higby, Russell Leroy Jr. | 5/23/00 | 9:54am | M | Caucasian | Passed 87 sec. | 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 | 99 | | 99 |

4

PRI 0206

| Name | Filing Date | Filing Received | Sex | Race | Physical Ability Exam 6/3/00 &/or 6/24/00 | Social Security # | Written Exam Score | Veterans Point | Total Score |
|---|---|---|---|---|---|---|---|---|---|
| Hill, Aaron Christian | 5/23/00 | 7:59am | M | Caucasian | Passed 81 sec. | 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 | 127 | | 127 |
| Hoffman, Frank Leland | 5/23/00 | 9:07am | M | Caucasian | No show | | | | |
| Holden, Timothy James | 5/23/00 | 8:35am | M | Caucasian | Passed 78 sec. | 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 | 125 | | 125 |
| Holland, Brian Patrick | 5/23/00 | 9:03am | M | Caucasian | No show | | | | |
| Hollenbeck, William Brenan | 5/23/00 | 8:23am | M | Caucasian | Passed 69 sec. | 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 | 124 | | 124 |
| Horvath, Sean Michael | 5/25/00 | 3:33pm | M | Caucasian | Passed 90 sec. | 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 | 106 | | 106 |
| Houston, Timithy Kirk Sr. | 5/23/00 | 8:54am | M | Caucasian | Passed 88 sec. | 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 | 135 | 10 | 145 |
| Howell, Stephen Michael | 5/23/00 | 1:20pm | M | Caucasian | Passed 83 sec. | | No Show | | |
| Hughson, Brian Joshua | 5/23/00 | 8:32am | M | Caucasian | Passed 77 sec. | 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 | 114 | 10 | 124 |
| Hunter, Delia Ann | 5/23/00 | 9:01am | F | Caucasian | No show | | | | |
| Jackson, Andrew Arthur | 5/26/00 | 2:44pm | M | Caucasian | Failed | | | | |
| Jackson, Shannon, Dupree | 5/25/00 | 9:41am | M | Caucasian | Passed 90 sec. | 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 | 92 | 10 | 102 |
| Jaskiewicz, Edwin J. | 5/23/00 | 3:31pm | M | Caucasian | Passed on retest 90 sec. (94 first test) | 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 | 117 | 10 | 127 |
| Jendrejewski, Kurt E. | 5/23/00 | 4:20pm | M | Black | Failed | | | | |
| Jones, Kevin John | 5/23/00 | 7:54am | M | Caucasian | Passed 78 sec. | 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 | 110 | | 110 |
| Karuba, Audrey Jean | 5/24/00 | 9:26am | F | Caucasian | Failed | | | | |
| Katsadas, Paul | 5/23/00 | 8:41am | M | Caucasian | No show | | | | |
| Kemling, Scott Louis | 5/23/00 | 11:33am | M | Caucasian | Passed 65 sec. | 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 | 135 | | 135 |
| Kerlin, Anthony Michael | 5/23/00 | 11:24am | M | Caucasian | Failed | | | | |
| Keys, Michael David | 5/24/00 | 3:26pm | M | Black | Passed 85 sec. | | No Show | | |
| Kinder, Samantha Ann | 5/23/00 | 8:55am | F | Caucasian | Passed on retest 84 sec. (95 on first test) | 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 | 117 | 10 | 127 |
| Kinter, Matthew Lawrence | 5/23/00 | 9:10am | M | Caucasian | Passed 82 sec. | 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 | 110 | | 110 |
| Klemm, Frank Louis III | 5/23/00 | 10:50am | M | Caucasian | Passed 86 sec. | 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 | 110 | | 110 |
| Kosko, Bruce Eugene | 5/23/00 | 8:45am | M | Caucasian | Passed on retest 84 sec. (92 on first test) | 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 | 127 | 10 | 137 |
| Kress, Raymond Gilbert | 5/23/00 | 8:19am | M | Caucasian | Passed 77 sec. | 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 | 124 | | 124 |
| Kuchcinski, Robert Francis | 5/23/00 | 4:18pm | M | Caucasian | Passed 79 sec. | 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 | 128 | | 128 |
| Kufner, Mark William | 5/23/00 | 12:37pm | M | Caucasian | Passed 84 sec. | 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 | 113 | | 113 |
| Kuhn, Robert John | 5/23/00 | 9:15am | M | Caucasian | Passed 76 sec. | 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 | 114 | | 114 |
| Kupniewski, Kevin J. | 5/24/00 | 10:37am | M | Caucasian | No show | | | | |
| Lafferty, Roger James | 5/24/00 | 3:38pm | M | Caucasian | Passed 81 sec. | | No Show | | |
| Lakari, Matthew R. | 5/24/00 | 10:56am | M | Caucasian | Passed 73 sec. | 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 | 108 | | 108 |
| Lariccia, Matthew Urban | 5/23/00 | 7:55am | M | Caucasian | Passed 76 sec. | 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 | 110 | | 110 |
| Lawrie, Jared Farr | 5/23/00 | 7:54am | M | Caucasian | No show | | | | |
| Lawry, Kevin Patrick | 5/23/00 | 7:59am | M | Caucasian | Failed | | | | |
| Lecceadone, Travis Carl | 5/23/00 | 8:56am | M | Caucasian | Failed | | | | |
| Lenox, Thomas Lawrence | 5/26/00 | 4:07pm | M | Black | Passed 70 sec. | 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 | 126 | | 126 |

PRI 0207

| Name | Filing Date | Filing Received | Sex | Race | Physical Ability Exam 6/3/00 &/or 6/24/00 | Social Security # | Written Exam Score | Veterans Point | Total Score |
|---|---|---|---|---|---|---|---|---|---|
| Libell, Matthew James | 5/23/00 | 1:55pm | M | Caucasian | No show | | | | |
| Lieberum, Christian David | 5/23/00 | 8:45am | M | Mexican | Failed | | | | |
| Lococo, Maria Denise | 5/23/00 | 7:58am | F | Caucasian | Failed | | | | |
| Lolley, Corrina Marie | 5/24/00 | 3:39pm | F | Caucasian | Failed | | | | |
| Ludwig, Louis James | 5/23/00 | 8:35am | M | Caucasian | Passed 83 sec. | 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 | 95 | | 95 |
| Luschini, Jason Thomas | 5/24/00 | 10:15am | M | | No show | | | | |
| Madurski, David Paul | 5/23/00 | 8:38am | M | Caucasian | Passed 65 sec. | 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 | 118 | | 118 |
| Malek, Frank Stanley III | 5/23/00 | 9:03am | M | Caucasian | Passed 70 sec. | 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 | 117 | 10 | 127 |
| Mancuso, Michael R. | 5/23/00 | 8:07am | M | Caucasian | Passed 82 sec. | 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 | 134 | 10 | 144 |
| Manning, Michael Eugene | 5/23/00 | 8:40am | M | Caucasian | Passed 72 sec. | 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 | 123 | | 123 |
| Markham, Jeffrey David | 5/23/00 | 8:20am | M | Caucasian | Failed | | | | |
| Marks, Daryl E. | 5/26/00 | 3:12pm | M | Amer Indian | Passed 90 sec. | 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 | 96 | | 96 |
| Marshall, Kathy Ann | 5/23/00 | 8:43am | F | Caucasian | Failed | | | | |
| Martin, Dominic Daniel | 5/23/00 | 4:19pm | M | Caucasian | Passed 70 sec. | 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 | 123 | 10 | 133 |
| Martucci, Marc Patrick | 5/23/00 | 9:04am | M | Caucasian | Passed 86 sec. | 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 | 109 | | 109 |
| Marucci, John J. | 5/23/00 | 9:14am | M | Caucasian | Passed 65 sec. | 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 | 133 | | 133 |
| Mason, Michael Thomas | 5/26/00 | 4:07pm | M | Caucasian | Passed 73 sec. | 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 | 101 | | 101 |
| Matlock, Kevin Patrick | 5/23/00 | 3:16pm | M | Caucasian | Passed 83 sec. | 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 | 126 | | 126 |
| May, Kristopher John | 5/23/00 | 8:09am | M | Caucasian | Passed 75 sec. | 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 | 120 | | 120 |
| Mays, Ryan David | 5/23/00 | 3:45pm | M | | No show | | | | |
| Mazur, Joseph Michael | 5/23/00 | 7:50am | M | Caucasian | Passed 83 sec. | 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 | 120 | | 120 |
| McCall, Robert Campbell, III | 5/23/00 | 8:08am | M | Caucasian | Passed 72 sec. | 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 | 124 | | 124 |
| McCleary, Daniel David | 5/26/00 | 4:06pm | M | | No show | | | | |
| McClintic, Roy Raymond Jr. | 5/23/00 | 8:37am | M | | No show | | | | |
| McConahy, Carey Lee | 5/23/00 | 3:00pm | F | Caucasian | Failed | | | | |
| McConegly, Kenneth Joseph | 5/23/00 | 8:24am | M | Caucasian | Failed | | | | |
| McDonald, Jon Edward | 5/23/00 | 11:21am | M | Black | Passed 84 sec. | 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 | 115 | | 115 |
| McLaurin, Mark Anthony | 5/23/00 | 10:51am | M | Black | No show | | | | |
| McLellan, James Donald Jr. | 5/23/00 | 9:00am | M | Caucasian | Passed 85 sec. | 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 | 124 | 10 | 134 |
| Mead, Leonard Joseph Jr. | 5/23/00 | 8:39am | M | Caucasian | Passed 87 sec. | 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 | 126 | | 126 |
| Melter, Michael James | 5/23/00 | 8:16am | M | Caucasian | Failed | | | | |
| Merkle, Stephan Harold | 5/23/00 | 8:53am | M | Caucasian | Passed 81 sec. | 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 | 119 | | 119 |
| Messina, Frank Patrick, III | 5/23/00 | 8:04am | M | Caucasian | Failed | | | | |
| Mitchell, Peter Michael | 5/25/00 | 3:08am | M | Caucasian | Passed 76 sec. | 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 | 126 | 10 | 136 |
| Moffett, LaSonya | 5/23/00 | 3:04pm | F | Black | No show | | | | |
| Mook, Cory Evan | 5/23/00 | 11:14am | M | Caucasian | No show | | | | |

PRI 0208

| Name | Filing Date | Filing Received | Sex | Race | Physical Ability Exam 6/3/00 &/or 6/24/00 | Social Security # | Written Exam Score | Veterans Point | Total Score |
|---|---|---|---|---|---|---|---|---|---|
| Morell, Jason Robert | 5/23/00 | 8:04am | M | Caucasian | Passed 67 sec. | 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 | 123 | | 123 |
| Morgan, Kevin Mark | 5/23/00 | 8:54am | M | Caucasian | Passed 81 sec. | 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 | 96 | | 96 |
| Morgan, Matthew Scott | 5/23/00 | 8:43am | M | Caucasian | Passed 76 sec. | 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 | 115 | | 115 |
| Moyer, David Randall | 5/23/00 | 9:11am | M | Caucasian | Failed | | | | |
| Mumau, David Bruce Jr. | 5/23/00 | 9:49am | M | Caucasian | Failed | | | | |
| Myers, Nate Joseph | 5/23/00 | 8:15am | M | Caucasian | Passed 80 sec. | 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 | 121 | | 121 |
| Needham, John Michael | 5/23/00 | 9:35am | M | Caucasian | Passed 81 sec. | 193-526187 | 96 | 10 | 106 |
| Nichols, Williams Joseph | 5/23/00 | 8:02am | M | Caucasian | Passed 72 sec. | 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 | 116 | | 116 |
| Nicholson, Carrie Ann | 5/24/00 | 8:53am | F | Caucasian | Failed | | | | |
| Nye, David Leo | 5/23/00 | 4:12pm | M | Caucasian | No show | | | | |
| O'Baker, Paul Gregory | 5/23/00 | 9:02am | M | Caucasian | Failed | | | | |
| Onderko, Ryan Michael | 5/23/00 | 4:20pm | M | Caucasian | Passed 62 sec. | 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 | 128 | 10 | 138 |
| O'Neill, Stephen John | 5/23/00 | 12:11pm | M | Caucasian | Failed | | | | |
| Osterberg, Denise Dara | 5/23/00 | 4:07pm | F | Caucasian | No show | | | | |
| Pagan, Cynthia | 5/23/00 | 9:09am | F | Hispanic | No show | | | | |
| Page, Joseph LaMar | 5/26/00 | 2:01pm | M | Black | Passed 80 sec. | | No Show | | |
| Parks, Steven Neil | 5/23/00 | 4:20pm | M | Caucasian | Passed 86 sec. | 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 | 122 | 10 | 132 |
| Parton, Doug Shawn | 5/23/00 | 8:24am | M | Caucasian | Passed 70 sec. | 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 | 105 | | 105 |
| Penniman, Scott Allen | 5/24/00 | 1:57pm | M | Caucasian | No show | | | | |
| Peters, Spencer John Jr. | 5/23/00 | 8:55am | M | Caucasian | Failed | | | | |
| Peterson, Brian S. | 5/23/00 | 9:15am | M | Caucasian | Passed 62 sec. | 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 | 95 | | 95 |
| Peterson, Jeffrey LaVern | 5/23/00 | 8:52am | M | Caucasian | Failed | | | | |
| Petrick, Tricia Renee | 5/23/00 | 8:30am | F | Caucasian | Failed | | | | |
| Plyler, Robert Doyle Jr. | 5/23/00 | 11:20am | M | Caucasian | No show | | | | |
| Pollock, Matthew John | 5/23/00 | 8:30am | M | Caucasian | Failed | | | | |
| Pollock, Stacy Marie | 5/23/00 | 8:30am | F | Caucasian | Failed | | | | |
| Ponting, Amanda Lynn | 5/23/00 | 8:58am | F | Caucasian | Failed | | | | |
| Popovic, Eric R. | 5/23/00 | 9:01am | M | Caucasian | Passed 65 sec. | 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 | 112 | 10 | 122 |
| Powell, Daniel Scott | 5/23/00 | 8:36am | M | Caucasian | Passed 82 sec. | 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 | 124 | | 124 |
| Psillas, Matthew William | 5/26/00 | 3:19pm | M | Caucasian | Failed | | | | |
| Quinones, Luz Esther | 5/26/00 | 1:53pm | F | Hispanic | Failed | | | | |
| Rater, Jeffry J. | 5/23/00 | 3:34pm | M | Caucasian | Passed on retest 75 sec. (94 on first test) | 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 | 115 | 10 | 125 |
| Reed, Timothy D. | 5/23/00 | 4:17pm | M | Caucasian | Passed 82 sec. | 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 | 123 | | 123 |
| Reese, Michael Gordon | 5/23/00 | 9:12am | M | Caucasian | Passed 77 sec. | 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 | 131 | | 131 |
| Rekitt, Kevin Eric | 5/23/00 | 8:06am | M | Caucasian | Passed 6/3/00 - 83 sec. | 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 | 105 | 10 | 115 |
| Rictor, Gary Lee Jr. | 5/23/00 | 8:59am | M | Caucasian | Passed 85 sec. | 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 | 107 | | 107 |

PRI 0209

| Name | Filing Date | Filing Received | Sex | Race | Physical Ability Exam 6/3/00 &/or 6/24/00 | Social Security # | Written Exam Score | Veterans Point | Total Score |
|---|---|---|---|---|---|---|---|---|---|
| Ries, Daniel William | 5/25/00 | 12:50pm | M | Caucasian | No show | | | | |
| Roberts, Jeremy Arthur | 5/25/00 | 8:53am | M | Caucasian | Passed 90 sec. | 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 | 118 | | 118 |
| Roberts, Tabitha Rose | 5/23/00 | 9:13am | F | Caucasian | Failed | | | | |
| Rodgers, SueYong Kim | 5/23/00 | 7:47am | F | Amer. Asian | Failed | | | | |
| Romanski, Richard J. | 5/23/00 | 4:17pm | M | Caucasian | Passed 71 sec. | 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 | 131 | | 131 |
| Roofner, Michael John | 5/23/00 | 4:19pm | M | Caucasian | Passed 89 sec. | 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 | 118 | 10 | 128 |
| Ross, Anthony Wayne | 5/24/00 | 2:28pm | M | Black | Passed 76 sec. | | No Show | | 0 |
| Ruland, David Michael | 5/23/00 | 9:06am | M | Caucasian | Passed 82 sec. | 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 | 103 | | 103 |
| Russell, Timothy Shanahan | 5/24/00 | 2:55pm | M | Caucasian | Passed 82 sec. | 172-602450 | 123 | | 123 |
| Russo, Jamie Allan | 5/23/00 | 12:43pm | M | Caucasian | Passed 69 sec. | 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 | 131 | | 131 |
| Russo, Joseph Dominic | 5/23/00 | 8:21am | M | Caucasian | No show | | | | |
| Sack, Jacob John | 5/23/00 | 8:40am | M | Caucasian | Passed 73 sec. | 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 | 122 | | 122 |
| Sallenberger, Tracy Lynn | 5/23/00 | 3:43pm | F | Caucasian | No show | | | | |
| Salorino, Thomas Brian | 5/23/00 | 12:20pm | M | Caucasian | Passed 74 sec. | 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 | 130 | | 130 |
| Sanfilippo, Anthony Joseph | 5/23/00 | 12:54pm | M | Caucasian | Passed 73 sec. | 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 | 107 | | 107 |
| Santey, Tammy Renee | 5/23/00 | 2:51pm | F | Caucasian | Failed | | | | |
| Santiago, Maribel | 5/23/00 | 9:09am | F | Hispanic | No show | | | | |
| Schaaf, Brian William | 5/23/00 | 8:07am | M | Caucasian | No show | | | | |
| Schau, Richard Charles | 5/23/00 | 3:43pm | M | Caucasian | No show | | | | |
| Schell, Bradley Eugene | 5/24/00 | 12:11pm | M | Caucasian | Passed 69 sec. | 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 | 64 | | 64 |
| Schmeisser, Mary Ann | 5/26/00 | 1:13pm | F | Caucasian | Failed | | | | |
| Schwartz, Shawn Joseph | 5/25/00 | 12:23pm | M | Caucasian | Failed | | | | |
| Scutella, Gary Mark | 5/23/00 | 8:26am | M | Caucasian | Passed 80 sec. | 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 | 101 | | 101 |
| Sharp, Ronald Dean | 5/23/00 | 8:13am | M | Caucasian | No show | | | | |
| Shupenko, Matthew James | 5/23/00 | 8:36am | M | Caucasian | Passed 82 sec. | 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 | 133 | | 133 |
| Sidun, Jeremy Michael | 5/23/00 | 8:42am | M | Caucasian | Passed 86 sec. | 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 | 97 | 10 | 107 |
| Siegler, Mark Alexsious | 5/23/00 | 9:13am | M | Caucasian | Passed 87 sec. | 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 | 119 | | 119 |
| Sikora, Richard James Jr. | 5/23/00 | 4:20pm | M | Caucasian | Passed 83 sec. | 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 | 115 | | 115 |
| Simanowski, Michael Stephen | 5/23/00 | 8:33am | M | Caucasian | Passed 84 sec. | 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 | 120 | | 120 |
| Simmons, Stephen Eugene | 5/23/00 | 8:02am | M | Black | Passed on retest 84 sec. (92 on first test) | 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 | 129 | | 129 |
| Sisson, Raymond Carl Jr. | 5/23/00 | 3:30pm | M | Caucasian | Passed 84 sec. | 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 | 91 | | 91 |
| Slupski, John Paul | 5/23/00 | 8:00am | M | Caucasian | Failed | | | | |
| Smith, Dana Scott | 5/23/00 | 12:26pm | M | Caucasian | Failed | | | | |
| Smith, Elmer C. Jr. | 5/26/00 | 9:49am | M | Caucasian | Failed | | | | |
| Smith, Gregory William | 5/25/00 | 4:12pm | M | Caucasian | Passed 82 sec. | 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 | 87 | | 87 |
| Smith, Lawrence Patrick, II | 5/23/00 | 8:16am | M | Caucasian | Passed 66 sec. | 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 | 97 | | 97 |

PRI 0210

| Name | Filing Date | Filing Received | Sex | Race | Physical Ability Exam 6/3/00 &/or 6/24/00 | Social Security # | Written Exam Score | Veterans Point | Total Score |
|---|---|---|---|---|---|---|---|---|---|
| Smock, Jason John | 5/24/00 | 11:43am | M | Caucasian | Passed 78 sec. | 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 | 105 | | 105 |
| Soboleski, Richard Edward | 5/23/00 | 8:11am | M | Caucasian | Failed | | | | |
| Stadler, Nick James | 5/23/00 | 8:12am | M | Caucasian | Passed 75 sec. | 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 | 131 | | 131 |
| Steffy, Brian Raymond | 5/23/00 | 8:51am | M | Caucasian | Passed 80 sec. | 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 | 129 | 10 | 139 |
| Stevens, Jerry Christopher | 5/23/00 | 8:11am | M | Caucasian | Passed 83 sec. | 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 | 124 | | 124 |
| Still, Tamilyn Marie | 5/23/00 | 9:13am | F | Caucasian | Failed | | | | |
| Strickenberger, Kirk James | 5/23/00 | 9:02am | M | Caucasian | Passed 73 sec. | 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 | 126 | 10 | 136 |
| Suchy, Michael David | 5/23/00 | 7:48am | M | Caucasian | Passed 68 sec. | 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 | 129 | | 129 |
| Sul, Elizabeth Ann | 5/23/00 | 8:16am | F | Caucasian | Failed | | | | |
| Suscheck, David Michael | 5/25/00 | 1:11pm | M | Caucasian | No show | | | | |
| Szelinski, Thomas Raymond, Jr. | 5/23/00 | 7:49am | M | Caucasian | Passed 86 sec. | 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 | 124 | | 124 |
| Szustak, Paul Matthew | 5/26/00 | 3:14pm | M | Caucasian | Passed 70 sec. | 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 | 121 | | 121 |
| Taylor, Justin Stillman | 5/23/00 | 8:24am | M | Caucasian | Passed 78 sec. | 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 | 123 | 10 | 133 |
| Taylor, Mark David | 5/23/00 | 8:14am | M | Caucasian | Passed 79 sec. | 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 | 126 | | 126 |
| Taylor, Michael Cronin | 5/25/00 | 1:15pm | M | Caucasian | No show | | | | |
| Taylor, Steven Alan | 5/23/00 | 4:16pm | M | | No show | | | | |
| Thompson, Mae Lynn | 5/24/00 | 3:41pm | F | Caucasian | Failed | | | | |
| Thompson, Zabrina Dee | 5/23/00 | 10:38am | F | Black | Failed | | | | |
| Tomczak, Ernest Joseph | 5/23/00 | 8:37am | M | Caucasian | Passed 6/3/00 - 81 sec. | 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 | 89 | | 89 |
| Trickey, Diane Marie | 5/23/00 | 8:23am | F | Caucasian | Passed 79 sec. | 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 | 122 | | 122 |
| Vargo, Patrict Ronald | 5/23/00 | 12:30pm | M | Caucasian | Passed 83 sec. | 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 | 125 | | 125 |
| Velez, Felipe Cotto | 5/23/00 | 8:03am | M | Hispanic-PR | Passed 85 sec. | 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 | 126 | | 126 |
| Velez, Salvador | 5/23/00 | 10:08am | M | Hispanic | Passed 85 sec. | 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 | 121 | 10 | 131 |
| Veshecco, Natalie Ann | 5/23/00 | 7:57am | F | Caucasian | Failed | | | | |
| Vossburg, David James | 5/25/00 | 11:33am | M | Caucasian | Passed 6/3/00 - 75 sec. | | No Show | | |
| Voto, Anthony P. | 5/23/00 | 4:14pm | M | Caucasian | Passed 75 sec. | 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 | 95 | 10 | 105 |
| Watters, Bryan Jon | 5/25/00 | 9:18am | M | Caucasian | No show | | | | |
| Weber, Brian M. | 5/25/00 | 2:58pm | M | Caucasian | Failed | | | | |
| Weber, Connie Michelle | 5/23/00 | 2:18pm | F | | No show | | | | |
| Weber, Gerald Reed Jr. | 5/26/00 | 1:40pm | M | Caucasian | No show | | | | |
| Wheeler, Todd John | 5/23/00 | 8:19am | M | Caucasian | Passed 71 sec. | 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 | 103 | | 103 |
| Wieczorek, Beverly Sue | 5/23/00 | 9:00am | F | Caucasian | Failed | | | | |
| Wieczorek, David Francis | 5/24/00 | 4:09pm | M | Caucasian | No show | | | | |
| Wierzchowski, David M. | 5/23/00 | 4:29pm | M | Caucasian | Passed 72 sec. | 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 | 110 | | 110 |
| Williamson, Todd Christian | 5/23/00 | 8:02am | M | Caucasian | Passed 84 sec. | 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 | 108 | | 108 |
| Willliams, Shawn Patrick | 5/23/00 | 8:49am | M | Black | Passed 76 sec. | | No Show | | |

PRI 0211

| Name | Filing Date | Filing Received | Sex | Race | Physical Ability Exam 6/3/00 &/or 6/24/00 | Social Security # | Written Exam Score | Veterans Point | Total Score |
|---|---|---|---|---|---|---|---|---|---|
| Wilson, John Burl | 5/23/00 | 11:45am | M | Amer Indian | Passed 76 sec. | 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 | 111 | | 111 |
| Wilson, Shawn Patrick | 5/23/00 | 9:55am | M | Amer Indian | No show | | | | |
| Wolf, Marie Elizabeth | 5/23/00 | 9:04am | F | Caucasian | Passed on retest 90 sec. (93 on first test) | 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 | 125 | | 125 |
| Wolfe, James Edward | 5/26/00 | 1:24pm | M | Caucasian | No show | | | | |
| Woodring, Aaron Eugene | 5/23/00 | 8:06am | M | Caucasian | Passed 68 sec. | 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 | 119 | | 119 |
| Zacherl, Aaron George | 5/23/00 | 4:20pm | M | Caucasian | Passed 85 sec. | 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 | 125 | | 125 |
| Zazado, Adam Daniel | 5/23/00 | 4:19pm | M | Caucasian | Passed 6/3/00 - 72 sec. | 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 | 106 | | 106 |

PRI 0212