4

| Total Applicants | Sex | Race Ethnicity | 2002 1st Test: Agility | | | | | 1st Test: Written | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | # | Passed # | Failed # | No Show | % Failed | # | Passed # | Failed # | No Show | % Failed |
| | Males | Black | 16 | 14 | 0 | 2 | 0% | 44 | 15 | 21 | 8 | 48% |
| | | Causasian | 179 | 114 | 24 | 41 | 13% | 306 | 180 | 88 | 38 | 29% |
| | | Hispanic | 10 | 7 | 2 | 1 | 20% | 19 | 10 | 7 | 2 | 37% |
| | | Arab | 2 | 2 | 0 | 0 | 0% | 1 | 1 | 0 | 0 | 0% |
| | | Native Ame | 2 | 2 | 0 | 0 | 0% | 3 | 2 | 0 | 1 | 0% |
| | | Asian | 1 | 0 | 0 | 1 | 0% | 1 | 1 | 0 | 0 | 0% |
| | | Unknown | 7 | 4 | 2 | 1 | 29% | 42 | 7 | 19 | 16 | 45% |
| | Females | Black | 2 | 0 | 1 | 1 | 50% | 18 | 2 | 10 | 6 | 56% |
| | | Causasian | 38 | 7 | 13 | 18 | 34% | 67 | 38 | 22 | 7 | 33% |
| | | Hispanic | 1 | 0 | 1 | 0 | 100% | 2 | 1 | 1 | 0 | 50% |
| | | Arab | 0 | 0 | 0 | 0 | | 1 | 1 | 0 | 0 | 0% |
| | | Native Ame | 0 | 0 | 0 | 0 | | 0 | 0 | 0 | 0 | |
| | | Asian | 1 | 0 | 1 | 0 | 100% | 1 | 1 | 0 | 0 | 0% |
| | | Unknown | 0 | 0 | 0 | 0 | | 9 | 0 | 6 | 3 | 67% |
| | | TOTAL | 259 | 150 | 44 | 65 | | 514 | 259 | 174 | 81 | |



PLAINTIFF'S DEPOSITION EXHIBIT 31 CA No. 04-4 Erie 4-12-04 JeH

Prepared by Lt. Jack Hines, Jr.

1/10/03
2:26 PM

ERIE-ID 0002