

# ipma
## Police Officer Examination
### 1174.1
### Study Guide

APPLICANT
IDENTIFICATION NUMBER

DATE



PLAINTIFF'S DEPOSITION
EXHIBIT
21
4-12-04  8EH
PENGAD-Bayonne, N. J.



INTERNATIONAL PERSONNEL MANAGEMENT ASSOCIATION
1617 DUKE STREET, ALEXANDRIA, VIRGINIA 22314

Police Officer Examination 1174.1 Study Guide
©Copyright 1983
INTERNATIONAL PERSONNEL MANAGEMENT ASSOCIATION
1617 Duke Street
Alexandria, Virginia 22314

This is the pre-examination study booklet for the Police Officer Examination. You will be tested on the following nine areas:

VOCABULARY: This section contains words that you should know because they appear both in the exam's vocabulary test and in the wording of exam questions.

FILLING OUT STANDARD FORMS: This section of the exam will test your ability to remember how to record information properly using standard forms.

POLICE PROCEDURES AND INFORMATION: This section contains sample police procedures that you should memorize. The exam will contain questions that test your ability to understand the information and follow the correct procedures.

WANTED POSTERS: This section of the exam will test your ability to remember the facts presented in wanted posters. You should memorize each picture and the information associated with it.

ACCIDENT DIAGRAMS: This section of the exam will test your ability to understand diagrams of accidents.

EXERCISING JUDGMENT: This section will test your ability to use judgment in determining the order in which actions should be taken.

PROBLEM SENSITIVITY: This section will test your ability to choose the first action that should occur in a situation.

SCANNING AREA MAPS: This section of the exam will test your ability to understand maps and choose which routes to take.

IDENTIFYING THEMES AND IDEAS: This section of the exam will test your ability to abstract the underlying theme that is presented in picture or written form.

Four of these areas--Vocabulary, Filling Out Standard Forms, Police Procedures and Information, and Wanted Posters--contain information that you must memorize for the exam. You will not be allowed to use this study booklet during the exam. The remaining five areas--Accident Diagrams, Exercising Judgment, Problem Sensitivity, Scanning Area Maps, and Identifying Themes and Ideas--do not require any memorization.

Sample questions appear at the end of each section. The answers to the sample questions are given at the end of this study booklet.

# VOCABULARY LIST

Police officers are expected to understand and use many specialized words. Some of the words that are presented here will appear in the exam. You should know what the words mean before you take the test. If you have any doubt about the meaning of any of the words listed below or any other words dictionary before taking the exam.

| | | | |
|---|---|---|---|
| abandon | abet | accessory | accomplice |
| accordance | accurate | acknowledge | acquaintance |
| acquittal | adjacent | adjoining | admissible |
| advise | aid | alias | alibi |
| allege | allocate | altercation | annul |
| apparently | appearance | apprehend | apprehension |
| appropriate | arson | articulate | ascertain |
| assailant | assume | bludgeon | boisterous |
| burglary | circumstances | commission | commit |
| complexion | competent | complaint | complainant |
| compliance | conceal | condone | confinement |
| confirm | confiscate | conjunction | constitutional |
| contraband | controversy | credible | corroborate |
| corruptible | counsel | culpable | curfew |
| cursory | custody | defendant | defraud |
| delinquent | deploy | detain | detriment |
| diagonally | discreet | discretion | discriminate |
| discriminatory | dispatch | dispatcher | disperse |
| disturbance | directive | dispute | divulge |
| duress | dwelling | effect | embezzlement |
| evacuation | excessive | exclude | extensive |
| facility | feasible | felony | frisk |
| fugitive | gallant | gratuities | guardian |
| harass | homicide | hysterical | identical |
| incapacitate | incarcerate | incite | incident |
| incriminate | indicate | indigence | influence |
| insufficient | interrogate | interrogation | intersecting |
| investigation | investigative | impede | implements |
| implicate | judgment | justifiable | justification |
| jurisdiction | juvenile | lapse | legality |
| loiter | malevolent | mandatory | mediate |
| minor | misdemeanor | mitigating | negligence |
| negotiation | obstruct | obtain | occupant |
| occupation | occurrence | offender | offense |
| operator | pedestrian | perpetrate | perpetrator |
| personnel | pertinent | potential | precedence |
| preceding | precinct | preliminary | premeditate |
| premises | presence | preserve | primary |
| prior | priority | procedure | processing |
| prosecute | prosecution | prosecutor | protection |
| provocation | provoke | pursuant | pursuit |
| recovered | reinforcements | relinquish | render |
| request | requirement | residence | resident |
| respond | robbery | ruse | secure |

1

security          seize             sequence          spontaneous
submit            subordinate       subsequent        substantial
sufficient        suspect           suspicious        suppress
technicality      technique         testify           theft
thwart            transport         vandalism         vehicle
vehicular         verify            vicinity          violate
violation         warrant

In the test, you will be given questions like the sample questions
below.  For each question, you are to pick the word or phrase <u>closest</u> in
meaning to the word or phrase in capital letters.


<u>SAMPLE QUESTIONS</u>


1.  DIVULGE

        A.  tell
        B.  vomit
        C.  give
        D.  take


2.  EXCLUDE

        A.  leave out
        B.  erase
        C.  give to
        D.  add


3.  OCCUPANT

        A.  job
        B.  resident
        C.  take over
        D.  owner


2

PRI 0219

# FILLING OUT STANDARD FORMS

Police Officers must be able to remember how to record information
properly on standard forms.  The exam will test your knowledge of how
well you remember the correct way to fill out the following five
forms:  the Incident Report Form, the Medical History Form, the Arrest
Record Form, the Firearms Record Form, and the Stolen Car Report Form.
The directions for filling out each form should be memorized.

Below is a sample Incident Report Form.

| INCIDENT REPORT (82-7) | | | |
|---|---|---|---|
| 1. Date | 2. District Occurrence | 3. Case Number | 4. Car Number |
| 5. Offense/Incident | | 6. Address of Occurrence | |
| 7. Name of Complainant | | 8. Sex   9. Race | 10. Birthdate |
| 11. Address | | 12. Occupation | |
| 13. Phone:<br>      Business<br>      Home | | 14. Employer | 15. Hours Per Week: |
| 16. Details: | | | |
| 17. Report to follow: _____ Yes _____ No | | | |
| 18. Time Out: ___ A.M. ___ P.M. | | 19. Time In: ___ A.M. ___ P.M. | |
| 20. Police Officer | | 21. District | |
| 22. Signature of Officer | | | |

Below is a listing of the block numbers and a description of the precise information that is to be entered in each block. You will not have these instructions in front of you when you take the test. It is important that you learn the instructions or you will not be able to do your best.



Directions for Incident Report Form (82-7)

Block 1.    The date block will have the current date listed numerically with month first, day, and then year separated by slashes. The name of the day of the week will be abbreviated after the date. Wednesday, March 24, 1982 would appear as 3/24/82 Wed. If the date of the incident is different from the current date, enter the date of the incident as a detail in Block 16.

Block 2.    List the district where the incident occurred.

Block 3.    Case numbers will be assigned by the dispatcher and the same numbers will be used on all follow-up reports.

Block 4.    List patrol car number.

Block 5.    Offense/Incident will use titles for crimes from the City Police Code and will be followed by code numbers.

Block 6.    List address of incident occurrence.

Block 7.    Complainant's name will list last name first, followed by first name and middle name. If the complainant and victim are two different persons, enter pertinent information about the victim, such as the victim's name, in the detail section in Block 16.

Block 8.    Use M or F for male or female.

Block 9.    Use W for white, B for black, H for hispanic, or O for other.

Block 10.   The birthdate will be written in the same way as the date in Block 1.

Block 11.   List address of complainant.

Block 12.   Under occupation, list the complainant's job title. If the complainant is unemployed, a student, or a homemaker, list this. For students, list grade.

Block 13.   List business and home telephone numbers of the complainant.

Block 14.   List name and address of complainant's employer or school. If none, write "none."

5

Block 15. Write the hours per week that the complainant spends working at place of employment or in school attendance. If complainant works shifts, write "shift." If hours of school or employment are irregular, write "irregular."

Block 16. Include a description of the incident. If the victim and complainant are two different people, then describe the victim by using the same kind of information used to describe the complainant in Blocks 7-15 above.

Block 17. Indicate whether or not a report of the incident will be written.

Block 18. For time out, write the time the officer arrived on scene.

Block 19. For time in, write the time the officer left scene.

Block 20. Under police officer, officer will print name and badge number. The police officer's name will be written in the following order: first name, middle initial (if used), last name.

Block 21. District means the district of officer's assignment.

Block 22. Officer will sign the Incident Report.

Complainant will be given pink copy of report.

Below is a sample Medical History Form.

```
+----------------------------------------------------------------------+
|                        MEDICAL HISTORY FORM                          |
+----------------------------------------------------------------------+
| 1.  Name                          | 2.  Precinct and Rank            |
|     Johnson, Freida C.            |     3rd, Police Officer          |
+-------------+---------------+-----------+------------------------------+
| 3. Height   | 4.  Weight    | 5.  Age   | 6.  Date of last physical    |
|             |               |           |     examination              |
|    5' 9"    |    160 Lbs.   |    35     |     February 15, 1931        |
+-------------+---------------+-----------+------------------------------+
| 7.  Performed by:                                                     |
|     Dr. Myers, 1620 Turner Ave., Washington, D.C.                    |
+----------------------------------------------------------------------+
| 8.  Do you or have you ever had any of the following? x Yes ___No    |
|     If yes, indicate the year the illness was first diagnosed        |
|     in the space provided.                                           |
|                                                                      |
|     _____ Pneumonia      _____ Measles      _____ Scarlet Fever      |
|                                                                      |
|     _____ Tuberculosis   _____ Mumps        _____ Asthma             |
|                                                                      |
|     _____ Diabetes       _____ Chicken Pox  1980 Hay Fever           |
+----------------------------------------------------------------------+
```

Below is a listing of the block numbers and a description of the precise
information that is to be entered in each block. You will NOT have
these instructions in front of you when you take the test. It is
important that you learn the instructions or you will not be able to do
your best.

Directions for Medical History Form

Block 1:   Officer's last name, first name, and middle initial

Block 2:   Precinct to which officer is currently assigned and present
           rank

Block 3:   Height without shoes

Block 4:   Current weight

Block 5:   Age

Block 6:   Date of last physical examination

Block 7:   Name and address of doctor seen at time of last physical

Block 8:   Indicate whether or not the officer has had any of the
           illnesses listed. If the officer has had illnesses, indicate
           the year the illness was first diagnosed in the space to the
           left of the illness.

Below is a sample Arrest Record Form.

```
                    ARREST RECORD FORM
 1. Name    Thomas Edwards              2. Age    26
 3. Address  2722 Alton Place, Hammond, Iowa

 4. Date   September 20, 1982      5. Time    8:45 P.M.
 6. Location      916 13th Street, Hammond, Iowa
 7. Offense    attempted robbery


 8. Witnesses   Martin VanTreuren


 9. Previous Arrests    none
10. Arresting Officer      Joseph Novello, #1234
```

Below is a listing of the block numbers and a description of the precise information that is to be entered in each block. You will NOT have these instructions in front of you when you take the test. It is important that you learn the instructions or you will not be able to do your best.

Directions for Arrest Record Form

Block 1:   Last name, first name, and middle initial of suspect arrested

Block 2:   Age of suspect

Block 3:   Home address of suspect

Block 4:   Date of arrest

Block 5:   Time of arrest; indicate a.m. or p.m.

Block 6:   Location of the arrest

Block 7:   Offense for which the suspect has been arrested

Block 8:   Witnesses to the offense and where they can be reached. Anyone directly involved with the crime, other than the criminal, is a witness including the victim.

Block 9:   Previous arrests, if records are available (if not, write "none")

Block 10:  Name and badge number of arresting officer

8

Below is a sample Firearms Record Form.

| FIREARMS RECORD FORM | |
|---|---|
| 1. Type of Firearm | Pistol |
| 2. Number | 9860023 |
| 3. Caliber or Gauge | .38 caliber |
| 4. Issued to | Janice Fleming, #6423 |
| 5. Precinct | 6th |
| 6. Instruction | August 14, 1978 |
| 7. Authorization | Anderson |
| 8. Issuing Officer | Minich |

Below is a listing of the block numbers and a description of the precise information that is to be entered in each block. You will NOT have these instructions in front of you when you take the test. It is important that you learn the instructions or you will not be able to do your best.

Directions for Firearms Record Form

Block 1:   Type of firearm (e.g., revolver, automatic pistol, rifle)

Block 2:   Serial number of firearm

Block 3:   Caliber or gauge of ammunition used in the firearm

Block 4:   First and last names and badge number of individual receiving the firearm

Block 5:   Precinct to which the individual receiving the firearm is assigned

Block 6:   Date on which the individual receiving the firearm was trained in the use of the particular firearm

Block 7:   Last name of the officer authorizing the use of the firearm

Block 8:   Last name of the supply officer issuing the firearm

Below is a sample Stolen Car Report Form.

| STOLEN CAR REPORT | |
|---|---|
| 1. Name    Lana Berghoff | |
| 2. Address   1812 Tulip Lane, Sacramento, California | |
| 3. Description<br>  3a. Make ___Volvo___  3b. Model ___Station Wagon___<br>  3c. Year ___1970___  3d. Color ___Blue___ | |
| 4. License No.<br>   YMD-124  CA | 5. Time Theft Discovered<br>   5:15 P.M.  1-11-82 |
| 6. Last Seen:<br> Tower Parking Lot, Sacramento, California | |
| 7. Reporting Officer    Terra, 3rd Precinct | |

Below is a listing of the block numbers and a description of the precise information that is to be entered in each block. You will NOT have these instructions in front of you when you take the test. It is important that you learn the instructions or you will not be able to do your best.

Directions for Stolen Car Report Form

Block 1:        Name of owner of car

Block 2:        Address of owner of car

Block 3a,b,c,d: Information on make, model, year, and color of vehicle

Block 4:        License number of vehicle and state of issue

Block 5:        Time and date theft was discovered

Block 6:        Location of car when it was last seen

Block 7:        Last name and precinct number of officer filling out
                report

In the exam, you will be given questions like the sample questions below.

<u>Sample Questions</u>

4.  On Monday, July 19, 1982, Jason Rockman, Superintendent of 1296
    Tripton, New Mexico, called the police and reported that his next
    door neighbor had slashed the tires of all the cars parked on
    Rockman Street.  Police Officer Antonia Randall of the 9th precinct
    answered the call.

| INCIDENT REPORT (82-7) | | | |
|---|---|---|---|
| 1.  Date | 2.  District Occurrence | 3.  Case Number | 4.  Car Number |
| 5.  Offense/Incident | | 6.  Address of Occurrence | |
| 7.  Name of Complainant | 8.  Sex | 9.  Race | 10. Birthdate |
| 11.  Address | 12.  Occupation | | |
| 13.  Phone:<br>     Business<br>     Home | 14.  Employer | | 15.  Hours Per Week: |
| 16.  Details: | | | |
| 17.  Report to follow: _____ Yes    _____ No | | | |
| 18.  Time Out: ___ A.M. ___ P.M. | 19.  Time In: ___ A.M. ___ P.M. | | |
| 20.  Police Officer | 21.  District | | |
| 22.  Signature of Officer | | | |

Which of the following should be in Block 1?

    A.  Monday July 19, 1982.
    B.  July 19, 1982
    C.  19 July 1982
    D.  7/19/82 Mon.

11

5. Police Officer Randolph Curtis (badge #142) arrested Marilyn O. Exner in her home at 103 Orange St., Merville, Nevada for the attempted robbery of a convenience store owned by Patti Scuderi. Officer Curtis made the arrest at 6:32 P.M. on March 3, 1982.

| ARREST RECORD FORM | |
|---|---|
| 1. Name   Exner, Marilyn O. | 2. Age   42 |
| 3. Address        103 Orange St.<br>Merville, Nevada | |
| 4. Date   March 3, 1982 | 5. Time   6:32 P.M. |
| 6. Location   103 Orange St., Merville, Nevada | |
| 7. Offense   arson | |
| 8. Witnesses      Patti Scuderi | |
| 9. Previous Arrests      none | |
| 10. Arresting Officer   Randolph Curtis, #142 | |

Of the following, which Block was incorrectly filled out?

 A. Block 1
 B. Block 3
 C. Block 7
 D. Block 10

POLICE PROCEDURES AND INFORMATION

Police Officers must be able to understand information and follow specified police procedures. You must also demonstrate your ability to remember the information presented in this booklet. You are to assume that the police procedures presented here are the procedures that must be followed. The procedures and information to be memorized are:

Hospital Cases

Use of Police Radio

Responsibilities of Police Officers at Crime Scenes

Transporting Prisoners

Reporting Vehicular Accidents

Job Specification for Police Officer Trainee



Carefully learn these police procedures. If there are any words in these procedures you do not understand, look them up in a dictionary. You will NOT have these materials in front of you when you take the test. It is important to learn carefully this information or you will not be able to answer the questions on this section of the test.

PBL0230

## Hospital Cases

Police personnel may be assigned to or encounter a hospital case. These cases will be considered emergencies unless a doctor or other medically trained person states otherwise. Hospital cases will be transported to the nearest hospital. not available at the nearest hospital, a patrol supervisor will be contacted and will make the final decision.

Whenever possible, such as in cases where a stretcher is not needed, hospital cases will be transported by patrol car instead of by patrol wagon. In the case of life-threatening situations, the City Paramedic Unit will be notified immediately. The paramedics will assume the care and transportation of the patient. Police officers will direct traffic and assist paramedics as required.

## Use of Police Radio

The purpose of police radio is to receive calls from the general public and dispatch unit, and to aid and inform police personnel in the field.
Police dispatchers can contact supervisors and dispatch supervisors when requested or needed by field officers. Dispatchers cannot make command decisions but can relay the information to the proper command personnel. Police dispatchers also will broadcast information of general interest to police such as names of wanted and missing persons, and information on crimes. In addition, they will assign an identification number to each incident for which an officer is to file a report. This number will be recorded in the proper block on the Incident Report (82-7) and on all subsequent reports resulting from the original incident.

Dispatchers will make assignments by broadcasting the vehicle number, location of assignment and reason (e.g., "214, 2200 Connecticut Avenue, possible child abuse"). Each assignment will be repeated at least three times. If a unit is in-service and does not acknowledge an assignment, the dispatcher will record this and the officer will be required to submit a written memo stating the reason he/she did not respond. Disciplinary action may result.

Units will respond to dispatchers by stating their vehicle number and "Okay" if they can respond to the call. If not, they will state their vehicle number and the reason they are not available. Then the dispatcher may assign another officer. Patrol officers will notify police radio upon arrival at the scene by stating the vehicle number and "on scene." Officers will again notify police radio at the completion of the assignment by stating the vehicle number and "available."

All uniformed officers will remain in radio range at all times unless they are out-of-service or there is a shortage of hand-held units. Officers who will be out of radio range will report to the dispatcher their vehicle number, location, and reason for being out of range (e.g., "214, 2414 Down Drive, no portable unit") and will report back in as soon as they have radio access.

When an officer wishes to contact the dispatcher in a non-emergency situation, he/she will wait for a break in communications and state the vehicle number. The officer will wait for dispatcher acknowledgement (i.e., "214 go ahead") before proceeding. The officer will acknowledge information and assignments by stating vehicle number and "Okay."

In emergency situations, the officer will state his/her vehicle number and "emergency." These calls take precedence and all other transmissions will stop until the emergency call is ended. Emergency calls include: assist officer calls, reports of crimes-in-progress, car accidents involving serious injury, riotous situations, and life-endangering situations.

15

Responsibilities of Police Officers at Crime Scenes
--------------------------------------------------

The first officer on the scene is responsible for protecting the scene and telling police radio what is needed in the way of necessary assistance. The officer also will take responsibility for the following:

1. Give first aid to the injured and make arrangements for transportation of the injured immediately.  The officer should try to outline the position of the body before removal.

2. Question victim(s), if possible, to find out what happened.  Notify police radio so information can be broadcast.

3. Detain all persons at the scene and try to prevent conversations among witnesses.

4. Do not let <u>anyone</u> touch or move anything at the scene or enter the crime scene except:

   A.  Those transporting the injured.

   B.  Personnel from the investigative unit and crime lab unit.  I.D. <u>must</u> be displayed on outer garment.

   C.  Police officers guarding the scene.

   D.  An object such as a motor vehicle at the scene may be moved if it is a danger to public safety.  Before moving it, outline its position and why and when moved.  Give this information to the chief investigator on the scene.

5. Maintain a log of the names and badge numbers of all persons entering the scene and the reason for entering.

6. <u>No</u> other personnel, including supervisors not involved in the investigation, are allowed on the crime scene.

## Transporting Prisoners

All persons will be searched by the arresting officer in accordance with procedures in section 11.07 of the Patrol Officer's Manual.

All prisoners will be taken to the district station by patrol wagon. If no wagons are available, prisoners will be transported in a patrol car after the officers receive permission from their sergeant. Two officers must be present in the car.  The prisoner will sit in the rear seat behind the passenger side and the second officer will sit behind the driver.

All prisoners will be handcuffed behind their backs.

Prisoners should be kept in the rear seat of the patrol car while waiting for the wagon.

Officers riding in the wagon will search the prisoner again in accordance with section 11.07 of the Patrol Officer's Manual.

After prisoners have been handed over to other authorities, officers will check their vehicles for contraband or weapons left behind or hidden by the prisoner.  Officers should check behind and under seats. In patrol wagons, officers also should check the canvas stretchers and blankets if so equipped.  Officers should exercise caution in case razor blades or other dangerous and exposed materials have been left behind.

<u>Reporting Vehicular Accidents</u>

The following procedures will be followed by police officers responding to or observing a vehicular accident:

1.  Check to see if there are any injured people who require hospital treatment.  If so, use police radio to request transportation.

2.  Obtain operator's license(s), registration card(s), and insurance card(s) from the operator(s).

3.  Fill out Incident Report for <u>all</u> accidents.

4.  If the accident is reportable, also fill out a Police Accident Report.  Reportable accidents are those in which any of the following occur:

    A.  There is death or injury.

    B.  Any vehicle is so damaged that it cannot be driven from the scene of the accident without further damage or danger, and towing is required.

    C.  There is any damage to state or local government property or vehicles.

    D.  The operator involved leaves the scene of the accident.

    E.  It is believed that the operator involved is under the influence of drugs or alcohol.

5.  Give operator(s) involved the report number of the completed Police Accident Form.

6.  Give each operator an officer's business card containing the officer's rank, name, district of assignment, badge number, and district phone number.

7.  Request police radio to send an officer from the Accident Investigation Unit in all cases where there has been fatal or potentially fatal injuries, or a local or state government vehicle is involved.

Note: The job specifications are not official with respect to the
position for which you are applying. They are included to test your
ability to read, understand, and recall information.

Job Specification for Police Officer Trainee

Salary Range: $10,900 - $15,200

Nature of Work:

This work applies to entry and training level positions in law
enforcement. The officer is trained in all aspects of law
enforcement. Often, considerable public contact is involved, therefore,
the officer is required to exercise the immediate practical judgment
necessary to cope with unusual or emergency situations. The officer is
expected to place emphasis on courteous explanation and personal
persuasiveness in routinely seeking the compliance of others in obeying
the laws. However, situations arise in which the officer must restrain
and/or arrest persons threatening the security of the public.

Performance of the work is guided by written procedures. The officer
receives close supervision from a higher level police officer. Officers
in the trainee class normally do not hold supervisory positions.

Examples of Work:

    Patrols assigned areas.
    Searches for missing persons.
    Compiles data, keeps records, and prepares written reports on
    enforcement activities.
    Enforces federal, state, and local laws.
    Issues warnings or summonses and arrests those apprehended for
    violations.
    Investigates accidents and criminal acts.
    Presents evidence and gives testimony in court.
    Renders emergency first aid.
    Gives motorists directions and assistance.
    Attends formal training courses.

Required Knowledge and Abilities:

Introductory knowledge of criminal, civil, and traffic laws; and,
knowledge of the care and use of firearms.

Ability to handle firearms safely; to comprehend oral and written
instructions; to write narrative reports; to meet situations requiring
tact, understanding, and good judgment; to detect situations imperiling
security and safety; to remember names and faces; to learn.

19

Minimum Qualifications:

Education: Graduation from high school or possession of a State high school equivalence certificate.

License: A valid Motor Vehicle Operator license.

Conditions of Employment:

1. Candidates will be given a medical examination to determine physical ability to perform the job. This examination may include strength and agility tests. Good vision is required.

2. Due to provisions in the Retirement System Law, candidates aged 70 or over will not be appointed.

3. Duties necessitate being outdoors in all types of weather, standing and walking, or in assigned vehicles.

4. Due to the nature and condition of the work, a criminal conviction record may be a bar to employment. Candidates who have a conviction record will not be prevented from taking the test. If an investigation determines that a criminal conviction record is job-related, the candidate will not be selected and the Department of Personnel will authorize the passing over of such names on the eligible lists as provided by State law.

5. Persons appointed to the position of police officer may be required to be present for duty on Saturdays, Sundays, and holidays. Officers in this position may be assigned to any one of three shifts on a permanent or rotating basis and are required to report to work when called in during emergencies.

6. Demonstration of practical knowledge and proficiency in the safe use and care of firearms may be required of applicants prior to appointment or upon completion of the Police Training Commission course.

7. Prior to appointment being made permanent, a person appointed to a position of police officer trainee must have successfully completed, within the first year of employment, a training course approved by the Police Training Commission. Candidates must, therefore, be able to meet the minimum standards as determined by the Police Training Commission.

8. Candidates receiving a passing rating on all parts of the test will be interviewed before appointment. Also, candidates are subject to investigation by the State Police in order to establish eligibility to be commissioned to make arrests and to obtain a gun permit.

9. Persons appointed to this position may be required to have a telephone in their residence so that they may be contacted at any time.

20

Sample Questions

The following question is based on "Responsibilities of Police Officers at Crime Scenes."

6. You are the first officer on the scene. Your sergeant, who is not part of the investigation, wants to enter the crime scene. You should:

   A.   let him enter.
   B.   let him enter but caution him not to move or touch anything.
   C.   let him enter and record his name and badge number in the log.
   D.   not let him enter.

The following question is based on "Reporting Vehicular Accidents."

7. You arrive at the scene of an accident at the intersection of Apple Street and Orange Avenue. The owner of a badly damaged car tells you she saw a man in a van run into her parked car. You should:

   A.   use police radio to broadcast the description of the van.
   B.   fill out an Incident Report and a Police Accident Report.
   C.   put a tag on the car with the name of the owner and the date of the accident.
   D.   question witnesses to verify the car owner's account of the accident.



WANTED POSTERS

The exam will test your ability to recall information about the fictitious wanted posters in this booklet. You will be tested to memorize both the picture and all the written information on each poster. You will NOT be able to use this study booklet during the exam. The pictures shown in the wanted posters, without the accompanying written information, will be in the exam. You will be asked questions that require knowing the written descriptive information for each picture.

# WHITTAKER CLOCK STOLEN

Case 1:04-cv-00004-SJM    Document 172-9    Filed 11/08/2006    Page 26 of 55



This clock, an extremely valuable antique, possesses many jewels and was carved with a very delicate design from the finest of wood.

It was stolen from the home of the Whittaker's in New York on June 3, 1981.  It was later reported seen at an auction in Miami, Florida and may have been sold to a man named "Zeppy" Golden who is wanted for questioning by the police.

The clock has the Whittaker name imprinted on the inside of the case. A reward of $100,000 is offered for its return.  Police should be notified immediately of any information.

PRI0240

WANTED FOR MURDER

Linda "Topsy" Curtis

```
Age:    26
Race:   Black
Weight: 114 Lbs.
Height: 5' 4"
Hair:   Brown
Eyes:   Brown
```

This woman held up a post office in Nebbins, Missouri.  She killed the post master and escaped with an undetermined amount of cash.

CAUTION:  ARMED AND DANGEROUS

# WANTED FOR ASSAULT WITH INTENT TO KILL



James Littlefeather

Age: 32                          Weight: 200 Lbs.
Race: Native American            Hair: Black
Height: 5' 9"                    Eyes: Brown
Occupation: Bartender
Identifying Marks: Scar on right cheek
Alias: Jimmy the Chief and Jimmy Reds

On Saturday, March 29, 1980, James Littlefeather attacked and stabbed a patron of the bar at which he was employed at 3907 Oyster Street.

CAUTION: KNOWN TO CARRY A HUNTING KNIFE STRAPPED TO HIS LEG. CONSIDERED DANGEROUS IF ANGERED.

CITY POLICE DEPARTMENT

# WANTED FOR ARMORED TRUCK ROBBERY





Jane Cable

"Plaster" Harris

Age:  34
Race:  White
Weight:  145 Lbs.
Height:  5' 7"
Hair:  Brown
Eyes:  Green

Age:  44
Race:  Black
Weight:  190 Lbs.
Height:  6' 2"
Hair:  Brown
Eyes:  Brown

Cable and Harris halted a Brinks truck in New York City on September 15,
1982 and robbed the driver of an undisclosed amount of cash.  They escaped
leaving the driver  unharmed.  They are thought to have remained in the
New York City area.

WANTED



James "Pudgy" Pecosky
Age: 61 Years

Melvin Hannon
Age: 53 Years

The two men held up First National Bank in Pekin, Minnesota on July 8,
1982. They escaped with $350,000 after killing all five customers and
one employee in the bank. They are thought to be in the Chicago area.

Anyone with information concerning the whereabouts of the two men should
contact the local office of the FBI.

CAUTION:  ARMED AND DANGEROUS

PRI 0244

# WANTED FOR MURDER

On Monday, August 7, 1978, Norton Edwards shot and killed a police officer as Edwards was fleeing from a house at 4207 Pearl Street.



Norton Edwards

Age:  32                          Weight:  180 Lbs.
Race:  White                      Hair:  Light Brown
Height:  6' 1"                    Eyes:  Blue
Occupation:  Cable Splicer        Alias:  Mike Edwards
Identifying Marks:  Long scar on lower right leg.

CAUTION:  ARMED AND EXTREMELY DANGEROUS

If you have any information on this person or his whereabouts, contact the City Police Department.  All information will be confidential.

28

## $5,000 REWARD

For information leading to the arrest and conviction of Joseph Englo
who is wanted for embezzling $900,000 from the 23rd National Bank in
Fairbanks, Georgia.





Joseph Englo

Age: 37                          Weight: 150 Lbs.

Race: Black                      Hair: Black

Height: 5' 11"                   Eyes: Hazel

Occupation: Accountant           Nickname: Joey E.

Contact Detective Morris at the Fairbanks, Georgia Police Department if
you have any information.

# WANTED FOR ARMED ROBBERY AND KIDNAPPING



Rosemary Quantico                    Evelyn Wayside

Age:  28                             Age:  34
Race:  White                         Race:  White
Height:  5' 9"                       Height:  5' 10"
Occupation:  Model                   Occupation:  Word Processor
Weight:  125 Lbs.                    Weight:  150 Lbs.
Hair:  Light Brown, maybe            Hair:  Red
       dyed Blonde                   Eyes:  Blue
Eyes:  Blue                          Alias:  Eve Seis and Annette Minolli
Alias:  Marie Anton and Mary Wood

These two women are wanted for bank robbery in Kansas, Missouri, and
Oklahoma.  They have carried sawed-off shotguns in some of their rob-
beries.  They have taken hostages, whom they subsequently released,
in some robberies.

Any information on these two people, their current appearance, loca-
tion, or vehicles should be reported to the local FBI.

CAUTION:  DO NOT ATTEMPT TO CONFRONT THEM.  THEY ARE ARMED AND DANGEROUS.

# WANTED FOR KIDNAPPING





Marianne Evans                    Edward Bain

Age: 24                          Age: 27
Race: White                      Race: White
Height: 5' 3"                    Height: 5' 8"
Occupation: Cashier; Waitress    Occupation: Truck Driver
Weight: 105 Lbs.                 Weight: 160 Lbs.
Hair: Brown                      Hair: Brown
Eyes: Brown                      Eyes: Brown
Alias: Mary George               Alias: Mark George
Identifying Marks: Scar on right
                   forearm.

On Wednesday, June 3, 1981, Marianne Evans and Edward Bain kidnapped
John Brown, the 5-year-old son of Joshua and Jeanette Brown of
Arlington, Virginia.  They fled in a late-model blue Chevrolet.

If you have any information on these people, please contact the local
FBI office.

CAUTION:  POSSIBLY ARMED AND DANGEROUS

31

# WANTED FOR ARMED ROBBERY

Case 1:04-cv-00004-SJM     Document 172-9     Filed 11/08/2006     Page 35 of 55





Alan Neill

John Hopkins

Age:  43

Race:  White

Height:  5' 8"

Distinguishing features:  Walks
        with a slight limp

Weight:  128 Lbs.

Hair:  Medium Brown

Eyes:  Green

Alias:  Neal Allen

Age:  31

Race:  White

Height:  5' 11"

Distinguishing features:  Scar
        across back of right hand

Weight:  170 Lbs.

Hair:  Brown

Eyes:  Green

Alias:  Jim Hopkins, John Green

On Tuesday, October 18, 1982, Alan Neill and John Hopkins robbed the
G&L Savings Fund Society in Oswego, New York.

CAUTION:  THEY ARE ARMED AND CONSIDERED EXTREMELY DANGEROUS

# MISSING PERSON



Karen Adams

```
Race:  White
Age:  5
Height:  3' 6"
Weight:  50 Lbs.
Hair:  Blonde
Eyes:  Blue
```

Karen Adams was last seen on Thursday, September 9th, 1982 at 3:00 P.M. as she was leaving Holy Cross School.  She was wearing a light blue polo shirt and blue jeans.

Anyone knowing of her whereabouts, please contact Agent Morris Fletcher at the Albany, N. Y. FBI office.

WANTED FOR FORGERY



Alice Granbach

Age:  27
Race:  White
Height:  5' 7"
Weight:  200 Lbs.
Hair:  Light Brown
Eyes:  Blue
Occupation:  Keypunch Operator

Alice Granbach is wanted for forgery, receiving stolen goods, theft, and
conspiracy for the unauthorized use of stolen credit cards.

MISSING PERSON

Case 1:04-cv-00004-SJM     Document 172-9     Filed 11/08/2006     Page 38 of 55



May Scott

| | |
|---|---|
| Age:  20 | Weight:  115 Lbs. |
| Race:  White | Hair:  Black |
| Height:  5' 8" | Eyes:  Blue |
| Occupation:  Student | Nickname:  Scotty |

Last seen on Monday, May 24, 1982 at 11:00 A.M. going to classes at
City University.  She was wearing a light blue T-shirt with a peace
logo, blue jeans and sandals.

CITY POLICE DEPARTMENT

# WANTED FOR ARSON



Ramon Rodriquez

Age:  31                    Weight:  120 Lbs.
Race:  Hispanic            Hair:  Brown
Height:  5' 5"             Eyes:  Green
Complexion:  Light Brown

On Tuesday, May 19, 1981, Ramon Rodriquez was seen leaving the Hubble
Clothes Store at 12th and Julep Streets where he was believed to have
set a fire which destroyed the store.

WANTED



Marshall Aaron Brown

Age: 43                     Weight: 185 Lbs.
Race: White                 Hair: Black
Height: 6' 0"               Eyes: Brown
No known occupation         Alias: Mark Brown, Aaron Marshall

Marshall Aaron Brown is wanted for car theft, conspiracy, and unlawful
flight to avoid prosecution.  He is believed to be working for inter-
state car theft conspiracy.  He usually carries a stiletto-style knife
taped to the inside of his leg.  He is considered armed and dangerous.

Anyone having information regarding his whereabouts should notify the
local FBI office.

# WANTED FOR RAPE AND MURDER



Harry Yuchted

Age:  31
Race:  White
Weight:  165 Lbs.
Height:  5' 7"
Hair:  Blonde
Eyes:  Gray

This man is connected with a string of rapes and murders throughout the state of Texas.  He was last seen in Dallas on March 29, 1981.  Crimes include raping and murdering a Fort Worth waitress and a Dallas store clerk.  He is known for his ability to change appearance.

Anyone with any information regarding this man should contact the Police Department.

38

Sample Questions



8.  This man has:

    A.  a scar on his face.
    B.  no identifying marks.
    C.  a scar on his lower right leg.
    D.  a scar on his right arm.

9.  This man's name is:

    A.  Joseph Englo
    B.  Ramon Rodriquez
    C.  Marshall Brown
    D.  Joey E. Morris

PRI 0256

# ACCIDENT DIAGRAMS

One section of the exam will test your ability to understand accident diagrams. Each question presents a description of an accident. In some questions, your understanding of directions (north, south, east, and west) will be tested. In other questions you must choose the diagram that best represents the description of an accident.

Symbols are used to represent vehicles and pedestrians and their movements. These symbols and their meaning will be used in the test.

Moving vehicles are represented by this symbol:   front      rear

Parked vehicles are represented by this symbol:   front      rear

Pedestrians and the direction in which they are heading are represented by a circle and an arrow:   

Bicyclists and the direction in which they are heading are represented by this symbol and an arrow:   

Solid lines indicate the path and direction of a vehicle or person before an accident happens:   

Dotted lines indicate the path and direction of a vehicle or person after an accident happens:   

Sample Question

Question 10 is a diagram of an accident. You are to determine the missing directions. Read the question, study the diagram and then choose the set of directions that matches the diagram of the accident.



10. A car traveling north turns _____ onto DeSoto Avenue and swerves to avoid a second car heading _____ on Main Street attempting to make a _____ turn heading _____ on DeSoto.

    A.  right, south, right, west
    B.  left, south, left, east
    C.  left, north, left, east
    D.  right, north, right, east

41

Question 11 contains a description of an accident. Choose the diagram
that best represents the accident.



11. A car heading west on Truman Avenue swerved to avoid hitting a
    pedestrian and was hit by a second car heading north on First
    Street. The first car was pushed into a car parked on the north
    side of Truman Avenue. Which of the four diagrams above best
    illustrates the accident?

    A.  1
    B.  2
    C.  3
    D.  4

# EXERCISING JUDGMENT

Another part of the test measures your ability to put information into a meaningful order. No special knowledge is required. It is a question of using good judgment and common sense. In the following format, Roman numerals are used (I = one, II = two, III = three, and IV = four).

Sample Questions

12. A police officer is arresting a suspect. In what order should the officer do the following?

    I. Search the suspect.
   II. Inform the suspect of the intent to arrest him/her and of his/her constitutional rights.
  III. Specify the charges or reason for arrest.
  IV. Identify himself/herself.

A. IV, II, III, I
B. II, IV, III, I
C. III, IV, I, II
D. IV, I, III, II

13. A police officer has arrived at the scene of a crime and is about to conduct a preliminary investigation. In what order should the officer do the following?

    I. Arrange for searching the scene and collecting evidence.
   II. Locate, detain, and identify witnesses.
  III. Render aid to the injured.
  IV. Get a description of the suspect.

A. IV, III, II, I
B. III, IV, II, I
C. II, III, IV, I
D. I, III, II, IV

43

## PROBLEM SENSITIVITY

This section of the exam measures your ability to choose the course of
action that should be taken in certain situations.

Sample Questions

What should an officer do <u>first</u> when investigating an incident?

14. A.  Write a report of the incident.
    B.  Inform other police officers of the incident.
    C.  Proceed to the scene of the incident.
    D.  Interview witnesses.

Getting the correct information to the emergency medical personnel is
extremely important.  It is suggested that you, the police officer, make
the call if possible, or assign the task to a person who appears calm.
If you are alone at the accident scene, do not leave the victim until
breathing is restored, all bleeding has been stopped, the victim is no
longer in danger of further injury, and all precautions have been taken
against shock.  When the emergency medical personnel arrive, brief them
as to what happened to the victim, the type of first aid you have
administered, and the physical status of the victim.

15. When the emergency medical personnel arrives at the accident scene,
    you <u>first</u> should tell them:

    A.  how long the victim's breathing has been restored.
    B.  how long the bleeding has been stopped.
    C.  that the victim appeared to be going into shock.
    D.  the type of first aid you administered.

PLEASE TURN TO THE NEXT PAGE

# SCANNING AREA MAPS

One section of the exam tests your ability to orient yourself within a given region on a map. Using the map accompanying questions 16 through 18, choose the best way of getting from one point to another.

The New Bridge is closed to traffic because it has a broken span.

MAP 1



LEGEND:
1 MILE = 10 CITY BLOCKS

Arrows (⟶) indicate one-way traffic and direction of traffic. A street marked by an arrow is one way for the entire length of the street.

45

PRI0263

Sample Questions

16. Officers in a patrol car which is at the Airport receive a call for
    assistance at Best Hospital.  The shortest route without breaking
    the law is:

    A.  Southwest on River Drive, right on Forest, cross Old Bridge,
        south on Meadow, and west on Burnt to hospital entrance.
    B.  Southwest on River Drive, right on New Bridge, left on Meadow,
        west on Burnt to hospital entrance.
    C.  Southwest on River Drive, right on Old Bridge, left on Turner,
        right on Burnt to hospital entrance.
    D.  North on River Drive to Topp, through City Park to Forest, cross
        Old Bridge, left on Meadow, west on Burnt to hospital entrance.


17. After returning to the police station, the officers receive a call
    to pick up injured persons at an accident site (located on the east
    side of New Bridge) and return to Valley Hospital.  The shortest
    route without breaking the law is:

    A.  West on Roller, north on River Drive, left to accident scene at
        New Bridge, then north on River Drive to hospital entrance.
    B.  North on Third, left on Forest, north on River Drive, left to
        accident scene at new Bridge, then south on River Drive to
        hospital entrance.
    C.  East on Roller, left on First, west on Maple, north on Third,
        left on Forest, north on River Drive to accident scene at New
        Bridge, then south on River Drive to hospital entrance.
    D.  North on Third, left on Forest, cross Old Bridge, north on
        Meadow to New Bridge, south on Meadow, east over Old Bridge,
        then south on River Drive to hospital entrance.


18. While at the Valley Hospital, the officers receive a call asking
    them to pick up materials at the Ace Supply and return them to the
    police station.  The shortest route without breaking the law is:

    A.  North on River Drive, cross New Bridge, west on Crown to Ace
        Supply, then south on Front, east on Burnt, north on Meadow,
        cross Old Bridge, east on Forest, south on Third to police
        station.
    B.  North on River Drive, right on Roller to police station, then
        north on Third, left on Forest, cross Old Bridge, north on
        Meadow, west on Crown to Ace Supply.
    C.  North on River Drive, cross Old Bridge, north on Meadow, west on
        Crown to Ace Supply, then east on Crown, south on Meadow, cross
        Old Bridge, east on Forest, south on Third to police station.
    D.  North on River Drive, cross Old Bridge, south on Meadow, west on
        Burnt, north on Front to Ace Supply, then east on Crown, south on
        Meadow, cross Old Bridge, east on Forest, south on Third to
        police station.

46

# IDENTIFYING THEMES AND IDEAS

One section of the exam will test your ability to determine or
understand a theme or idea presented in pictures or in written passages.

Sample Question

The three pictures shown below contain a common idea or theme.  From the
four concepts listed in question 19, choose the <u>one</u> concept that is
common to all of the pictures.



19. Which of the following concepts is common to all of the
    illustrations shown above?

    A.  Astronomy
    B.  Planets
    C.  Solar System
    D.  Space Exploration

PRI0265

Read the passage preceding Question 20. Then, choose the one best
answer based on the information given in the passage.

The safety of the victim at an emergency location is of primary
interest. Your first decision may be to move the victim out of danger
to prevent further injury or death (for example, from burning buildings,
explosive areas, etc.). Once the consciousness or unconsciousness of
the victim is determined, your next step is to evaluate the nature and
seriousness of the injury. Next, you must assess the emergency first
aid that should be administered to the victim and your competence in
administering this first aid. Then, you must determine the additional
medical assistance you will need at the scene of the emergency.

20. As a police officer you are dispatched to an accident scene
    involving an injured person. According to the above passage, you
    should first:

    A. check for bleeding or for broken bones.
    B. check area surrounding victim for evidence.
    C. check for breathing if victim appears to be choking.
    D. determine if victim is in danger of further injury.

PRI0266

PRE-EXAMINATION STUDY BOOKLET

<u>Answer Sheet</u>

1. A                           11. C

2. A                           12. A

3. B                           13. B

4. D                           14. C

5. C                           15. D

6. D                           16. A

7. B                           17. B

8. C                           18. C

9. A                           19. D

10. B                          20. D

PRL0367