# 2006
# TEST PRODUCTS & SERVICES

### Validated ■ Respected ■ Effective

*The pioneer in personnel selection, serving the public sector worldwide since 1953.*



**IPMA-HR**
INTERNATIONAL **PUBLIC MANAGEMENT**
**ASSOCIATION** for **HUMAN RESOURCES**

# ENTRY-LEVEL POLICE TESTS

## D-1, D-2, and D-3 Entry-Level Police Officer Tests

**100 ITEMS, 2 HOUR 10 MINUTE TIME LIMIT**
(includes 25 minutes for *TIPs*)

No prior training or experience as a police officer is assumed of candidates taking any of these three forms. These entry-level tests effectively predict performance in both the police academy and on the job, as demonstrated through ongoing criterion-related validation studies. The updated technical report describes a considerable amount of new data collected in 2005. Inclusion of a non-cognitive testing component raises the validity of these tests, and also serves to markedly lower their adverse impact on minority group candidates. This component is not included in other entry-level police officer tests.

One hundred questions, closely attuned to the community policing philosophy because of their inclusion of a non-cognitive component and problem-solving questions, assesses candidates on the following job dimensions:

| CONTENT: | # OF ITEMS: | | |
| --- | --- | --- | --- |
| | D-1 | D-2 | D-3 |
| Observation and Memory (Wanted Posters) | 25 | 27 | 21 |
| Ability to Learn Police Material | 25 | 23 | 29 |
| Police Interest Questionnaire (Non-Cognitive) | 30 | 30 | 30 |
| Verbal and Reading Comprehension | N/A | 9 | 11 |
| Situational Judgment and Problem Solving | 20 | 11 | 9 |

Allow candidates 25 minutes prior to test administration to study *TIPs*, and give candidates 1 hour 45 minutes to complete the test.

Need a more complete assessment of your candidates? Consider…

- *Assessing your candidates' job-related writing skills with the Police Officer Report Completion Exercise.*
- *Using the Police Officer Background Data Questionnaire to assess an additional non-cognitive component.*

The technical report for the *D-1, D-2,* and *D-3* provides complete information on the job analysis, test development, and test validation processes used for these examinations. A security agreement is necessary to order this report.

*NOTE: TIPs should not be distributed to candidates prior to the day of the test. TIPs is an integral, timed part of the test and should be distributed, timed, and collected just prior to the distribution of test booklets.*

*NOTE: The D-1, D-2, and D-3 are comparable forms.*

## A-4 Police Officer Video Test

**90 ITEMS, 2 HOUR 35 MINUTE TIME LIMIT**
An alternative to traditional multiple-choice exams, the *A-4 Police Officer Video Test* portrays a videotaped roll call meeting. Videotaped scenarios depicting police incidents were designed to assess candidates' situational judgment and interpersonal skills. Utilizing the videotaped scenarios may reduce the possibility of adverse impact on minority group candidates. All instructions as well as a count down timer are included on the video to facilitate test administration.

| CONTENT: | # OF ITEMS |
| --- | --- |
| Ability to Observe, Listen To, and Remember Information | 25 |
| Ability to Use Situational Judgment and Interpersonal Skills | 40 |
| Ability to Learn and Apply Police Information | 25 |

Use of videotaped scenarios makes proctoring the test easier, which makes the *A-4 Police Officer Video Test* ideal for agencies testing a large number of candidates.

The technical report for the *A-4 Police Officer Video Test* provides complete information on the job analysis, test development, and test validation processes used for this examination. A security agreement is necessary to order this report.



**POLICE SERVICE**

# GLOSSARY

**administration fee:** A fee to cover expenses related to the preparation of test materials.

**adverse impact:** The extent to which members of a particular race, sex, or ethnic group have a lower rate of selection in hiring, promotion, or other employment decisions.

**assessment:** Any test or procedure used to measure a candidate's employment or career-related KSAPs or qualifications.

**assessment center:** A method for assessing a candidate's KSAPs and performance using an assortment of interactive simulation exercises.

**BDQ:** Background Data Questionnaire.

**biodata key:** A scoring procedure for biodata questionnaires which gives point values to questionnaire items and choices that have been shown by research to be significantly related to actual measures of job success (such as supervisor ratings, training success, etc.). The point values of biodata keys tend to be complex and must be computer-scored. With biodata keys, higher scores equal a statistically higher likelihood of job success.

**biodata instrument:** A selection tool containing background data items in which individuals are asked to recall and report typical behaviors or experiences in a situation likely to have occurred earlier in their lives. Biodata instruments may be used to make personnel selection decisions as well as to identify events that lead to destructive tendencies. Overall, biodata instruments are highly reliable, have acceptable to high levels of validity, and have less adverse impact against minority groups than most other instruments used to predict job performance.

**cognitive ability:** General mental ability or intelligence.

**comparable forms:** Two or more versions of a test that measure the same KSAPs for which statistical similarity has not been demonstrated. Although these tests contain questions that measure the same KSAPs, the actual questions are different. To increase test security, Agencies may alternate between comparable forms during different test administrations.

**content validity or validation:** The extent to which the content of a test (a) represents the subject area or behavior it is intended to measure and (b) is related to requirements and qualifications important for successful job performance. Each of IPMA-HR's entry-level exams are based on both content and criterion-related validation studies, while promotional tests are based solely on content validation studies.

**criterion-related validity or validation:** Demonstrated by empirical data showing that the selection procedure is predictive of or significantly correlated with important elements of job performance.

**equivalent forms:** Two or more versions of a test that can be equated by the use of a scoring formula so that scores on each version can be directly compared. Although tests contain questions that measure the same KSAPs, the actual questions are different. To increase test security, agencies may alternate between equivalent forms during different test administrations. Statistical adjustments can be performed if agencies want to use the tests as parallel rather than equivalent forms.

**inspection copy:** A copy of the examination agencies can request to ensure items are appropriate and job-related.

**job analysis:** A systematic process used to identify the tasks, duties, responsibilities, and working conditions associated with a job and the knowledge, skills, abilities, and personal characteristics required to perform a job.

**key (keyed):** See *biodata key*.

**KSA:** Knowledge, skills, and abilities.

**KSAP:** Knowledge, skills, abilities, or personal characteristics.

**non-cognitive ability:** Non-intellective factors including affective, personal, and social variables that predict successful job performance. Examples include interpersonal skills, emotional intelligence, cooperativeness, sense of responsibility, service-mindedness, and conscientiousness.

**parallel forms:** Two or more versions of a test that are statistically equivalent in terms of raw score means, standard deviations, error structures, and correlations with other measures for any given population. Parallel forms can be used if agencies want to deliver two different tests during the same test administration. Although IPMA-HR has statistically equated tests that are considered to be parallel forms, the agencies using these tests as parallel forms should review the technical report to determine whether adjustments are necessary.

**PIQ:** Police Interest Questionnaire.

**predictor:** A measurable characteristic used to predict job performance.

Case 1:04-cv-00004-SJM   Document 172   Filed 08/28/2006   Page 3 of 4

*This glossary provides definitions of terms as used in this catalog. For many of the terms, multiple definitions can be found in the literature; also, technical usage may differ from common usage.*

psychometric analysis: Rigorous statistical analysis of test items to ensure that items accurately and consistently measure knowledge and skills.

RCE: Report Completion Exercise.

reading list: A list of books used by candidates to prepare for promotional examinations. If reading lists are provided to candidates, IPMA-HR strongly recommends that the candidates receive the list 60 to 90 days before test administration. Since new editions of books are published or go out-of-print, it is important that the agencies contact IPMA-HR before posting a reading list to ensure it is current.

security agreement: See *STSA*.

situational judgment test: A test presenting scenarios focused on the tasks and behaviors inherent in the target job. Each scenario depicts a work-related situation requiring the candidate to choose the best course of action by responding to multiple-choice questions. Responses are scored according to relative level of effectiveness as previously determined by a panel of subject matter experts.

STSA: Standard Test Security Agreement. This agreement is intended to protect the mutual interests of all public agencies and officials that use test materials obtained from IPMA-HR, as well as the interests of persons who take such tests. In order that no person may gain special advantage by having improper access to the material IPMA-HR requires as a condition for making its test materials available that all users sign this agreement and fulfill its terms.

subject matter expert (SME): An individual who is considered to be extremely knowledgeable about the target job and participates in one or more phases of the selection process. Typically, SMEs are incumbents, supervisors, or trainers in the job classification for which the selection process is conducted.

SV: Scrambled Version. Test questions have been reordered to increase test security.

technical report: A report that provides information on the job analysis, test development, and validation process for a given test. A security agreement is necessary to order technical reports.

test response data report: A report presenting test data gathered on candidates from jurisdictions that use IPMA-HR tests. This includes information about passing points, score distributions, and adverse impact.

test information packets (*TIPs*): Formerly called *Study Guides*, *TIPs* were designed to help assess candidates' ability to read, learn, and apply information of the type they will be required to learn on the job. *TIPs* are an essential, timed part of the tests they accompany, and are distributed and collected just prior to handing out the test booklets. A certain percentage of the test booklet will ask candidates questions about what was in the *TIP*. This is done to test how well they were able to read and absorb the material. *TIPs* must be returned with all unused examinations.

validation: The process of determining and documenting what a test or selection procedure measures and the relationship between scores and job performance.

validity: The degree to which actions or inferences based on test results are meaningful or supported by theory and empirical evidence. See *content validity* and *criterion-related validity*.

video-based exercise: See *video exam*.

video test: A work sample test in which vignettes of on-the-job situations are depicted in video format on a screen or computer monitor. The candidate is asked a series of questions about how he or she would react to or handle the situation vignettes. The candidate could be questioned via multiple choice items, open-ended essay, short answer questions, or by raters in an interview situation. Scoring is based on pre-determined criteria.

# REFERENCES

American Psychological Association, American Educational Research Association, National Council on Measurement in Education (1999). *Standards for educational and psychological testing.* Washington, DC: American Psychological Association.

Adopted by the Equal Employment Opportunity Commission, the Civil Service Commission, the Department of Labor and the Department of Justice (1978). Uniform guidelines on employee selection procedures. *Federal Register,* 43(166).

Issued by the Equal Employment Opportunity Commission, the Department of Labor, the Department of Justice, the Office of Personnel Management, and the Treasury Department's Office of Revenue Sharing (1979). Questions and answers on the uniform guidelines on employee selection procedures. *Federal Register,* 43(641).

Society for Industrial and Organizational Psychology (1997). *Principles for the validation and use of personnel selection procedures, third edition.* Joessy-Bass: Bowling Green, OH.

Whetzel, D. and Wheaton, G. (1997). *Applied measurement methods in industrial psychology.* Davies-Black Publishing: Palo Alto, CA.