# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

United States of America )
)
**Plaintiff** )
)
vs. ) No. 1:04 cv 4
)
City of Erie )
)
**Defendant** )

**HEARING ON** Individualized Fairness Hearing

Before Judge Sean J. McLaughlin

Sharon Seeley, Esq.                Gerald Villella, Esq.
Claire Geller, Esq.                Ken Zak, Esq.
*Appear for Plaintiff*             *Appear for Defendant*

Hearing begun 11-20-06  9:05 AM  Hearing adjourned to _____
Hearing concluded C.A.V.  10:13 AM  Stenographer Ron Bench
**WITNESSES:**  Clerk: K. A. Scibetta

**For Plaintiff**                  **For Defendant**

π's oral motion in limine to exclude evidence as to various written civil service exams is GRANTED. Objections to the π's' relief determinations are overruled and the relief determinations, as amended, will be upheld. Judgment Order to follow.