IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br>　v.<br>THE CITY OF ERIE,<br><br>　　　　Defendant. | )<br>)<br>)<br>)  Civil Action No. 04-4 Erie<br>)<br>)<br>)<br>) |

## JUDGMENT ORDER

AND NOW, *to wit*, this 20th day of November, 2006, for the reasons set forth on the record during the fairness hearing on individualized relief this same day,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that JUDGMENT be entered in favor of the Claimants, and against the City of Erie, to the extent reflected in the Plaintiff's Relief Awards List, as corrected on November 15, 2006 and appended hereto.

　　　　　　　　　　　　　　　　　　s/　　Sean J. McLaughlin
　　　　　　　　　　　　　　　　　　　　 United States District Judge

cm:　all parties of record.