# RELIEF AWARDS LIST
## (CORRECTED 11/15/2006)

|  | CLAIMANT NAME[1] | APPLICATION YEAR(S)/ PRESUMPTIVE HIRE DATE[2] | TIMELY INTEREST IN RELIEF FORM? | SEEKING PRIORITY HIRE? | TYPE/AMOUNT OF RELIEF TO BE AWARDED |
|---|---|---|---|---|---|
| 1. | *BOOTH, FRANCES (GREEN) | 2002 (according to claimant) August 27, 2002 | YES | YES | NONE |
| 2. | FLAK-BOYAJIAN, DAWN | 2000 | YES | NO | MONETARY ($3,288.00) |
| 3. | BRADLEY, NICOLE | 1998 | YES | NO | MONETARY ($3,288.00) |
| 4. | *BROPHY, SHANNON | 2002 | YES | YES | NONE |
| 5. | *BURTON, LINDA (MILLS) | 1996 March 8, 1997 | YES | NO | MONETARY ($3,288.00) |
| 6. | SUL-CELLINE, ELIZABETH | 2000 | YES | NO | MONETARY ($3,288.00) |
| 7. | COOPER, SAPRINA | 2000 March 2, 2001 | YES | YES | MONETARY ($3,288.00) AND HIRING |
| 8. | DEVLIN, HEATHER | 2000 | YES | NO | MONETARY ($3,288.00) |
| 9. | DUDICS, JULIA | 2000 | YES | NO | MONETARY ($3,288.00) |
| 10. | DUNKLE, HEATHER | 1998 | YES | NO | MONETARY ($3,288.00) |

[1] Each of the claimants who requested a form of relief that the United States does not believe she should receive is marked with an asterisk.

[2] Presumptive hire dates are listed only for claimants seeking priority hiring relief.

| | CLAIMANT NAME | APPLICATION YEAR(S)/ PRESUMPTIVE HIRE DATE | TIMELY INTEREST IN RELIEF FORM? | SEEKING PRIORITY HIRE? | TYPE/AMOUNT OF RELIEF TO BE AWARDED |
|---|---|---|---|---|---|
| 11. | *EASTER, ETHEL | 199 (according to Claimant) March 8, 1997 | YES | YES | NONE |
| 12. | EVERTS, DARLENE (WEISLOGEL)[3] | 1998 March 3, 1999 | NO | NO | MONETARY ($3,288.00) |
| 13. | FOLTYN, AMY | 1996 March 8, 1997 | YES | YES | MONETARY ($3,288.00 AND HIRING |
| 14. | FREY, CHERYL | 2002 August 27, 2002 | YES | YES | MONETARY ($22,035.00) AND HIRING |
| 15. | *GAMBLE, LUVENNISE | 1996 March 8, 1997 | YES | YES | MONETARY ($3,288.00) |
| 16. | GEETING, TAMMY (SANTEY) | 2000 | YES | NO | MONETARY ($3,288.00) |
| 17. | GIBBS, FATIMA | 2000 | YES | NO | MONETARY ($3,288.00 |
| 18. | *HARRIS, JOANNE | 1998 AND 2002 | YES | NO | MONETARY ($3,288.00) – FOR 1998 |
| 19. | HAYES, LISA | 2000 | YES | NO | MONETARY ($3,288.00) |

---

[3] Although Ms. Everts' IIR form was not returned in a timely manner, the United States determined that she has shown good cause why her IIR form was not timely. Thus, she is eligible to be considered for individual remedial relief. See Consent Decree, ¶ 48.

2

|     | CLAIMANT NAME | APPLICATION YEAR(S)/ PRESUMPTIVE HIRE DATE | TIMELY INTEREST IN RELIEF FORM? | SEEKING PRIORITY HIRE? | TYPE/AMOUNT OF RELIEF TO BE AWARDED |
| --- | --- | --- | --- | --- | --- |
| 20. | *HERNANDEZ, MARSHA | 2002 | YES | NO | NONE |
| 21. | HOPKINS, NINA (HARRIS) | 1998<br>March 3, 1999 | YES | YES | MONETARY ($3,288.00) AND HIRING |
| 22. | *JACKULA, AMBER (HEDLUND) | 2002 | YES | NO | NONE |
| 23. | *JONES, BARBARA | 1996<br>March 8, 1997 | YES | YES | MONETARY ($3,288.00) |
| 24. | KARUBA-COOLEY, AUDREY | 2000<br>March 2, 2001 | YES | YES | MONETARY ($3,288.00 AND HIRING |
| 25. | *KNEPPER, JANNINE | 2002<br>August 27, 2002 | YES | YES | NONE |
| 26. | *KOENIG, VENUS | 1996<br>March 8, 1997 | YES | YES | MONETARY ($3,288.00) |
| 27. | LINDNER, STEPHANIE | 1998 | YES | NO | MONETARY ($3,288.00) |
| 28. | LOLLEY, CORRINA | 1998 | YES | NO | MONETARY ($3,288.00) |
| 29. | *LUKE, MARCIE | 2002 | YES | NO | NONE |
| 30. | MACHALINSKI, MARLO | 1996 | YES | NO | MONETARY ($3,288.00) |
| 31. | MARSHALL, KATHY | 2000 | YES | NO | MONETARY ($3,288.00) |
| 32. | *MAZUR, JENNIFER | 1996 | NO | NO | NONE |

|  | CLAIMANT NAME | APPLICATION YEAR(S)/ PRESUMPTIVE HIRE DATE | TIMELY INTEREST IN RELIEF FORM? | SEEKING PRIORITY HIRE? | TYPE/AMOUNT OF RELIEF TO BE AWARDED |
|---|---|---|---|---|---|
| 33. | MEYER, NATALIE | 2000<br>March 2, 2001 | YES | YES | MONETARY ($3,288.00) AND HIRING |
| 34. | MORGAN, JESSICA | 1996 | YES | NO | MONETARY ($3,288.00) |
| 35. | *MORRIS, DORCAS | 2002 | YES | NO | NONE |
| 36. | MOUBARAK, JENNIFER | 1996 | YES | NO | MONETARY ($3,288.00) |
| 37. | O'LAUGHLIN, TERESA | 1996 | YES | NO | MONETARY ($3,288.00) |
| 38. | OSTERBERG, DENISE | 1998 | YES | YES | MONETARY ($3,288.00) |
| 39. | PETERSON, MICHELE (AGNELLO) | 1996 | YES | NO | MONETARY ($3,288.00) |
| 40. | POLLOCK, STACY | 1996 AND 2000 | YES | NO (PER IIR FORM) | MONETARY ($3,288.00) |
| 41. | PONTING, AMANDA | 2000 | YES | NO | NONE |
| 42. | ROBERTS, TABITHA | 2000<br>March 2, 2001 | YES | YES | MONETARY ($3,288.00) AND HIRING |



---

[4] Although, as shown above, Ms. Osterberg indicated on her Interest in Relief form that she wanted to be considered for priority hiring relief, she has stated in a subsequent telephone conversation that she is no longer interested in such relief and now seeks only monetary relief.

|  | CLAIMANT NAME | APPLICATION YEAR(S)/ PRESUMPTIVE HIRE DATE | TIMELY INTEREST IN RELIEF FORM? | SEEKING PRIORITY HIRE? | TYPE/AMOUNT OF RELIEF TO BE AWARDED |
|---|---|---|---|---|---|
| 43. | RODGERS, SUE YONG | 2000 AND 2002<br>March 2, 2001 | YES | YES | MONETARY ($3,288.00) AND HIRING |
| 44. | RUNSTEDLER, JENNIFER | 1996 | YES | NO | MONETARY ($3,288.00) |
| 45. | SANTIAGO, MARY ANN | 1996 | YES | YES | MONETARY ($3,288.00) AND HIRING[5] |
| 46. | SAURO, CHRISTINE | 1996<br>March 8, 1997 | YES | YES | MONETARY ($3,288.00) AND HIRING |
| 47. | SCHMEISSER, MARY | 1998, 2000 and 2002<br>March 3, 1999 | YES | YES | MONETARY ($3,288.00) AND HIRING |
| 48. | *SHERROD, TRELANE (BATTLES) | 2002 | YES | NO | NONE |
| 49. | SHETLER, TAMILYN | 2000 | YES | NO | MONETARY ($3,288.00) |
| 50. | SIDUN-LEGO, CHERYL | 1998 AND 2002<br>March 3, 1999 | YES | YES | MONETARY ($3,288.00) AND HIRING - FOR 1998 |
| 51. | SMITH, HEIDI | 1996 | YES | NO | MONETARY ($3,288.00) |
| 52. | STOVER, CARLA | 1996 | YES | NO | MONETARY ($3,288.00) |

---

[5] The United States has not received a completed Questionnaire from Ms. Santiago. At this time, the United States has no reason to believe that Ms. Santiago was not qualified for the police officer position either at the time she applied or currently. However, the United States may revise its relief determination based on any additional information obtained.

|  | CLAIMANT NAME | APPLICATION YEAR(S)/ PRESUMPTIVE HIRE DATE | TIMELY INTEREST IN RELIEF FORM? | SEEKING PRIORITY HIRE? | TYPE/AMOUNT OF RELIEF TO BE AWARDED |
|---|---|---|---|---|---|
| 53. | THOMPSON, ZABRINA | 2000<br>March 2, 2001 | YES | YES | MONETARY ($3,288.00) AND HIRING |
| 54. | VILLA, MARIA (LOCOCO) | 2000<br>March 2, 2001 | YES | YES | MONETARY ($3,288.00) AND HIRING |
| 55. | WEISMILLER, KRISTIN (LOREI) | 1998 | YES | NO | MONETARY ($3,288.00) |
| 56. | WOLCOTT, LINDA (PETERS) | 1998 | YES | NO | MONETARY ($3,288.00) |
| 57. | GARCIA, JUDITH | 1996 | YES | NO | MONETARY ($3,288.00) |